IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCES TAPPS,<br><br>               Plaintiff,<br><br>v.<br><br>RANDOLPH MCCLENDON, in his individual capacity; JOSEPH P. LOPINTO, III, in his official capacity as Sheriff of Jefferson Parish, Louisiana; and HUM MANAGEMENT, LLC,<br><br>               Defendants. | Civil Action<br><br>Case No. 2:22-cv-00013<br><br>Section S(4)<br><br>Judge:  Mary Ann Vial Lemmon<br><br>Magistrate Judge:  Karen Wells Roby |

### DECLARATION OF BENJAMIN B. SWEENEY IN SUPPORT OF PLAINTIFF FRANCES TAPPS' OPPOSITION TO HUM MANAGEMENT, LLC'S <u>MOTION FOR SUMMARY JUDGMENT</u>

I, Benjamin B. Sweeney, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted pro hac vice to practice in this Court (ECF No. 28). I am associated with the law firm of Cooley LLP and counsel for Plaintiff Frances Tapps ("Plaintiff" or "Ms. Tapps") in this action. I submit this declaration in support of Plaintiff's Opposition to Hum Management, LLC's Motion for Summary Judgment. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the October 4, 2022 Deposition Transcript of Plaintiff Frances Tapps.

- 2 -

3. Attached hereto as **Exhibit 2** is a true and correct copy of an Act of Cash Sale dated October 23, 2018, produced in this litigation by Defendant Hum Management, LLC and bearing the Bates numbers Hum-Tapps-000138-141.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the March 24, 2023 30(b)(6) Deposition Transcript of Defendant Hum Management, LLC.

5. Attached hereto as **Exhibit 4** is a true and correct copy Defendant Hum Management, LLC's Answers to Plaintiff's Interrogatories and Responses to Requests for Production of Documents, dated April 29, 2022.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the April 12, 2023 Deposition Transcript of Defendant Randolph McClendon.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a Jefferson Parish Sheriff's Office inter-office memorandum dated May 12, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing the Bates number JPSO_000000125.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a statement given by Abdul Siddiqui to the Jefferson Parish Sheriff's Office on March 29, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing the Bates numbers JPSO_000000433-439.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Defendant Randolph McClendon's Second Supplemental and Amending Discovery Response, dated September 5, 2022.

10. Attached hereto as **Exhibit 9** is a true and correct copy of text messages between Abdul Siddiqui and a tenant of Hum Management, LLC, produced in this litigation by Defendant Hum Management, LLC and bearing Bates number Hum-Tapps-000206.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email from Abdul Siddiqui to Defendant Joseph P. Lopinto, III dated March 9, 2021, produced in this litigation by Defendant Hum Management, LLC and bearing Bates numbers Hum-Tapps-000160-161.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a statement given by Defendant Randolph McClendon to the Jefferson Parish Sheriff's Office dated January 15, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing Bates numbers JPSO_000000397-404.

13. Attached hereto as **Exhibit 12** is a true and correct copy of text messages between Plaintiff Frances Tapps and Abdul Siddiqui, produced in this litigation by Defendant Hum Management, LLC and bearing Bates numbers Hum-Tapps-000001-30.

14. Attached hereto as **Exhibit 13** is a true and correct copy of the March 30, 2023 30(b)(6) Deposition Transcript of Defendant Hum Management, LLC.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a statement given by Defendant Randolph McClendon to the Jefferson Parish Sheriff's Office dated February 3, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing Bates numbers JPSO_000000405-409.

16. Attached hereto as **Exhibit 15** is a true and correct copy of text messages between Defendant Randolph McClendon and Abdul Siddiqui, produced in this litigation by Defendant McClendon and labeled McClendon Docs – Page 39 of 39, Page 131 of 92, and Page 130 of 92.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the December 19, 2022 Deposition Transcript of Keith Seals.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a statement given by Plaintiff Frances Tapps to the Jefferson Parish Sheriff's Office dated January 8, 2021, produced in

this litigation by Defendant Joseph P. Lopinto, III and bearing Bates numbers JPSO_000000390-396.

19. Attached hereto as **Exhibit 18** is a true and correct copy of Defendant Randolph McClendon's Response to Plaintiff's Second Set of Interrogatories and First Set of Requests for Admission, dated March 31, 2023.

20. Attached hereto as **Exhibit 19** is a true and correct copy of a video recorded by Plaintiff Frances Tapps on January 7, 2021, produced in this litigation by Ms. Tapps and bearing Bates number TAPPS_000000439. A copy of this exhibit will be delivered to the Court and made available to counsel for all parties.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Kenner Police Department records dated January 7, 2021, produced in this litigation by Plaintiff Frances Tapps and bearing Bates numbers KPD_000000001-4.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the Jefferson Parish Sheriff's Office Complaint Form submitted by Plaintiff Frances Tapps on January 8, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing Bates number JPSO_000000389.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a March 8, 2021 article entitled *Watch: Bogus eviction attempt of pregnant woman lands Jefferson Parish deputy under internal probe*, written by John Simerman and published on Nola.com, produced in this litigation by Plaintiff Frances Tapps and bearing Bates numbers Tapps_000000427-436.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an excerpt of a Jefferson Parish Sheriff's Office Case Report for Case Number 20210102 dated April 9, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing Bates number JPSO_000000369.

- 5 -

25. Attached hereto as **Exhibit 24** is a true and correct copy of a Jefferson Parish Sheriff's Office inter-office memorandum dated May 12, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing Bates number JPSO_000000367.

26. Attached hereto as **Exhibit 25** is a true and correct copy of an excerpt of a Jefferson Parish Sheriff's Office Case Report for Case Number 20210102 dated April 9, 2021, produced in this litigation by Defendant Joseph P. Lopinto, III and bearing Bates numbers JPSO_000000371-379.

27. Attached hereto as **Exhibit 26** is a true and correct copy of Defendant Hum Management, LLC's Supplemental Answers to Interrogatories and Responses to Requests for Production of Documents, dated August 5, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2023 in Los Angeles, California.

_____
Benjamin B. Sweeney