# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CIVIL ACTION NO. 2:22-CV-00013-MVL-KWR

JUDGE MARY ANN VIAL LEMMON

MAGISTRATE JUDGE KAREN WELLS ROBY


FRANCE TAPPS

VERSUS

RANDOLPH MCCLENDON, IN HIS INDIVIDUAL CAPACITY;
JOSEPH P. LOPINTO, III, IN HIS OFFICIAL CAPACITY AS
SHERIFF OF JEFFERSON PARISH,
LOUISIANA; AND HUM MANAGEMENT, LLC


*****************************************************
DEPOSITION OF FRANCES TAPPS


        The Deposition of FRANCES TAPPS, was taken

in the above entitled cause, pursuant to the

following stipulation, before Parris A. Amedee,

Certified Court Reporter, at the office of ACLU

Foundation of Louisiana, 1340 Poydras Street, Suite

2160, New Orleans, Louisiana on October 4th 2022,

beginning at 9:34 a.m.


Reported by:

PARRIS A. AMEDEE, CCR
Certified Court Reporter
Louisiana License #29021



A P P E A R A N C E S

FOR PLAINTIFF:
    HANNAH E POLLACK, ESQ
    MAXIMILIAN SLADEK DE LA CAL, ESQ
    COOLEY, LLP
    1333 2nd Street, Suite 400
    Santa Monica, California 90401-4100
    Email:hpollack@cooley com
    Email:msladekdelacal@cooley com

FOR THE DEFENDANTS:
    DONALD L HYATT, II, ESQ
    DONALD L HYATT, II, APLC
    1100 Poydras Street, Suite 2960
    New Orleans, Louisiana 70163
    Email:hyattlaw@aol com
    (Counsel for Defendant Randolph McClendon)

    DANIEL R MARTINY, ESQ (Via Zoom)
    LINDSEY LENNY, ESQ (Via Zoom)
    (Sheriff's Office In-House Legal Counsel)
    MARTINY & ASSOCIATES
    131 Airline Drive, Suite 201
    Metairie, Louisiana 70001-6265
    Email:danny@martinylaw com
    (Counsel for Defendant Joseph P Lopinto, III)

    G BRUCE PARKERSON, ESQ
    KATHERINE H AMOSS, ESQ
    PLAUCHE, MASELLI, PARKERSON, LLP
    701 Poydras Street, Suite 3800
    New Orleans, Louisiana 70139
    Telephone:(504)582-1142
    Email:bparkerson@pmpllp com
    Email:kamoss@pmpllp com

---

I N D E X

| | Page |
|---|---|
| Caption | 1 |
| Appearances | 2 |
| Stipulation | 4 |

Examination By:
| | |
|---|---|
| Mr. Martiny | 5,144 |
| Mr. Hyatt | 54 |
| Mr. Parkerson | 147 |

*********

Exhibits:
    Exhibit #1, Text Messages TAPPS_000002005-2036    161

| | |
|---|---|
| Reporter's Page | 233 |
| Reporter's Certificate | 238 |

---

S T I P U L A T I O N

    It is stipulated and agreed by and between counsel that the testimony of the witness, FRANCES TAPPS, is hereby being taken pursuant to Notice under the Louisiana Code of Civil Procedure for all purposes permitted under law.

    The witness does reserve the right to read and sign the deposition. The original is to be delivered to and retained by G. BRUCE PARKERSON, ESQ., for proper filing with the Clerk of Court.

    All objections, except those as to the form of the questions and/or responsiveness of the answers, are reserved until the time of the trial of this cause.

* * * * * *

    Parris A.. Amedee, Certified Court Reporter in and for the State of Louisiana, officiated in administering the oath to the witness.

---

    FRANCES TAPPS,
2610 Greenwood Street, Kenner, Louisiana 70062, called as a witness and after having been duly sworn, was examined and testified as follows: 10/04/22 - 9:34 a.m.
- E X A M I N A T I O N -
BY MR. MARTINY:
    Q. Very good. Good morning, Ms. Tapps.
    A. Good morning.
    Q. My name is Dan -- Danny Martiny. I'm the representative for Sheriff Lopinto in this matter. I'm here in my office joined by Lindsey Lenny, who is the Sheriff's In-House Legal Counsel. We're about to take your deposition. Have you ever given a deposition before?
    A. No.
    Q. Okay. Did your attorneys explain to you that I'm going to ask you a series of questions, maybe a little bit of background, and then talk about the incident?
    A. Yes.
    Q. And I'm not here to try to deceive you or make you say something you don't want to say. So if by chance my question to you is confusing, please feel to stop me if your attorney doesn't, and -- and

---





1 tell me that you're -- that -- that you don't
2 understand and I'll try to restate it. Other than
3 that, if I ask you a question and you respond to it,
4 I'm going to assume that you answered a question
5 that you understood, is that fair?
6     A.   Yes.
7     Q.   Okay. Could you state your full name for
8 the Record please?
9     A.   Frances Ann Tapps.
10
11
12
13
14
15
16
17
18     Q.   Okay. And at the time of this incident
19 you lived at 2736 Greenwood?
20    A.   Correct.
21    Q.   Okay. And who did you live there with?
22    A.   My -- she'd be twenty-one now, Monika
23 Tapps and my son
24    Q.   Okay. When -- you said, Monika Tapps?
25    A.   Yes.

1     Q.   And that's your daughter?
2     A.   Yes.
3     Q.   Okay. And your son's name is what?
4     A.
5     Q.
6     A.            yes.
7     Q.   Okay. And are you married?
8     A.   Yes.
9     Q.   Okay. To whom are married?
10    A.   Jamal Jones.
11    Q.   Okay. And does he live with you?
12    A.   No. He doesn't.
13    Q.   Okay. Are you all separated or divorced?
14    A.   No. We still together but I'm staying
15 with my mom. I don't think I mentioned --
16    Q.   Okay. I got you. Let me go back to the
17 date of this incident. Who was living with you at
18 that time?
19    A.   Me, my daughter Monika Tapps, and
20
21    Q.   Okay. And where was your husband living?
22    A.   He was living with his sister.
23    Q.   Okay. And who owns the house where you're
24 living now or the apartment, whatever it is?
25    A.   Again -- your question again, I didn't?

1     Q.   What -- who -- are you paying rent now?
2     A.   Yeah -- I don't pay rent. I help out with
3 what I can. I don't have a job.
4     Q.   Okay. So your mother -- your mother pays
5 the rent?
6     A.   Yes.
7     Q.   And you help out as you -- as you can?
8     A.   Yes.
9     Q.   Okay. How long have you lived with your
10 mother?
11    A.   Since March of '22, I don't remember what
12 date.
13    Q.   Okay. And before that where did you live?
14    A.   I lived at 2617 Bessemer Street, Kenner,
15 Louisiana 70062.
16    Q.   And who owns that property?
17    A.   I forgot his name.
18    Q.   Were you paying rent?
19    A.   Yes, I was.
20    Q.   Okay. And you don't remem -- you don't
21 remember who you paid rent to?
22    A.   No.
23    Q.   Okay. And before that how long -- how
24 long -- did you live at 27736 Greenwood before you
25 moved the Bessemer?

1     A.   Yes.
2     Q.   Okay. So about how long did you live at
3 -- on Bessemer Street?
4     A.   Not even a year.
5     Q.   Okay. And it's my understanding that you
6 were also had some Section 8 Rental Assistance --
7     A.   Yes.
8     Q.   -- when you lived on Greenwood Street?
9     A.   Yes --
10    Q.   Did you still have that -- I'm sorry, I
11 didn't mean to cut you off. Did -- were you
12 finished?
13    A.   Uh-huh.
14
15
16
17
18                .
19    Q.   I got you. Okay. How much rent were you
20 paying at 2736 Greenwood Street?
21    A.   I was pay -- it -- it was previous, I paid
22 maybe $172.00. And before the new landlord Siddiqui
23 bought the building, I was paying $98.00.
24    Q.   So before Siddiqui bought the building --
25    A.   Yes.

1    Q.  -- and I know that's the owner of Hum
2 Management?
3    A.  Yes.
4    Q.  Okay.  Before that you were paying $98.00?
5    A.  Yes.
6    Q.  And how much was the other one paying, do
7 you know?
8    A.  It was never the same because I worked and
9 then when I stopped working and getting Social
10 Security it all -- it changed, but it was --
11    Q.  Depended on --
12    A.  -- it was always in --
13    Q.  -- go ahead.
14    A.  -- between $176.00 and $98.00.
15    Q.  And that would be based upon your --
16 whatever assistance from Section 8 would've been
17 based upon how much money you were making at the
18 time?
19    A.  Yes.
20    Q.  Okay.  Now, do you know when Mr.
21 Siddiqui's company bought the property?
22    A.  Not exact date, but I remember November of
23 '18, I think.
24    Q.  November of '18, was when he got -- he
25 bought the property?

1    A.  Yes.
2    Q.  Okay.  And did he -- did you have
3 discussions with him about extending the lease on
4 the property?
5    A.  Yes, he didn't -- he said that he -- he
6 wasn't doing a new lease.  It as my -- he was
7 keeping the lease as -- as it was because in the --
8 the previous owner wanted everything to be the same
9 and wanted all of us to stay in the building.
10    Q.  Okay.  The previous owner wanted every --
11 everybody to pay the same thing?
12    A.  No.  He wanted Mr. Lawrence, the -- when
13 he was selling it, he was too old to take care of
14 the building.  So in agreement with selling his
15 building, he wanted all his tenants to continue
16 staying there, that's a -- the agreement of selling
17 the building to Mr. --
18    Q.  So you're saying that -- so that -- that
19 when Mr. Siddiqui's company bought the building, the
20 rent -- nobody's rent was going to be changed?
21    A.  I don't know anything about rent.  I just
22 know that he wanted us -- the tenants that had been
23 living there to continue staying.
24    Q.  Okay.  And that was an agreement that he
25 had with Mr. Siddiqui?

1    A.  Yes.
2    Q.  Okay.  And so you just continued to live
3 there after Mr. Lawrence --
4    A.  That --
5    Q.  -- got --
6    A.  -- that --
7    Q.  -- rid of the --
8    A.  -- that --
9    Q.  -- building?
10    A.  -- that was his agreement.
11    Q.  Okay.  So how long did -- how long did you
12 -- did you live at 2736 Greenwood Street?
13    A.  Since November of 2016.
14    Q.  Okay.  And --
15    A.  November --
16    Q.  -- and --
17    A.  -- November 24th --
18    Q.  Okay.  And is --
19    A.  -- I got the --
20    Q.  -- it --
21    A.  -- keys.
22    Q.  -- the -- the incident you're suing upon
23 -- suing on occurred in January of 2021, --
24    A.  Yes, --
25    Q.  -- was that right?

1    A.  -- correct.
2    Q.  Okay.  Did you -- did you remain in those
3 premises after this incident?
4    A.  Correct.
5    Q.  For how long?
6    A.  Until housing ported me out.
7    Q.  Until what?
8    A.  Section 8, Kenner Housing, ported me out.
9    Q.  Okay.  They reported you out?
10    A.  Yeah, they called it "port" out where they
11 have you sign papers to move to another home.
12    Q.  Oh, they ported -- ported you out --
13    A.  Yes.
14    Q.  -- is that what you said?
15    A.  Yes.
16    Q.  And so was there -- what was the reason
17 that they ported you out, do you know?
18    A.  Because you had to use buckets to flush
19 the toilet and by the -- the light bill kept going
20 up to $1,000.00 every month and they had an
21 electrician where they told him -- they did an
22 inspection and they seen that the breaker box kept
23 trippin' -- tripping.  So he was like that could
24 start a fire and set the whole building on fire.  So
25 they had -- they asked him to have an electrician to

1  come out to check the building. He had somebody he
2  knew to come out and check the building. The
3  housing man came back to inspect again. He -- no
4  electrician. So they stop payment on his rent.
5  They gave him three months.
6      Q.  Okay. So what you seem to be telling me
7  is that the Section 8 people were not satisfied with
8  the way that Mr. Siddiqui was keeping up the
9  property?
10     A.  Correct.
11     Q.  Okay. So then they said -- they just
12 transferred you to another property, is that right?
13     A.  Not -- not just that way but I was
14 pregnant at the time, I was high risk pregnancy. I
15 couldn't -- I couldn't move. So they gave him
16 October. They gave him November. See December when
17 they came back, they stopped payment on his rent
18 because he had three months and you only get thirty
19 days.
20     Q.  This would've been three months at the end
21 of 2020?
22     A.  Correct.
23     Q.  Okay. So then this incident occurred, is
24 that what you're saying --
25     A.  Correct.

1      Q.  -- in January of -- early January of 2021?
2      A.  Correct.
3      Q.  How much longer after this incident did
4  you continue to reside in 2736 Greenwood?
5      A.  I had -- I stayed there until the end of
6  February, the beginning of March when housing --
7      Q.  Okay. Now --
8      A.  -- when housing had me move.
9      Q.  Okay. Now, you -- you've -- have you seen
10 the statements that was given by Mr. Siddiqui to the
11 Sheriff's Office?
12         MR. SLADEK DE LA CAL:
13             Objection to form.
14 BY MR. MARTINY:
15     A.  The -- not that I --
16     Q.  Were you aware -- I -- I'll withdraw that
17 question. Are you aware that Mr. Siddiqui gave his
18 statement to the investigators with the Sheriff's
19 Office about this incident?
20     A.  No. Not that I recall.
21     Q.  Okay. Around the time that -- on the date
22 of the incident, January 7th 2021, --
23     A.  Uh-huh.
24     Q.  -- were you in the process of -- of moving
25 from that apartment --

1      A.  Correct.
2      Q.  -- to somewhere else?
3      A.  Correct.
4      Q.  Okay. Were you packing up your -- your
5  belongings?
6      A.  I was -- I -- my stuff was already being
7  packed because I already knew I had to move. But I
8  was high risk pregnancy.
9      Q.  Okay. So do you recall having any
10 discussion with Mr. Siddiqui on that date about your
11 packing up and moving?
12     A.  I recall Mr. Siddiqui calling me, telling
13 me he need housing portion of the rent or he's
14 coming to get his key. That's what I recall.
15     Q.  Okay. So on that day he told you that if
16 you weren't going to pay the rent --
17     A.  He wanted me to pay --
18     Q.  -- he needed the keys --
19     A.  -- housing --
20         THE REPORTER:
21             Can you let him finish please. It's
22         hard to take both of y'all.
23         THE WITNESS:
24             I'm sorry.
25         THE REPORTER:

1             We just want to get a clear Record,
2         sorry.
3         MR. SLADEK DE LA CAL:
4             Can you ask the question again,
5         Danny, sorry?
6         MR. MARTINY:
7             Yeah. Okay.
8  BY MR. MARTINY:
9      Q.  So your discussion was -- with him was
10 that he wanted his rent or he was -- and since you
11 were packing up he wanted to come get the key, is
12 that right?
13     A.  No. It's not right.
14     Q.  Okay. Well tell me -- tell me what took
15 place in -- in the discussions you had with Mr.
16 Siddiqui?
17     A.  In the discussions that I had with Mr.
18 Siddiqui, Mr. Siddiqui got my portion of the rent.
19 Housing stopped portion of their rent. He told me
20 if "I didn't have the rent -- Housing portion of the
21 rent by 4 o'clock he needed his f-ing key."
22     Q.  Okay. All right. And how did -- that was
23 in -- was that in a text message --
24     A.  That was on a phone call --
25     Q.  -- or a telephone call?



1      A.   -- and a text message.
2      Q.   Okay.  So did you -- did he give you any
3   deadline as to when he was coming by to pick up the
4   rent or the key?  What --
5      A.   He -- he said, "4 o'clock."
6      Q.   Okay.  But he -- he would not be -- the
7   Housing Authority -- is that it, it's the Housing
8   Authority who pays the rent?
9      A.   Correct.
10     Q.   Okay.  They would pay it directly to Mr.
11  Siddiqui?
12     A.   Correct.
13     Q.   Okay.  And is it your understanding that
14  the Housing Authority was not paying Mr. Siddiqui
15  because of -- of problems they were having with the
16  electricity and the -- the items that you told me
17  about before?
18     A.   Correct.
19     Q.   Okay.  So were there discussions between
20  you and him as to how he was going to get the rent
21  from the Housing Authority?
22     A.   He called me and he said that "I need to
23  have Housing portion of the rent or his f-ing key or
24  I need to get the f-out."
25     Q.   Okay.  What was your portion of the rent

1   at that time?
2      A.   My portion was maybe $162.00.
3      Q.   Okay.  And you had paid him the rent for
4   that -- for that period?
5      A.   Yes, correct.
6      Q.   Okay.  Had you received any notice from
7   him about he was -- that he was going to evict you?
8      A.   I -- I was getting an eviction notice
9   every week.
10     Q.   From Mr. Siddiqui?
11     A.   Yes, correct.
12     Q.   Okay.  And you say, "every week."  Every
13  week around that time or every week throughout the
14  time you were living there?
15     A.   Not like every week, every week, but maybe
16  since the three months that housing was pressuring
17  him to fix everything that he had to fix.
18     Q.   Okay.  But prior to that were you getting
19  eviction notices from him?
20     A.   I had got one eviction notice from him,
21  yes, I did.
22     Q.   And when would that have been?
23     A.   Right when Covid started when I lost my
24  job when I went to the hospital for hemorrhaging and
25  I found out I was pregnant.  And we went to court

1   and the Judge put us with JEFFCAP for them to pay
2   the rent and he signed the papers saying that he was
3   going to wait for the rent.  Then he went up on the
4   rent from what he said the rent was.
5      Q.   But what I'm saying is this -- this -- the
6   incident -- the three months leading up to January
7   the 7th was the second time that you had -- that he
8   had sent you notices of -- of that he was going
9   to evict you?
10            MR. SLADEK DE LA CAL:
11                 Objection to form.
12  BY MR. MARTINY:
13     A.   Yes, co --
14     Q.   You can answer.
15     A.   -- correct.
16     Q.   Okay.
17     A.   But it was three times.
18     Q.   Okay.  So -- let's see.  Now, when he
19  would send you these notices would you speak with --
20  would you have conversations with him or any type of
21  communication with him about why the rent wasn't
22  being paid?
23     A.   We -- the conversation that we had was at
24  court with Judge Roscoe.  It came -- the -- the
25  notice came from the Councilman.

1      Q.   The Justice of the Peace, --
2      A.   Yes.
3      Q.   -- That's Judge --
4      A.   Yes.
5      Q.   -- Roscoe.
6      A.   Yeah.
7      Q.   And you say, "The notice came from a
8   Councilman?"
9      A.   Yes, that's -- that's who drops it off
10     Q.   You mean the "Constable?"
11     A.   The Constable.
12     Q.   Yeah, I mean, it -- it wasn't the City
13  Councilman, it was the Constable assigned to that
14  Justice of the Peace Court --
15     A.   Yes.  Well whoever worked with --
16     Q.   -- okay --
17     A.   -- the Justice of the Peace, Mr. Roscoe,
18  --
19     Q.   I see.
20     A.   -- drop it -- dropped -- drops off the
21  letter.
22     Q.   Okay.  So the -- the first time he tried
23  to evict you they worked it out with, you said,
24  JEFFCAP and then Mr. Siddiqui agreed to accept
25  whatever rent was and then he raised the rent you

1  said, is that right?
2        MR. SLADEK DE LA CAL:
3           Objection to form.
4  BY MR. MARTINY:
5     A.  No.  The Judge told him that he couldn't
6  keep taking Housing portion of the rent and taking
7  rent from me and then try to throw me out.
8     Q.  The Judge -- the Justice of the Peace told
9  him that if he was accepting your rent and accepting
10 the Housing Authorities rent, he could not evict
11 you?
12    A.  Correct.
13    Q.  Okay.  And that would've been in the
14 beginning of the -- around the beginning of the
15 pandemic in 2020?
16    A.  Correct.
17    Q.  Okay.  And so the next time you had any
18 issues with your not paying the rent -- or the
19 Housing Authority not paying the rent would've been
20 in the later part of 2020, is that right?
21    A.  All -- all of these was at the same --
22 around the same time, within the same three periods
23 of the month.
24    Q.  So you're telling me that the meetings
25 with -- we had -- at the Justice of the Peace's

1  office occurred during the three-month period before
2  this incident?
3     A.  Correct.
4     Q.  Okay.  So on January the 7th of 2021, he
5  told you he either needed his rent or he was coming
6  to get the key, is that right?
7     A.  Correct.  That was in what -- that was --
8  we haven't been -- we hadn't been to court, that was
9  just because Housing stopped payment on his rent.
10    Q.  I see.  Okay.  So that afternoon or that
11 ni -- do you know what time this incident happened?
12    A.  Right -- about right when it was getting
13 dark.
14    Q.  Okay.  Was it with -- where were you when
15 you first heard about when -- McClendon coming to
16 your house that night?
17    A.  I was in the back at -- in the washroom.
18    Q.  Okay.  When he knock -- and he knock --
19 that's when he knocked on the door?
20    A.  Yes, correct.
21    Q.  And who was in the house with you
22 at that time?
23    A.  Me.  Monika was upstairs in her room.
24 ███████████████████████████████████████
25 ███████████████████████████████████████

1  ███████████████████████████████████████
2     Q.  Okay.
3     A.  And James was sitting on the sofa watching
4  TV --
5     Q.  James --
6     A.  -- well watching his phone.
7     Q.  James is your husband?
8     A.  James is my cousin.
9     Q.  Your cousin.  Who's -- who is Jamal?
10    A.  Jamal is my husband.
11    Q.  Okay.  Who answered the door when
12 McClendon knocked on it?
13    A.  Jamal Jones, my husband.
14    Q.  And -- and what did -- what -- and do you
15 know what -- what he told --
16    A.  He told --
17    Q.  -- McClendon?
18    A.  -- he told McClendon I wasn't there.
19    Q.  Okay.  And what happened -- and then did
20 he tell you what else went on at the door?
21    A.  No.  He didn't.
22    Q.  Okay.  So did McClendon stay by the door
23 or did he leave?
24    A.  He left.
25    Q.  Okay.  Had you ever seen McClendon before?

1     A.  Yes, I did.
2     Q.  Okay.  And when was that?
3     A.  Like previous when I didn't have -- when I
4  lost my job and I was waiting on my unemployment to
5  come in to pay Mr. -- Mr. Sid and sut -- McClendon
6  came over --
7     Q.  Siddiqui --
8     A.  -- McClendon came over and asked me when
9  he was going to get -- when this -- when he was
10 getting his partners rent because his shit had
11 looked nice in -- in the house.
12    Q.  So you're telling me before this incident
13 McClendon had come over there once before --
14    A.  Co --
15    Q.  -- looking to correct the rent?
16    A.  -- correct.
17    Q.  And that's the only other time you saw
18 him?
19    A.  Correct.
20    Q.  Okay.  And was he in a police uniform at
21 that time?
22    A.  Correct.
23    Q.  Okay.  Did he tell you he was there on
24 behalf of the Sheriff's Office?
25    A.  He told me he was there getting --

MAGNA
LEGAL SERVICES

1    collecting rent for his partner, him and his
2    partner.
3        Q.   Okay.  And what happened during that --
4    during that meeting?
5        A.   I just told him he wasn't my landlord and
6    I had already talked to Sid, so what -- what he was
7    coming over here for and I closed the door.
8        Q.   Okay.  And that was -- and that -- when
9    was that?
10       A.   That was the first time.
11       Q.   How long -- how long before January the
12   7th of 2021, was that?
13       A.   I -- maybe -- I can't really recall the
14   date but I know it was in '20 -- 2020.
15       Q.   Okay.  And so he just left then?
16       A.   Yeah, because I slammed the door.  I
17   closed the door.
18       Q.   Okay.  All right.  And so then would --
19   would January the 7th of 2021, be the next time you
20   saw him?
21       A.   Correct.
22       Q.   Let me ask you, if -- if -- did Mr.
23   McClendon ever come to your apartment to perform any
24   type of repairs?
25       A.   No.  No, sir.

1        Q.   Okay.  So he -- you -- he never did any
2    maintenance that you were aware of on the apartment?
3        A.   Never.
4        Q.   Okay.  And at that time and maybe you've
5    answered this, the first time you saw him did -- did
6    he tell you he was there on behalf of the Sheriff's
7    Office?
8        A.   He told me he was there on behalf of his
9    partner, but he was in a uniform.  His gun was
10   unclipped.  And he was in a uniform car.
11       Q.   Okay.  And you say, "His gun was
12   unclipped."  Did he pull his gun out?
13       A.   No.  He didn't have his gun out but he had
14   it unbuttoned.
15       Q.   Okay.  And that was the first time?
16       A.   That was the first time.
17       Q.   Okay.  And all -- all that went on was he
18   told you he was there to collect the rent and you
19   told him I'm -- you're not my landlord and closed
20   the door?
21       A.   Correct.
22       Q.   Okay.  When he came back on January the
23   7th of 2021 --
24       A.   Correct.
25       Q.   -- when -- when was the first time you saw

1    him?
2        A.   The first time I saw him -- like what you
3    mean?
4        Q.   Well, you said Jamal answered the door and
5    then closed the door and then I guess, did McClendon
6    leave?
7        A.   He left, yes, he did.
8        Q.   Okay.  Where did --
9        A.   I didn't go --
10       Q.   -- he go?
11       A.   -- I didn't go -- I don't know.  I didn't
12   go outside.  I stayed in my house.
13       Q.   Okay.  And when was the next time you saw
14   him that day?
15       A.   I heard him at the door but that -- when I
16   saw him is when he came back and he was hitting on
17   the window and the -- the screen door with a hard
18   object.  So I hurry up and I open the door and then
19   he was putting his gun back in his holster.
20       Q.   So you -- you're telling me that you --
21   when -- when you open the door his gun was out --
22   out of the holder?
23       A.   Correct.
24       Q.   Okay.  And what did he do when he -- when
25   you saw him put the gun -- what did he do next?

1        A.   He put it back in.  And I looked at him
2    and I looked down and I was like -- I say, "You --
3    you got your gun out?  What you got your gun out
4    for?  And what you here for again?"  "I'm here to
5    get the key.  Housing stop payment on the rent, me
6    and my partner want our key."
7        Q.   Okay.
8        A.   And I say, "Y'all cannot come over here
9    like that for no key."  And my baby went to --
10       Q.   Okay.  Did he --
11           MR. SLADEK DE LA CAL:
12               Can you let her finish, Danny, --
13           MR. MARTINY:
14               Go ahead.  I'm sorry.
15           MR. SLADEK DE LA CAL:
16               -- yeah.
17   BY MR. MARTINY:
18       A.   And my baby -- my baby standing at the top
19   of the steps crying because Im screaming and
20   hollering at him because he have his gun out.  And I
21   told him to go lay my baby down.  I say -- looked at
22   my baby.  I say, "He ain't going to bust a grape in a
23   food fight."  And I said, "Now, I don't know why you
24   over here with your gun out or whatever and you know
25   don't nobody stay here but my daughter and my son."



1 "Well, I'm here" --
2    Q. Did you tell him that?
3    A. -- "to get my" --
4    Q. Go ahead. I'm sorry, keep going.
5    A. "But I'm here to get my key or the rent --
6 the Housing portion of the -- Housing portion of the
7 rent."
8    Q. Okay. And all of these -- and you do --
9 you do remember filing a complaint with the
10 Jefferson Parish Sheriff's Office Internal Affairs
11 Division, right?
12    A. Correct.
13    Q. Remember that?
14    A. Correct.
15    Q. And you gave -- and you gave them a
16 statement?
17    A. Correct.
18    Q. And is it your testimony that what you
19 just told me about your conversations about your
20 baby and the gun out, you told that to the
21 policeman?
22    A. Correct.
23    Q. So that would be part of the statement --
24    A. Correct.
25    Q. -- that he had you sign? Okay. All

1 right. So then after you finished telling him that
2 what happened?
3    A. After I finished telling him that, "I told
4 him he wasn't getting shit." He can go head on and
5 I slammed the door.
6    Q. Okay. Were you ever -- there's been some
7 allegations by your attorneys that Mr. McClendon
8 blocked you into your driveway when you were
9 attempting to leave. Did that happen?
10      MR. SLADEK DE LA CAL:
11        Objection to form.
12 BY MR. MARTINY:
13    A. Correct.
14    Q. Okay. Where were you going?
15    A. My mom -- my brother called my mom and
16 told my mom that I was down there fussing and I got
17 all hyper and my mom told me to come to her house.
18 My mom lives right on the corner, 308 27th Street,
19 Kenner, Louisiana 70062.
20    Q. Okay. And --
21    A. So James --
22    Q. -- oh, go ahead.
23    A. -- James and Jamal walked out. We all
24 downstairs that evening, put the baby in the car.
25 I'm getting in the driver's seat, here come

1 McClendon. That's when I took my camera out and
2 went to record.
3    Q. Okay. Now you said, here come -- here
4 comes McClendon he was walking towards you?
5    A. No. He drove up and blocked me off in the
6 driveway.
7    Q. Okay. And I -- I've seen the video. The
8 video is you and him going back and forth talking
9 -- going back and forth --
10    A. Yeah, I' standing --
11    Q. -- in the video --
12    A. -- I'm in the car -- I'm in my car door.
13 He's blocking the driveway from me getting out.
14    Q. Okay. And what -- what did y'all talk
15 about then?
16    A. He just -- he just say, he come to talk to
17 me and he's a private citizen and he want either the
18 key or the rent. And I asked him was he going to let
19 me out? And he was like he just trying to have a
20 conversation so he wouldn't let me out. So I told
21 him I was calling the police on the police.
22    Q. Okay. And you called the police?
23    A. And then he pulled off once he seen the
24 police pulling up. Well, he didn't pull off. He
25 pulled up.

1    Q. He pulled up -- my understanding is that
2 Greenwood runs into Veterans -- Veterans Boulevard,
3 is that right?
4    A. Uh-huh.
5      THE REPORTER:
6        Yes?
7      THE WITNESS:
8        Yes.
9 BY MR. MARTINY:
10    Q. And then --
11    A. Yes.
12    Q. -- isn't there a -- some type of a store
13 or commercial property there?
14    A. Yes.
15    Q. And is that where he went and parked?
16    A. Yeah -- not -- yes.
17    Q. Okay. And then the Kenner Police came?
18    A. Correct. Yes.
19    Q. Okay. Now, just -- just to be clear. You
20 knew that when he was asking for the rent he was
21 call -- he was asking on behalf of Mr. Siddiqui, is
22 that right?
23      MR. SLADEK DE LA CAL:
24        Objection to form.
25 BY MR. MARTINY:

1     A. No. I didn't. He said, "his partner"
2 because as he always said when he came to the house.
3     Q. Okay. Did you -- did you think he was
4 there to collect the rent on behalf of the Sheriff's
5 Office?
6     A. I didn't know who he was there for. He
7 say, "He come there for his partner." I -- I don't
8 know who his partner is.
9     Q. So you had no idea that -- well strike
10 that. When you gave the statement to Deputy Canas
11 at Internal Affairs, --
12     A. Correct.
13     Q. -- did you tell -- did you tell him that
14 you didn't know who McClendon was?
15     A. I -- no, I didn't tell him that I didn't
16 know who McClendon was. I told him that, that was
17 McClendon's second time coming over there in a
18 uniform in an off -- in a police car, thinking he
19 could threaten me.
20     Q. Okay. And you don't recall referring to
21 McClendon as Mr. Siddiqui's partner?
22     A. Yes, I do because that's what I-- that's
23 what he told me. That's what he come --
24     Q. Okay.
25     A. -- and told me.

1     Q. Okay. Is there any -- is there anything
2 that he did that gave you the impression that he was
3 acting on behalf of the Sheriff's Office in coming
4 to pick the key up?
5     MR. SLADEK DE LA CAL:
6         Objection to form.
7 BY MR. MARTINY:
8     A. Pulled up in his uniform and his police
9 car and had his gun out.
10     Q. Okay. So don't -- but the only thing --
11 the only thing that you base that on is that he was
12 in his police car and he was wearing his uniform, is
13 that right?
14     A. Correct.
15     Q. Okay. And do you recall making a
16 statement to him during your exchange while he was
17 in the car? "This is the second time you came here
18 in your work car?"
19     A. Correct.
20     Q. Okay. And that would be the Sheriff's
21 Office car?
22     A. Correct.
23     Q. Okay. Do you know if he was on duty at
24 the time that he had -- that this incident took
25 place?

1     A. Correct.
2     Q. How do you know that?
3     A. How do I know that?
4     Q. Yeah.
5     A. I heard -- I heard it from Internal
6 Affairs Office.
7     Q. Internal Affairs told you that he was --
8     A. They did not tell me --
9     Q. -- (speak over) --
10     THE REPORTER:
11         Wait, wait, I'm sorry.
12     MR. HYATT:
13         Yeah.
14     THE REPORTER:
15         I didn't get the end of his sentence.
16     THE WITNESS:
17         Okay. Sorry.
18     THE REPORTER:
19         Can you repeat that question please?
20     MR. MARTINY:
21         Go ahead, I'm sorry, who do you need
22 to talk?
23     THE REPORTER:
24         I need you to.
25     MR. MARTINY:

1         Okay.
2     MR. SLADEK DE LA CAL:
3         We'll slow down.
4 BY MR. MARTINY:
5     Q. My question is, the Internal Affairs
6 person told you that at the time of the incident he
7 was on duty as a Jefferson Parish Sheriff's Deputy?
8     A. No, sir, he didn't.
9     Q. Okay. Isn't it true that they told you he
10 was off duty at the time?
11     A. No, sir, he didn't.
12     Q. Okay. No, sir, they didn't tell you that?
13     A. No.
14     Q. Okay. But you do recall referring to him
15 as "Mr. Siddiqui's partner" when you were talking
16 about it to Internal Affairs?
17     A. I -- I refer him saying he was his partner
18 and I told him that I never signed nothing with you.
19 I never seen you before. If y'all anything y'all
20 partners.
21     Q. Okay. But -- the last time you spoke to
22 Mr. Siddiqui that day --
23     A. Uh-huh.
24     Q. -- he told you that if he didn't get the
25 rent he was coming to get his -- key, is that

1 right?
2    A. If he didn't get the Housing portion of
3 the rent.
4    Q. Right.
5    A. "If I didn't have Housing portion of the
6 rent by 4 o'clock, he need his f-ing key or get the
7 f-out."
8    Q. Okay. And at that time you were packing
9 up your belongings anyway to move, is that right?
10    A. I was already taking my stuff off the wall
11 because I knew I was getting ready to have a baby in
12 February so why not start. And I was already
13 getting ready to be ported out.
14    Q. Did you tell -- did you tell -- at anytime
15 during your discussions with Mr. Siddiqui, did you
16 tell him you would be out that afternoon?
17    A. No. I did not. Housing --
18    Q. And -- go ahead.
19    A. -- Housing -- Mr. Siddiqui got the paper
20 from Housing before I got the paper.
21    Q. Mr. Siddiqui got what paper from Housing?
22    A. He got the paper saying that they was
23 moving me out of the house because it wasn't
24 liveable for me to be pregnant and somebody have to
25 pour buckets of water down the toilet for me to --

1 us to use the bathroom.
2    Q. Okay. So Mr. Siddiqui had been notified
3 by the Housing Authority, that you were going to be
4 moving?
5    A. Correct, for three months that they --
6 this went on.
7    Q. Right. And then you talked to Mr.
8 Siddiqui and you told him you were packing up your
9 stuff, is that right?
10    A. I told him I was already packing my stuff
11 but he -- once he --
12    Q. But he -- go ahead.
13    A. -- once he --
14    Q. And --
15    A. -- once he -- once Housing didn't pay him
16 that last payment that, you know, he thought he was
17 going to get, then he got upset about it and he
18 wanted it from me.
19    Q. And you -- would it be fair to say you
20 never told Mr. Siddiqui that you were going to be
21 moving out that afternoon and he could come get the
22 key?
23    A. Mr. Siddiqui already knew that I was going
24 to be moving out. Housing talked to Mr. Siddiqui.
25    Q. Well, if Mr. Siddiqui had shown up to get

1 the key were you prepared to give him the key?
2    A. I -- I didn't have to give Mr. Siddiqui a
3 key until I was out of his home.
4    Q. Okay. But you never -- you never -- you
5 indicated to him that you would be out that
6 afternoon and he could pick the key up?
7    A. I told him on the phone don't come over
8 there. He wasn't getting a key.
9    Q. Okay. I don't have copies of your medical
10 records but you -- my understanding is that you
11 contending that there -- that he -- you were in some
12 way injured by Mr. McClendon's actions, --
13    A. Can you re --
14    Q. -- is that true?
15    A. -- can you rephrase that. Am I --
16    Q. Yeah. Yeah. Are you making a claim that
17 you were -- that Mr. McClendon by his actions caused
18 you physical injuries?
19    A. Correct.
20    Q. Okay. And what injuries were those?
21
22    Q. Okay.
23
24
25

1
2
3
4
5
6
7
8
9
10
11    A. Yes. Correct.
12    Q. And do you know if he's issued a report
13 saying that?
14    A. No. I don't.
15
16
17
18
19
20
21
22
23
24
25

MAGNA
LEGAL SERVICES



1
2    Q.   Okay.
3    A.   -- but I was --
4    Q.   But he --
5         MR. SLADEK DE LA CAL:
6              You can go --
7    BY MR. MARTINY:
8    Q.   -- go ahead.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23   Q.   Okay.  So how many children do you have
24   all together?
25   A.   I have four children.



**Page 46**

ck.

23     Q. I don't know -- I don't -- would -- do you
24 know what date of the week it was that the incident
25 --

**Page 47**

1     A. That was Thursday because I went to
2 Internal Affairs that Friday.

**Page 48**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15     Q. And what --
16     A. The --
17     Q. -- happened in court?
18     A. What happened in court the Judge was like
19 look like you shouldn't even be in here. And the
20 nurse say, she shouldn't be. She's -- just had a
21 baby.
22     Q. Okay. And --
23     A. And --
24     Q. -- did the -- did the Judge sign the
25 eviction order?

**Page 49**

1     A. No. He didn't. He told them that was
2 ridiculous, to get out.
3     Q. Okay. All right. Was Mr. Siddiqui in
4 court?
5     A. Yeah.
6     Q. Okay. And you continued to live in -- at
7 that 20 -- was it 20 -- 2736 Greenwood after that
8 then for some time?
9     A. Correct, because the Judge told me it was
10 still an order to not evict -- the Covid thing that
11 was going on --
12     Q. Because of Covid?
13     A. -- that -- yes.
14     Q. Covid Moratorium. Okay. So how long did
15 you stay after that?
16     A. I stayed until Housing ported me out in
17 March.
18
19
20
21
22
23
24
25



**Page 50**

**Page 51**

**Page 52**

**Page 53**

```
 1
 2    Q.  Okay.
 3       MR. MARTINY:
 4          That's all I have for right now.
 5    Thank you, Ms. Tapps.
 6       THE WITNESS:
 7          You're welcome
 8       MR. HYATT:
 9          Ms. Tapps, I'm Donald Hyatt.  I
10    represent Randy McClendon.
11       MR. SLADEK DE LA CAL:
12          Before we get going, Don, if anyone
13    needs a break.  Are you okay?  Need the
14    restroom or anything?
15       MR. HYATT:
16          Sure, why -- why don't we just take a
17    break for five minutes then.
18       MR. SLADEK DE LA CAL:
19          A five minute break?
20       THE REPORTER:
21          Okay.  We're off the Record.  It's
22    10:22 a.m.
23    (Off the Record)
24       THE REPORTER:
25          Okay.  It's 10:34 a.m., we're going
```

MAGNA
LEGAL SERVICES



Page 54

```
 1          to go back on the Record.
 2          - E X A M I N A T I O N -
 3   BY MR. HYATT:
 4          Q.   As I was starting to say before we took a
 5   break, ma'am, I'm Donald Hyatt.  I represent Randy
 6   McClendon individually.  Although, Mr. Martiny went
 7   over his instructions, I want to be crystal clear on
 8   them.  If you do not understand any question and I
 9   do not care why you don't understand it, I'm
10   unclear, you're distracted, any reason at all --
11          A.   Uh-huh.
12          Q.   -- will you stop me and get me to clarify
13   the question --
14          A.   Okay.
15          Q.   -- because this entire exercise is only
16   useful to any of us insofar as your answers are
17   given to questions you understand.
18          A.   Yes.
19          Q.   But if you answer, you don't stop, or you
20   don't ask for clarification the assumption is going
21   to be that you understand the question, okay?
22          A.   Okay.  Yes.
23
24
25
```

Page 55

Page 56

Page 57

MAGNA
LEGAL SERVICES



22        MR. SLADEK DE LA CAL:
23           Object to form.  If -- especially if
24   counsel is characterizing a document that
25   we don't have in front of us.

1      BY MR. HYATT:

4   r

8      Q.  Okay.  We may come back to that.  Let's go
9  to the incident on the 7th.  At the time when Mr.
10  McClendon, then Deputy McClendon, first knocked on
11  the door of the house you were living in -- and I'm
12  going to get these numbers confused, yeah, 2736
13  Greenwood.  Were you in the house when he first
14  knocked on the door?
15      A.  Yes.  I was in the back in the -- by the
16  washer and dryer washing clothes.
17      Q.  Okay.  Was that -- without -- I'm not
18  going to bother with a diagram of the house or
19  anything, unless we have to, but was that at the far
20  opposite end of the house from --
21      A.  Yeah.
22      Q.  -- the front door?
23      A.  Yes.  As -- at the back door.
24      Q.  Okay.  And what exactly were you able to
25  hear?

MAGNA
LEGAL SERVICES

1     A.   I heard --
2     Q.   Yeah.
3     A.   -- I heard --
4     Q.   I'm sorry, let me finish please.  I'm only
5   asking for what you could directly hear, not what
6   anyone on any side of it may have told you later
7   happened at the door.  I only want to know what you
8   directly heard --
9     A.   They --
10    Q.   -- at the residence?
11    A.   -- I didn't hear -- all I heard him ask
12  for me and I automatically froze --
13    Q.   Okay.
14    A.   -- because I heard the police officer.
15    Q.   Okay.  And did you recognize his voice at
16  that moment?
17    A.   No.  I didn't.
18    Q.   Okay.
19    A.   I just heard -- I knew it was the police.
20  I knew the knock.  Kenner Police done knocked on my
21  door before and I knew it was a police officer
22  (knocking on the table).
23    Q.   Okay.  So you heard him ask for you by
24  name?
25    A.   Correct.

1     Q.   What happened or what did you hear after
2   that?
3     A.   I heard I wasn't there and that was it.
4     Q.   Okay.  And what happened next?
5     A.   And he closed the door.
6     Q.   "He" being?
7     A.   Jamal Jones.
8     Q.   Okay.  So --
9     A.   Jamal Jones --
10    Q.   -- to be --
11    A.   -- answered the door and James Augustine
12  was sitting right there on the sofa by the door.
13    Q.   Okay.  Only reason I wanted to clarify is
14  you said, "he closed the door."  I wanted to make
15  sure it wasn't my client opening or closing the door
16  at that point?
17    A.   No.  It wasn't.
18    Q.   Okay.  So what was the next thing that
19  happened in the course or sequence of events based
20  on your personal knowledge?
21    A.   Me and Jamal and James went to talking.  I
22  told the -- they ask what he keep coming over there
23  for.  And I said, I told him, you know, he wasn't
24  getting no key before he came over here.  So I don't
25  know why he sent McClendon over there.

1     Q.   Okay.  Well, let's back up and kind of
2   break that down or unpack it a little.  When you
3   say, that you had told him he wasn't getting the key
4   and you didn't know why he sent McClendon over
5   there, you're referring to -- that's what you told
6   Mr. Siddiqui?
7     A.   Yes.
8     Q.   Okay.  So we're going to have to kind of
9   stop the course of events at -- at the house for a
10  moment --
11    A.   Uh-huh.
12    Q.   -- and now let's go back to earlier in the
13  day.  Please tell me your best recollection of
14  whatever communications you had with Mr. Siddiqui
15  earlier in the day.  And to make this easier we'll
16  start with, do you only communicate with him once
17  earlier that day or was there more than one --
18    A.   Hmm.
19    Q.   -- communication?
20    A.   I'm not sure.  I knew it was a text
21  message, maybe one or two and I was done with the
22  text message and I called.
23    Q.   Okay.  So let's start with the text
24  messages and I understand they're not in front of
25  you.  They are what they are, but what's your

1   general recollection of what the exchange was if you
2   would paraphrase for me?
3     A.   He -- he said that he was coming -- he was
4   coming -- "He'll be there by 4 o'clock to get
5   Housing portion of the rent or his f-ing key or get
6   the f-out."
7     Q.   Okay.  And if there's any difference
8   between your recollection and the actual text
9   message, you'd defer to whatever the text message
10  says --
11    A.   Right
12    Q.   -- on that?  Okay.  So then from what you
13  testified a moment ago, there was a phone
14  conversation?
15    A.   Right.
16    Q.   What's your best recollection of the
17  substance of that phone conversation between you and
18  Mr. Siddiqui on January 7th 2021?
19    A.   The same thing he said and I told him, "He
20  wasn't getting no f-ing key."
21    Q.   Okay.  Now, the --
22    A.   And he couldn't come after me for the
23  Housing portion of the rent.  He signed a contract
24  with Housing and House -- it says that in the
25  contract.

1    Q.   Okay.  And you told him that during the
2  phone call?
3    A.   Yes.  I did.
4    Q.   Was there anything else that you told him
5  during the phone call?
6    A.   Not that I recall.
7    Q.   Was there anything else that he stated to
8  you during the phone call?
9    A.   Yeah.  "He was coming to get his f-ing key
10  so get the f-out."
11    Q.   Okay.  So he said that more than one?
12    A.   Yes.
13    Q.   Okay.  And when he said that he was going
14  to come get the key is that, to the best of your
15  recollection, exactly how he said it?
16    A.   He said, he was coming to get his key.
17    Q.   Okay.  With regard to the text message
18  exchange, you know how you can have text message
19  conversation between two individuals or you can have
20  a group --
21    A.   Uh-huh.
22    Q.   -- where three, four, five people are all
23  able to see it?  Do you have any knowledge that Mr.
24  McClendon was part of that text message exchange?
25    A.   Mr. McClendon don't have my number and Mr.

1  McClendon was not part of that text message.
2    Q.   Okay.  And similar question for the
3  telephone call that you had with Mr. Siddiqui on
4  January 7th.  Do you have any knowledge that -- that
5  my client in any way heard any part of that phone
6  call?
7    A.   I don't know what he heard, but I know I
8  called Siddiqui.
9    Q.   To your knowledge did my client
10  participate in that phone call?
11    A.   Not that I know of, I called Siddiqui not
12  your client.
13    Q.   Okay.  And after the phone call to Mr.
14  Siddiqui, did you have any other communication with
15  Mr. Siddiqui or anyone that you know of who worked
16  with or for him between the end of that phone call
17  and when my client appeared at 2736 Greenwood?
18    A.   Rephrase that question.
19    Q.   Sure.  When you finish your phone call
20  with Mr. Siddiqui on January 7th 2021, --
21    A.   Uh-huh.
22    Q.   -- whatever time that was, from your
23  description it sounds like it was in the afternoon
24  --
25    A.   Uh-huh.

1    Q.   -- sometime.
2    A.   Uh-huh.
3    Q.   But after the end of that phone call until
4  Mr. McClendon knocked on the door at 2736 Greenwood
5  --
6    A.   Uh-huh.
7    Q.   -- was there any other communication
8  between you and Mr. Siddiqui or anyone you knew to
9  be in anyway associated --
10    A.   No.
11    Q.   -- with Mr. Siddiqui?
12    A.   No.  Because I -- I wasn't about to go
13  backwards and forward.  I had already told him he
14  -- he didn't have no right to come get no key --
15    Q.   Okay.
16    A.   -- and that was that.
17    Q.   Now, you had previously met Mr. McClendon,
18  correct?
19    A.   Correct.
20    Q.   How many times have you previously met Mr.
21  McClendon?
22    A.   One time before that.
23    Q.   And do you have a recollection of how long
24  before January 7th 2021 was the prior instance when
25  you met Mr. McClendon?

1    A.   I don't.  I just know it was at the end --
2  maybe October or -- October or September of 2020,
3  like right at the end.  Right before the Housing
4  inspections when they coming back to back that he
5  was supposed to meet what -- the qualifications for
6  me to stay there.
7    Q.   So roughly approximately ninety days plus
8  or minus a little bit before, three months?
9    A.   I say in between September and October.
10    Q.   Okay.  September, October 2020.  Tell me
11  your best recollection, from start to finish, of the
12  September or October 2020, encounter between you and
13  Mr. McClendon?
14    A.   He came -- he came to the house and he was
15  like "You're behind on your rent.  And I come up --
16  I come over here -- my partner sent me over to
17  collect the rent.  We want to know when you going to
18  have the rent."  And I'm like, "Who is your
19  partner?"  He was like, "You know my partner."  I
20  was like, "No, and I don't know you.  You're not my
21  landlord."  He said, "I am your landlord."  He said,
22  "Because if you don't have your portion of the rent
23  my shit'll look nice in this house."
24    Q.   Okay.  Did you make any complaints to
25  Jefferson Parish Sheriff's Office about that

1  interaction?
2   A.  No.  I didn't.
3   Q.  Did you make any complaint to anyone other
4  than JPSO, for example, -- you know, only by way of
5  example, did you talk to Kenner PD about it?  Did
6  you talk to the Housing Authority folks?  Did you
7  talk to anyone --
8   A.  I talked to --
9   Q.  -- about it?
10   A.  -- Housing Authority and I talked to Judge
11  Roscoe.
12   Q.  Okay.  So first let's go with Housing
13  Authority.  Did you make a formal complaint to
14  Housing Authority about that?
15   A.  I talked to my work -- my caseworker, so
16  whether she wrote it down or not I told her what
17  happened.
18   Q.  Okay.  And what was her name?
19   A.  Ms. King.
20   Q.  Okay.  And did Ms. King tell you she was
21  going to do anything about your complaint about the
22  September or October interaction with Mr. McClendon?
23   A.  Ms. King said she was going to call him.
24   Q.  She was going to call Mr. McClendon?
25   A.  Yes.

1   Q.  And --
2   A.  She said because her knowledge he didn't
3  have a partner.
4   Q.  Okay.  To your knowledge --
5   A.  She said, "To her knowledge."
6   Q.  No, no, no.  To your knowledge did Ms.
7  King call Mr. McClendon?
8   A.  I never asked about it because he never
9  came back.  I wasn't --
10   Q.  Did you have -- between when you made the
11  complaint to Ms. King on January 7th 2021, did you
12  have any other discussions or meetings with Ms.
13  King?
14   A.  I had a discussion with her
15  .
16   Q.  Okay.
17  
18   Q.  Prior to that were there any other times
19  that you talked to her either on the phone or in
20  person between the September or October meeting --
21  interaction between you and Mr. McClendon on January
22  7th?
23   A.  Wait, rephrase that -- your question.
24   Q.  Sure.  In September or October you had the
25  first interaction with Mr. McClendon?

1   A.  Uh-huh.
2   Q.  January 11th you're meeting with Ms. King
3  and that's when she says, oh,
4  
5  
6   A.  Right.
7   Q.  In between those two dates, did you have
8  any other communications with Ms. King?
9   A.  Yes.  I did because we was going through
10  the situation where the house was un -- they was
11  saying it was unfit to live.  And when you have to
12  flush a toilet with a bucket water and your breaker
13  keep trip -- tripping.
14   Q.  So you had discussions with her about the
15  condition of the premises --
16   A.  I didn't have to have a discussion with
17  her she -- so --
18   Q.  Let me finish please.  And being ported
19  out to another property at some point.  There was a
20  plan wasn't there that eventually you were going to
21  be leaving that property because of the condition?
22   A.  Rephrase your question.
23   Q.  When you were talking to Ms. King during
24  that period and the condition of the property became
25  clear, did you have discussion with her about plans

1  to move you to another property that met inspection?
2       MR. SLADEK DE LA CAL:
3          Objection to form.
4  BY MR. HYATT:
5   A.  That's not how that goes.  They -- they
6  plan when they going to move you out.  And by being
7  Covid and everything was on hold they couldn't move
8  me out until her boss found somewhere for me livable
9  and --
10   Q.  Uh-huh.
11  
12  
13   Q.  Uh-huh.
14   A.  -- to move.
15   Q.  During that time period though you talked
16  with her about this so that you knew the status,
17  correct?
18   A.  I talked to her about what?
19   Q.  The status of their efforts to find a
20  place that they could move you to, for example.
21   A.  She told me about it.
22   Q.  Okay.  But you had a phone conversation
23  about it, right?
24   A.  She told me about it.  It wasn't a phone
25  conversation.  I went in.  She called me --

1    Q.  Okay.
2    A.  -- she sent a notice -- she sent the
3  notice to him.  She sent the notice to me and I had a
4  date where I had to show up, a date and a time.
5    Q.  Oh, Okay.  So in between the Oct --
6  September-October interaction with Mr. McClendon,
7  but before the January 11th 2021, meeting at the
8  Housing Office, you had one or more other times when
9  she sent you notice and said, come see me for an
10  appointment and you went in and saw Ms. King in
11  person, correct?
12    A.  Correct.
13    Q.  Okay.  Do you recall how many meetings you
14  had with Ms. King during that period?
15    A.  No.  I don't.
16    Q.  During any of the meetings you had with
17  Ms. King between September or October of 2020 and
18  January 11th of 2021, did she say anything
19  whatsoever to you about having contacted Mr.
20  McClendon or Mr. Siddiqui about the September-
21  October interaction?
22    A.  The only thing Ms. King said to me was in
23  January -- maybe the beginning of January or the end
24  of December that I was being ported out because they
25  stopped payment on Siddiqui's rent because he failed

1  to in -- meet the qualifications.  They gave him
2  October.
3    Q.  Right.
4    A.  They gave him November.  Here comes
5  December, no payment.  Now, they paid him for
6  October.  They paid him for November.  December he
7  didn't get his payment.  January he blew up.
8    Q.  But that's all about Mr. Siddiqui.  She
9  didn't say anything about talking to anyone about
10  the interaction with Mr. McClendon in September-
11  October, did she, during that period?
12    A.  No.  She didn't.  Not to my knowledge.
13  Not that I remember.
14    Q.  Okay.  So let's go back to the events of
15  Sep -- of January 7th.  So pick up where we left
16  off, if you would.
17    A.  Uh-huh.
18    Q.  So you heard the initial interaction at
19  the door.  You heard the door shut.  You indicated
20  that one of the two gentlemen in the front room shut
21  it, not Mr. McClendon.
22    A.  Uh-huh.
23    Q.  What happened next?
24    A.  They closed the door and me and my cousin
25  and my husband went to talking.

1    Q.  Okay.  What's your best recollection of
2  that conversation?
3    A.  They ask, why he keep coming over there.
4    Q.  And?
5    A.  And he's not your landlord.
6    Q.  Okay.  What was said next?
7    A.  I said, I don't know.
8    Q.  And what's your recollection of the
9  remainder of the conversation, if there was any
10  further discussion?
11    A.  I say, he was at the door why y'all didn't
12  ask him?  And that was it.
13    Q.  Okay.
14    A.  Then he came back.
15    Q.  Well, hold on.  Before we move further, is
16  there anything else that you recall was said by
17  either you or either of those two gentlemen --
18    A.  No.
19    Q.  -- in that conversation?
20    A.  No.  I don't.
21    Q.  Okay.  Let's go forward.  So what happens
22  next?
23    A.  He came -- he came back, that's when he
24  was beating on the window and the door, and I opened
25  the door.

1    Q.  Okay.  And what happened?
2    A.  He was putting his gun back in his
3  holster.
4    Q.  Okay.  Now, how was he holding his pistol
5  to the best of your recollection?
6    A.  Like this (demonstrating).
7    Q.  Okay.  So his hand --
8        MR. SLADEK DE LA CAL:
9            Excuse me, Don, can you describe just
10  because we're not --
11        MR. HYATT:
12            I --
13        MR. SLADEK DE LA CAL:
14            -- on --
15        MR. HYATT:
16            -- I --
17        MR. SLADEK DE LA CAL:
18            -- video or --
19        MR. HYATT:
20            -- I was --
21        MR. SLADEK DE LA CAL:
22            -- anything?
23        MR. HYATT:
24            -- going to clarify, so --.
25  BY MR. HYATT:

1    Q.   You just demonstrated -- I'm going to ask
2    you from the way you demonstrated, his hand was
3    wrapped around the pistol grip of his pistol?
4        A.   To put it back in his holster.
5        Q.   And the barrel was pointing down into the
6    holster as he put it into the holster?
7        A.   Correct.
8        Q.   Okay.  Did you see him holding it in any
9    other way or by the time you opened the door that's
10   the position it was in?
11       A.   I -- I didn't see him holding it any other
12   way but I heard him hitting on the window and the
13   screen door with a hard object.  I wouldn't never
14   knew it was a gun if he had a flashlight or his
15   other thing out.  How I knew it was a gun because he
16   was putting it back in.
17       Q.   Okay.  Did he place his pistol, according
18   to your recollection, all the way in his holster at
19   that point?
20       A.   Yes.  And my four-year-old said, "Stop
21   screaming -- screaming at him, mommy, he gonna shoot
22   you."
23       Q.   Okay.  What happened next?
24       A.   And I looked at my husband and I told him
25   to bring my son back and lay him down and I say, "He

1    ain't going to bust a grape in a food fight."
2        Q.   Okay.  And what followed next?
3        A.   And I told him what I want, he wasn't
4    getting no key and I told Siddiqui that, so what he
5    -- why he keep coming over there and I slammed the
6    door.
7        Q.   Okay.  To your recollection, did he say
8    anything during that exchange after saying, I'm here
9    to get the key?
10       A.   He said he -- he had to get the key or
11   collect the Housing portion of the rent because
12   Housing didn't pay the -- their portion of the rent.
13   And they told me that -- he told me to have it by 4
14   o'clock.  And as he was saying that I was closing
15   the door.
16       Q.   Did he say that about 4 o'clock or is that
17   what Mr. Siddiqui said earlier?
18       A.   That's what he said.  Siddiqui said it
19   earlier and he repeated it.
20       Q.   Wasn't it already at or after 4 o'clock
21   when this occurred?
22       A.   When -- which -- what -- which time
23   occurred?
24       Q.   When Mr. McClendon knocked on the door for
25   the second time?

1        A.   For the second time?  Yes.  It was after
2    4:00, the second time that he --
3        Q.   Okay.  So --
4        A.   Let me rephrase -- let me rephrase that.
5        Q.   Sure.
6        A.   It was after 4:00, when I was going out
7    the house and he blocked me off in the driveway.  I
8    don't know -- I don't recall what time it was when
9    he was at the door when I slammed the door.
10       Q.   Okay.
11           MR. PARKERSON:
12               Objection to the nonresponsive
13       portions of your answer.
14           THE WITNESS:
15               Huh?
16           MR. SLADEK DE LA CAL:
17               That's fine.
18           MR. PARKERSON:
19               Objection.  Nonresponsive.
20   BY MR. HYATT:
21       Q.   Do you know what time it was the first
22   time Mr. McClendon knocked on the door?
23       A.   No.  I don't know.
24       Q.   Do you know what time it was the second
25   time when he knocked on the door?

1        A.   No.  I don't.
2        Q.   Okay.  Do you know approximately what time
3    of day it was the second time he knocked on the
4    door?
5        A.   Um, the second -- the second time he
6    knocked on the door?
7        Q.   Yes, ma'am.
8        A.   I don't know about the second time.  I
9    just know from my video when I started recording.
10       Q.   Okay.  And when you started recording it
11   was after 4 o'clock?
12       A.   Yes.
13       Q.   Okay.  So let's go back to at the end of
14   the second encounter at the door.  You shut the
15   door, correct?
16       A.   Uh-huh.
17           THE REPORTER:
18               Yes?
19   BY MR. HYATT:
20       Q.   What happens next?
21       A.   I'm sitting in the living room.  James
22   came and got the clothes.  I'm getting ready to fold
23   the clothes and put them in a box.  And then I hear a
24   hard object on the window and the door.
25       Q.   So this is a third time that there's a

1 knocking on the door or the front --
2     A. No. This is the second time.
3     Q. Okay.
4     A. It wasn't no third time. The third time I
5 was coming out to go to my mom.
6     Q. Okay. So you left to go to your mother's,
7 what time did you leave to go to your mother's?
8     A. I don't know. I didn't have no phone.
9     Q. What time did the video start?
10     A. I don't know. I just seen the video
11 counting, I just -- on my police report it said I
12 think "17" something -- "17:46" or something like
13 that.
14     Q. So 5:46 p.m.?
15     A. Maybe. I'm not correct. I don't know
16 that time but I think around that time.
17     Q. When you left to go to your mother's did
18 you have anything in your arms, were you taking
19 anything with you?
20     A. No. I wasn't.
21     Q. What --
22     A. My husband had my baby and all I had was
23 my keys to start my car.
24     Q. Okay. And your car was in the driveway by
25 the house?

1     A. Yes.
2     Q. And which way was your car facing? Was
3 the front of the car facing into the property or out
4 towards the street?
5     A. I had my car backed in.
6     Q. So it's -- the front of the car facing the
7 street?
8     A. Yes.
9     Q. And when you and your husband went
10 outside, did your husband immediately go place your
11 child in the car in the seat?
12     A. All three of us went outside, yes he did.
13     Q. Okay. Where was the car seat in the car?
14     A. There was two car seats because I was
15 getting ready to have another baby.
16     Q. Okay.
17     A. ███ car seat was on the passenger side,
18 and ███ car seat was on the -- behind the driver
19 side.
20     Q. Okay. So you went around to the driver
21 side door as soon as you went outside?
22     A. When I walk out my door my -- the driver
23 side door is when I walk out --
24     Q. Uh-huh.
25     A. -- so the driver side -- when I walk out

1 my door the driver side is already on my side.
2     Q. Okay. And when you went outside to go to
3 your car, was Mr. McClendon already in front of your
4 driveway or did he pull up while you were getting in
5 the car?
6     A. I started my car and my headlights came on
7 and then McClendon drove up and blocked me off.
8     Q. Okay. How -- is the driveway that your
9 car was in, is it a single width driveway or is it
10 wide enough for two cars side by side?
11     A. I have -- I have my own driveway and the
12 middle apartment driveway is on the far end side by
13 the gate.
14     Q. Okay. At that time was there anyone
15 parked next to you?
16     Q. Next to me?
17     Q. Uh-huh.
18     A. My neighbor parks his car and he lets
19 Jamal park in the front of him.
20     Q. I'm not asking about what people do as a
21 matter of habit. What I'm saying is at that moment
22 when you walked out that -- late that afternoon --
23     A. Uh-huh.
24     Q. -- your car was parked there?
25     A. My car was parked in my driveway.

1     Q. Was there a car parked next to it?
2     A. Yes. There was.
3     Q. Okay. And was it your neighbor's car?
4     A. Yes.
5     Q. And what's your neighbors name?
6     A. Um, I -- I forgot.
7     Q. Okay.
8     A. Larry -- Larry.
9     Q. Larry.
10     A. Mr. Larry.
11     Q. Have you stayed in touch with Mr. Larry?
12     A. No. Mr. Larry don't stay there anymore.
13     Q. Do you have a cell phone number for Mr.
14 Larry?
15     A. For what? No. I don't.
16     Q. Okay. So please tell me what your best
17 recollection is of what happened next at that point?
18     A. After he blocked me off, I asked me -- he
19 said, so you -- you don't want to talk to me? You
20 don't want to tell me when you -- when you going to
21 get the Housing portion or the rent because you
22 don't want to give me my key? I say, I just told you
23 at the door when I closed the door, why is you
24 blocking me off. And that's when I went to
25 recording him.

1    Q.  So to be clear, there was some amount of
2  discussion prior to you starting the recording?
3    A.  Yeah, he was asking about the portion of
4  the rent and the key.  The same thing when I closed
5  the door.
6    Q.  Okay.  Was there anything other than that
7  brief snip it that you just described before you
8  started recording?
9    A.  No.
10    Q.  And you recorded the cell phone video that
11  you turned over to JPSO Internal Affairs --
12    A.  Yeah.
13    Q.  -- personally?
14    A.  Yes.
15    Q.  And just to be clear there was no
16  alteration of that video before you let them access
17  it?
18    A.  No.
19    Q.  Okay.  And if I understood correctly, the
20  record from Internal Affairs you let them -- you
21  gave Sergeant Canas your phone and let him text the
22  video to his phone?
23    A.  Correct.
24    Q.  So to the best of your knowledge they got
25  the entire video?

1    A.  Correct.
2    Q.  Okay.  And at some point, whatever the
3  video shows, Mr. McClendon pulls off down the block,
4  correct?
5    A.  After I call Kenner Police and he seen
6  Kenner police coming up the street.
7    Q.  Okay.  And you saw interaction between Mr.
8  McClendon and the Kenner Police Officer?
9    A.  Correct.
10    Q.  Now, the Kenner Police officer actually
11  spoke to both you and Mr. McClendon before Mr.
12  McClendon left the scene, correct?
13        MR. SLADEK DE LA CAL:
14          Objection to form.
15  BY MR. HYATT:
16    A.  He talked to McClendon first and --
17    Q.  Okay.
18    A.  -- so I went to screaming and hollering
19  and said, I was the one who called the police.
20    Q.  Okay.  So how long, to your recollection,
21  did the officer from Kenner PD talk to Mr. McClendon
22  before he came over to you?
23    A.  Maybe two to three minutes.
24    Q.  Okay.  Were you able to hear that
25  conversation?

1    A.  No.  I wasn't.
2    Q.  You could just see them talking --
3    A.  Yes.
4    Q.  -- possibly hear indistinct noise but you
5  couldn't make out what was being said?
6    A.  Right.
7    Q.  Okay.  And based on your testimony a
8  moment ago then you yelled basically, hey, I -- I'm
9  the person who called to complain, come talk to me?
10    A.  Right.
11    Q.  And at that point the Kenner PD officer
12  came over to you?
13    A.  And then McClendon got out his car.
14    Q.  Okay.  Now, what is your recollection of
15  your discussion with the officer from Kenner PD?
16    A.  What is my what?
17    Q.  Your recollection -- your memory --
18    A.  Of what?
19    Q.  -- of your discussion with the Kenner
20  Police officer?
21    A.  I told the police officer just like I told
22  him -- the lady when I called 911, the same thing.
23    Q.  Which was?
24    A.  Was that he come over here for Housing
25  portion of the rent or he said give him the key or

1  get the fuck out.  Or -- and I don't know why he keep
2  coming over there harassing me.  And then he told me
3  that he ought to take me to jail because I have
4  attachments and he done ran my name.
5    Q.  And so at this point, I want to be clear,
6  you were talking to the Kenner Police officer.  Had
7  Mr. McClendon approached the two of you --
8    A.  Yes.  Mr. McClendon --
9    Q.  -- so it was a three-way conversation?
10    A.  -- Mr. McClendon got out his car.
11    Q.  Okay.  So at some point in this it became
12  a three-way conversation?
13    A.  Correct.  And he say, that he was there
14  trying -- he was there to do eviction and can -- the
15  Kenner Police officer said, to my knowledge there's
16  no evictions going on.  And it's Covid, it's -- and
17  if you're doing eviction the Constable or Justice of
18  the Peace is supposed to come put a notice on the
19  door to have her evicted.
20    Q.  Okay.  After the Kenner Police officer
21  explained that his knowledge due to Covid
22  restrictions, evictions weren't happening.  What
23  happened next?
24    A.  He asked me for my lease.
25    Q.  Were you able to produce a lease for him?

1    A.   Yes.  I did.
2    Q.   And did he examine it?
3    A.   Yes.  He did.
4    Q.   Did he return it to you?
5    A.   Yes.  He did.
6    Q.   What happened next?
7    A.   He wrote a police statement and he told me
8  I need to report it.
9    Q.   Okay.
10    A.   The same thing James and Jamal was telling
11  me while they was putting the baby in the car.
12    Q.   By the point in time where the Kenner
13  Police Officer told you, you ought to report it, had
14  Mr. McClendon by that point?
15    A.   No.  He was still --
16    Q.   Still hanging around?
17    A.   Yes.
18    Q.   Okay.  And what happened next after the
19  Kenner --
20    A.   Kenner Police told him to go back over
21  there --
22    Q.   Okay.
23    A.   -- because he was -- end up getting me
24  riled up so he told him to go back by his car.
25    Q.   And did Mr. McClendon comply with what the

1  Kenner Police officer told him to do?
2    A.   Yeah, he was still by his car and after he
3  finished with me then he went and talked to him.  I
4  left and went to my mom and calmed myself down.
5    Q.   Okay.  Let's -- let's back up for a
6  minute.  So you saw Mr. McClendon go over to his car
7  to the --
8    A.   To who?
9    Q.   -- to -- you saw Mr. McClendon go to the
10  JPSO car.
11    A.   At the end of the driveway.
12    Q.   Okay.  And you saw the Kenner Police
13  officer go over to have a discussion with him?
14    A.   No.  I got in my car.  The Kenner Police
15  watched me get in my car and he walked off.  So that
16  way where his car was and the Jefferson Parish
17  police car was.
18    Q.   Okay.  And you at that point drove off
19  towards your mother's?
20    A.   Yes.
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8    Q.   Okay.  And when you got there you just
9  went inside?
10    A.   Uh-huh.
11    Q.   And --
12    A.   She told me to go lay in the bed.
13    Q.   Okay.  So you discussed these events with
14  your mother at that point?
15    A.   Yeah.
16    Q.   Okay.  In addition to your mother, was
17  there anyone else in the house that you discussed
18  the events with?
19    A.   I didn't have to, everybody heard me
20  screaming and hollering.  Everybody came outside,
21  all the neighbors.
22    Q.   Okay.  What -- when you say, the other
23  neighbors came outside, you're talking about the
24  neighbors surrounding 2736 Greenwood?
25    A.   2736 -- yes, --

1    Q.   Okay.
2    A.   -- and James and Jamal and [redacted] --
3    Q.   And what --
4    A.   -- and Monika.
5    Q.   What --
6    A.   Everybody was --
7    Q.   -- what neighbors did you recall came out
8  when you were screaming and saw some or all of these
9  events?
10    A.   Michelle Robinson.  The elderly lady
11  across the street.  Jamal Jones.  James Augustine.
12  [redacted]
13    Q.   Anyone else?
14    A.   That's it.
15    Q.   Did you have any name for the elderly lady
16  across the street, even a first name?
17    A.   No.  We just call her "Baker" because she
18  bakes a lot.  But I know her real good, you know,
19  she -- she the one who called my mom -- went by my
20  mom and told my mom that they had an eviction notice
21  on the door that I had to go to go to court while I
22  was in there having a C-section.
23    Q.   Okay.
24    A.   They put an eviction notice on the door
25  Wednesday or Thursday --

1    Q. So she --
2    A. -- and I had to go court Friday before --
3    Q. -- she --
4    A. -- 1 o'clock.
5    Q. -- she called your mom?
6    A. Yes.
7    Q. Do you have her phone number?
8    A. Yes.
9    Q. Could you give me her phone number?
10    A. Yes. I can give it to you.
11    Q. Is it in your cell phone where I can get
12 it now?
13    MR. SLADEK DE LA CAL:
14    If it's difficult for you to find it
15    now, we can -- we can provide it on a
16    break. I don't want to take too much time
17    --
18    MR. HYATT:
19    Okay.
20    MR. SLADEK DE LA CAL:
21    -- right now.
22    MR. HYATT:
23    We can go off --
24    MR. SLADEK DE LA CAL:
25    Is that okay?

1    MR. HYATT:
2    Yeah, we can move forward and then
3    take a break.
4    MR. SLADEK DE LA CAL:
5    It's okay.
6    MR. HYATT:
7    I'll just mark it and we'll come
8    back. And I'm going to ask when she looks
9    for that number if she has a number for
10    Michelle Robins [sic] the other lady who
11    she mentioned.
12    MR. SLADEK DE LA CAL:
13    Was that the lady that she -- she
14    mentioned?
15 BY MR. HYATT:
16    A. The neighbor -- that's the -- that -- what
17 -- which one, the elderly lady or Ms. Michelle?
18    Q. Well, I had asked you about the elderly
19 lady, the baker, that you all referred to as the
20 "Baker" but you also mention a Michelle Robins [sic]
21 -- you looked to see --
22    A. Michelle Robinson -- stayed in an outside
23 apartment right -- not the middle. Larry stay in the
24 middle.
25    Q. Right.

1    A. Michelle stayed in the outside.
2    MR. SLADEK DE LA CAL:
3    Is it "Robins" or "Robinson?"
4    THE WITNESS:
5    "Robertson."
6    MR. SLADEK DE LA CAL:
7    "Robertson."
8    MR. MARTINY:
9    Okay.
10 BY MR. HYATT:
11    A. I don't have her number but I can get it.
12    Q. Okay. I'll ask that you all produce that.
13 Okay. How long were you at your mother's house that
14 evening?
15    A. I don't know.
16    Q. Did you spend the night there?
17    A. No.
18    Q. At some point did you return back to 2736?
19    A. Correct.
20    Q. And did you seek any medical care that
21 evening?
22    A. No.
23    Q. Did you seek any medical care on January
24 8th of 2021?
25    A. No.



```
15        MR. HYATT:
16            Object as nonresponsive.  Ask that
17    she answer what --
18        MR. SLADEK DE LA CAL:
19            Can you ask the question again?
20    BY MR. HYATT:
```

MAGNA
LEGAL SERVICES





Page 109:

```
 1
 2
 3
 4                                    .
 5
 6
 7
 8
 9      Q.  Okay.
10           THE WITNESS:
11               Can I go to the bathroom?
12           MR. SLADEK DE LA CAL:
13               Yeah, Don, can we take a quick break
14      we've been --
15           MR. HYATT:
16               Absolutely.
17           MR. SLADEK DE LA CAL:
18               -- going a good hour?
19           MR. HYATT:
20               Of course.
21           THE REPORTER:
22               Okay.  We're off the Record.  It's
23      11:30 a.m.
24      (Of the Record)
25
```

MAGNA
LEGAL SERVICES



Page 110

1   THE REPORTER:
2       We're going to go back on the Record.
3   It's 11:43 a.m.
4   BY MR. HYATT:

Page 111

Page 112

5   MR. SLADEK DE LA CAL:
6       Objection to form.
7   BY MR. HYATT:

Page 113

5   MR. SLADEK DE LA CAL:
6       Objection to form.
7   BY MR. HYATT:
12      Q.  Okay.  You gave an interview to -- oh
13  what's the reporter's name here.  I don't see it.
14  You didn't interview to some reporter for "Nola.com"
15  didn't you?
16      A.  Yes.
17      Q.  Did you contact them?
18      A.  No.
19      Q.  Someone contacted them on your behalf?
20      A.  Yes.
21      Q.  Who?
22      A.  The legal aid lawyer.
23      Q.  And did they set up the appointment and
24  the meeting with the reporter?
25      A.  Yes.

MAGNA
LEGAL SERVICES

1  Q. And how many times did you meet with the
2  reporter?
3  A. Once.
4  Q. Was that meeting in person or by phone?
5  A. In person.
6  Q. And where did that meeting occur?
7  A. In front of my door.
8  Q. Basically where the photo was taken --
9  A. Right
10  Q. -- it's with the article? How long did you
11  meet with him, ma'am?
12  A. I don't know.
13  Q. Did you provide them with any papers?
14  A. No.
15  Q. Was there anyone else with the reporter,
16  photographer, videographer?
17  A. Me, my legal aid lawyer, and the
18  photographer -- I mean, the photographer and the --
19  the reporter.
20  Q. Okay. Is that the only statement that
21  you've given, that you know of, to any media outlet
22  or reporter concerning this case?
23  A. Correct. Yes.
24  Q. Has any other media outlet or reporter
25  asked you for an interview that you did not

1  participate in?
2  A. No.
3  Q. When -- when you gave the interview to the
4  Nola.com reporter, were you given an opportunity to
5  go over with them and correct any errors?
6  A. Ah, --
7  Q. For example, at the end of the interview
8  did they kind of read back, hey, here's what I got in
9  my notes, is this correct?
10  MR. SLADEK DE LA CAL:
11  Objection to form.
12  BY MR. HYATT:
13  A. I don't know. I don't remember. All I
14  remember is me -- he asked me for my story and he was
15  writing while I was talking.
16  Q. Okay. To your knowledge did he record it?
17  A. Huh?
18  Q. The reporter -- sometimes reporters will
19  just open their recorder?
20  A. He was writing.
21  Q. Okay. So he only took handwritten notes?
22  A. Yes.
23  Q. Okay. There was a -- well let me rephrase
24  that. Did you provide the reporter or the
25  photographer who was with him with the cell phone

1  video that you took on January 7th at the time of the
2  interview?
3  A. No. I didn't.
4  Q. Did anyone acting on your behalf at that
5  time provide it to them?
6  A. Maybe. I didn't.
7  Q. Do you know how that reporter got the cell
8  phone video?
9  A. Probably my legal aid lawyer.
10  Q. Did you see your attorney provide it to
11  them during that meeting?
12  A. No.
13  Q. Was there discussion of the fact that the
14  cell phone video existed during that meeting?
15  A. No.
16  Q. Was the reporter Mr. John Simerman?
17  A. Yes.
18  Q. Have you talked to Mr. Simerman at any
19  time since the interview before this article?
20  A. Before the article, no.
21  Q. Let me rephrase it in a little bit better
22  way. Have you had any discussions with Mr. Simerman
23  since the article came out?
24  A. Since this came out?
25  Q. Yes, ma'am.

1  A. Yes. How many times have you talked to Mr.
2  Simerman since then?
3  A. Once, he asked me was I okay? Did I -- was
4  I still homeless, or did I find somewhere? Told him,
5  no, I was still living in a hotel and that was it.
6  Q. When was that discussion?
7  A. Maybe December -- right before the baby
8  turn two, so 2021, the end --
9  Q. Okay.
10  A. -- end of December.
11  Q. And to your knowledge did Mr. Simerman
12  publish anything as a result of that discussion?
13  A. No. Not to my knowledge.
14  Q. Did he indicate he was intending to do a
15  story at that point?
16  A. No. Just asked me how I was doing.
17  Q. Okay.
18  A. And how was the baby?
19  Q. Okay. You gave a statement to Sergeant
20  Canas of Internal Affairs for JPSO, correct?
21  A. Yes.
22  Q. Am I correct in understanding that before
23  that statement was finalized he sent you a copy so
24  that you could review it and make any corrections?
25  A. Yes.

MAGNA
LEGAL SERVICES

1    Q.  Did you make --
2    A.  He --
3    Q.  -- any corrections when you got that
4  opportunity?
5    A.  I don't know.  I don't remember.  He didn't
6  say he was sending nothing to make corrections
7  because he -- he did my statement on video.
8    Q.  Okay.  And --
9    A.  He --
10    Q.  I'm sorry.  Go ahead.
11    A.  -- he said that he was sending me a -- a
12  copy of it to sign and send back --
13    Q.  Okay.
14    A.  -- but I called him after ████████████
15  ████████████████████████████████████████
16  ████████████████████████████████████████
17    Q.  Okay.
18    A.  So I didn't get that letter until later.
19    Q.  Okay.  And once you read the statement, as
20  it was transcribed, did you note anything about that
21  statement that you thought was erroneous?
22    A.  What -- rephrase that question again.
23    Q.  Certainly, ma'am.  Even if it was delayed,
24  you eventually did get to see the written statement
25  -- the transcription of the statement from JPSO, --

1    A.  Yes.  The statement --
2    Q.  -- that you gave?
3    A.  -- was written as I did on the video.
4    Q.  Okay.  And you reviewed it once you got a
5  copy of it, correct?
6    A.  Mmm, I looked over it.  I didn't really
7  review it --
8    Q.  Okay.  But when you did look at --
9    A.  -- because I had already did a video so --.
10    Q.  Okay.  To the extent you reviewed that
11  statement, did you note anything that was erroneous
12  that was an error about what you said in the
13  statement?
14    A.  No.  I didn't because I had already -- was
15  on video saying what -- saying my statement.  So, no,
16  I didn't.
17    Q.  Did Jefferson Parish Internal Affairs
18  forward any other documents to you for you to look at
19  such as a statement by my client, Mr. McClendon, or a
20  statement by Mr. Siddiqui, for example?
21    A.  No.
22    Q.  Did Sergeant Canas ever relate to you
23  verbally what my client had said about the matter or
24  what Mr. Siddiqui had said about the matter?
25    A.  No.

1    Q.  Did Sergeant Canas or any other
2  representative of JPSO ever indicate to you what
3  they anticipated the outcome of the investigation
4  would be?
5    A.  He said that he would be suspended
6  pending the investigation.
7    Q.  And when did Sergeant Canas tell you that?
8    A.  After I did my video and put it on record.
9    Q.  Immediately after?
10    A.  Yeah.
11    Q.  Okay.  So --
12    A.  Because I asked him what would happen?
13    Q.  Other than -- well, let me back up.  I need
14  to lay some ground for that.  So you -- you had a
15  phone conversation with IAD first where you called
16  in, correct?
17    A.  I'm not sure that I called in.  I'm sure
18  that I just got up and went over there.
19    Q.  Okay.  So you went in person.  And when you
20  went there in person did they take your statement
21  right then at that time or did they set an
22  appointment for you to come back?
23    A.  Right then and there.
24    Q.  Okay.  And -- ant that's the -- the video
25  statement that they later sent you the transcript

1  of?
2    A.  Yes.  That's Friday when I went there
3  maybe 9 o'clock, 10 o'clock.
4    Q.  Okay.
5    A.  This happened Thursday, Friday morning,
6  first thing I was there.
7    Q.  Okay.  So January 8th 2021?
8    A.  Yeah, and I would have been at the Housing
9  Office too, but the Housing Office closed on
10  Fridays.
11    Q.  Okay.  And other than the discussions that
12  you had with Sergeant Canas on January 8th 2021, when
13  you went to Internal Affairs in person --
14    A.  Uh-huh.
15    Q.  -- have you had any other discussions with
16  Sergeant Canas of IAD from JPSO about this matter?
17    A.  Did I have any discussions?
18    Q.  Yes, ma'am.
19    A.  No.  No, I didn't.  I heard him having a
20  discussion with somebody saying that, "This fucker
21  had done it again."
22    Q.  Well, let's back up.  That's an
23  interesting observation.  So where were you when you
24  heard that?
25    A.  I was in the office -- in his office.  I

1  guess, that was his office. I was in the office.
2      Q. Where -- where is his IAD office, what
3  location?
4      A. What you mean by that? Like where down the
5  hall?
6      Q. No, physically what -- like what building?
7  What address?
8      A. I don't know the address. I just know it's
9  on Causeway, maybe after the U-Haul place on the
10  right-hand side, a big tall building maybe the 7th
11  floor or the 11th floor, somewhere in between there.
12      Q. Okay.
13      A. A old lady sits at the front desk.
14      Q. Hate to say, it but saying there's an old
15  lady at the front desk doesn't narrow down much in
16  this city. There's more than one U-Haul place --
17      A. It's on --
18      Q. -- around there, so --.
19      A. -- but it's right there on Causeway. They
20  have a Wendy's on side of it.
21      Q. Okay. Now we're making that way. So --
22      A. Almost to the Causeway -- the bridge where
23  you going.
24      Q. So if I leave I-10, and I head north on
25  Causeway towards the Lake, there's the storage place

1  and U-Haul place on the right --
2      A. Uh-huh.
3      Q. -- on the east side and it's one of those
4  two or three office buildings right after that?
5      A. Uh-huh. The -- the first -- the first tall
6  building, not the second one
7      Q. Okay. And you went there --
8      A. Maybe --
9      Q. -- and talked to Sergeant Canas.
10      A. Uh-huh.
11      Q. And you gave the statement and then you
12  overheard him talking to another individual in the
13  IAD office.
14      A. Yes.
15      Q. Please tell me everything you recall about
16  the conversation you overheard?
17      A. I just heard -- I just told you. I heard
18  him say, "This fucker done, done it again."
19      Q. And --
20      A. That's all I heard.
21      Q. Okay. And was this immediately after you
22  gave your statement?
23      A. That was before I gave my statement.
24      Q. Okay. So you had a conversation with him
25  before you gave the statement obviously?

1      A. I didn't have a conversation with him
2  before. He was in the front having a conversation
3  with somebody else. I guess he was waiting to take
4  my statement. He came in he -- came in. He ask me,
5  you know, what was going on or whatever. And then he
6  said, well if you making these alleges or whatever,
7  you need to put this on record.
8      Q. Okay.
9      A. And he put it on record.
10      Q. Do you know who Sergeant Canas made that
11  statement to?
12      A. No. I don't.
13      Q. Did the person he made the statement to
14  make any response?
15      A. Not that I heard.
16      Q. Did you -- were you able to see the person
17  he was talking to or was this just an --
18      A. No, --
19      Q. -- ear shot?
20      A. -- I just heard.
21      Q. Okay. Did Sergeant Canas come back into
22  the room after that?
23      A. Yeah, he took my statement.
24      Q. Okay. After he took your statement what's
25  your recollection of any conversation you had with

1  Sergeant Canas after the completion of your
2  statement?
3      A. I asked him what would happen? What --
4  what would go on?
5      Q. And that's when he told you there'd be
6  some sort of suspension?
7      A. Some -- some kind of investigation the --
8  the pending investigation to be suspended or to find
9  out what's going on.
10      Q. After he told you that --
11      A. And I said, because I was scared and I
12  don't want him to hurt nobody --
13      Q. Okay. Was there anything else said?
14      A. -- but he can't keep just coming to people
15  house thinking he can threaten them like that --
16      Q. Okay.
17      A. -- and that's just what I told him.
18      Q. Okay.
19      A. I'm not trying to get him in trouble. I
20  just don't want him to hurt nobody or hurt me.
21      Q. And after you said that what, if anything
22  else was said in the conversation?
23      A. That was it and he said, he's sorry.
24      Q. Okay. And you left at that point?
25      A. I left.

1      Q.  Okay.  Just to -- to clarify one or two
2   items and then I think I'll be finished for a while.
3   You have no direct knowledge of conversations
4   between Mr. Siddiqui and Mr. McClendon on January
5   7th do you?
6      A.  No.  I don't.
7      Q.  You have no direct knowledge of whatever
8   other communications they may have had by text or
9   email on January 7th 2021, do you?
10     A.  No, sir, I don't.  Why would I -- if they
11  say they -- if they're partners why would I have any
12  recollection of that.
13     Q.  I -- I understand, ma'am.  I'm just making
14  sure.
15     A.  No.  I don't.
16     Q.  Okay.
17     A.  No.
18     Q.  And --
19     A.  He don't even have my number.
20        MR. PARKERSON:
21           When you say, "he," you're referring
22        to Mr. McClendon?
23        THE WITNESS:
24           Uh-huh.
25        MR. PARKERSON:

1           That's a, yes?
2        THE WITNESS:
3           Yes, sir.
4   BY MR. HYATT:
5      Q.  Did you ever specifically ask Mr.
6   McClendon if -- well let me -- let me back up.  At
7   the point in time when you went out to your car --
8      A.  Uh-huh.
9      Q.  -- on January 7th 2021, and your husband
10  was putting your child in the car?
11     A.  Uh-huh.
12     Q.  Did you specifically ask Mr. McClendon, am
13  I free to go here?
14     A.  No.  I didn't.  Why should I ask him could
15  I be free to go.  He didn't have no reason to hold me
16  hostage.
17     Q.  Okay.  Did he ever specifically say you
18  weren't free to go?
19     A.  Well, if I couldn't get out.  Obviously, I
20  wasn't free to go.
21     Q.  At that point --
22        MR. PARKERSON:
23           Objection to form.  I mean objection,
24        excuse me, nonresponsive.
25  BY MR. HYATT:

1      Q.  Did he get out of his car at any point
2   during, that interaction when his car was at the end
3   of the driveway?
4      A.  Yes.  He stood in the door of his car.
5   Yes.  He did get out of his car.
6      Q.  Stood in the door.  Did he move outside of
7   the doorway of his car?
8      A.  No.  He didn't.
9      Q.  Okay.  And --
10     A.  He blocked the car where the car couldn't
11  move.  He got out the car.  He stood in the door of
12  his car while he's blocking me.  While I'm right
13  here.  They have a big tall brick mailbox right there
14  so I --
15     Q.  Did he ever --
16     A.  -- couldn't go around (speak over) --
17     Q.  ---- did he ever say that you were detained
18  verbally?
19     A.  No.  He didn't.
20     Q.  Did he ever say that you were under
21  arrest?
22     A.  He wouldn't let me leave.  I had to call
23  the police to get out -- get away.
24        MR. PARKERSON:
25           Objection.  Nonresponsive.

1        MR. HYATT:
2           Same objection.
3   BY MR. HYATT:
4      Q.  Did he ever verbally say to you that you
5   were under arrest?
6      A.  He said that he ought to take me to jail
7   because I have attachments.  He did not say he was
8   arrest -- I was arrested.  But Kenner Police said
9   that he could take me to jail if he had -- if he
10  wanted to take me to jail or if he had cause to take
11  me to jail then he should've came over there to
12  Kenner Police and Kenner Police should've came with
13  him to arrest me.
14        MR. PARKERSON:
15           Objection to the nonresponsive
16        portions of your answer.
17        MR. HYATT:
18           Same objection.
19  BY MR. HYATT:
20     Q.  So the simple answer is he never said to
21  you verbally, you're under arrest?
22     A.  No.  He didn't.
23     Q.  Did he ever reach for his handcuffs?
24     A.  Not that I recall.
25     Q.  Did he ever tell you to limit your

1   physical movements in any way, for example, did he
2   tell you to get in the car and stay in the car or to
3   return to your house and stay in the house?
4      A.   I -- I --
5         MR. SLADEK DE LA CAL:
6           Objection to form.
7   BY MR. HYATT:
8      A.   -- I was at my house. He blocked me off
9   from leaving my house.
10         MR. PARKERSON:
11           Objection. Nonresponsive.
12         MR. HYATT:
13           I'll break it down.
14         MR. SLADEK DE LA CAL:
15           Plaintiffs' counsel represents that,
16           that was responsive.
17   BY MR. HYATT:
18      Q.   Did Mr. McClendon ever tell you to get in
19   your car and stay in your car?
20      A.   I was being detained. I was blocked in my
21   driveway.
22         MR. PARKERSON:
23           Objection. Nonresponsive.
24         MR. HYATT:
25           Nonresponsive.

1   BY MR. HYATT:
2      Q.   Did Mr. McClendon ever tell you to get in
3   your car and stay in your car?
4      A.   No. He didn't.
5      Q.   Did Mr. McClendon, when you were in your
6   driveway, tell you to return to your house and go
7   inside?
8      A.   I was in my house and came out my house to
9   get in my car. He didn't have no reason to tell me
10   to stay in my house.
11      Q.   I'm not asking if he had a reason, ma'am.
12   I'm asking did he, in fact, tell you, "yes," or "no,"
13   that you needed to go back inside?
14      A.   No. He just stopped me from leaving.
15      Q.   Did he ever tell you to assume any sort of
16   restrictive physical position like when cops will
17   tell you, you know, go lean against a wall or put
18   your hands on the car. Did he do anything like that?
19      A.   No. He didn't.
20         MR. SLADEK DE LA CAL:
21           Objection to form.
22   BY MR. HYATT:
23      Q.   The answer was, "no?"
24      A.   Yes. The answer was, "no."
25      Q.   Okay. And at what point did Mr. McClendon

1   pull off down the street?
2      A.   After I called Kenner Police for him to
3   get me -- to let me go.
4      Q.   What's your recollection of how long he
5   sat in the JPSO car at the end of the driveway?
6      A.   Maybe four -- four or five minutes. So
7   once I seen he wasn't budging I called the police.
8   And I said, "All right, you don't want to move. I'm
9   calling the police." He said, "For what? I'm just
10   trying to talk to you. I'm a private citizen."
11         MR. PARKERSON:
12           That's what he said? Is that what --
13         THE WITNESS:
14           Yes.
15         MR. PARKERSON:
16           -- you're referring to?
17         THE WITNESS:
18           Yes.
19   BY MR. HYATT:
20      Q.   How long was the conversation between Mr.
21   McClendon and any member of your household at the
22   front door of 2736 Greenwood?
23      A.   I don't know.
24      Q.   I've asked you earlier to go step by step
25   through your recollection of those interactions.

1      A.   Right
2      Q.   Having gone through that step by step is
3   there any portion of it that you now recall that you
4   left out of your earlier description?
5         MR. SLADEK DE LA CAL:
6           Objection to form.
7   BY MR. HYATT:
8      A.   I told the same story I told to the first
9   lawyer. And lie for what? I'm telling you as it
10   went as I recall.
11      Q.   Okay. I'm just asking if there were any
12   details that you now remember, having gone through
13   it?
14      A.   No, just --
15      Q.   Okay.
16      A.   -- every --
17      Q.   So in the Complaint, Paragraph 38, reads
18   in part has a sentence, "Ms. Tapps quickly put her
19   son in the back seat, got in the car, and started the
20   vehicle." Based on your testimony today, am I
21   correct in understanding it was your husband not you
22   who put your child in the car?
23
24
25

MAGNA
LEGAL SERVICES

1  Q. So --
2  A. But the article says that, but when you --
3  he asked me the same thing and you ask me previous
4  before, I told you that my husband came around and
5  put my son on the passenger back side in his car
6  seat ▮▮▮▮ car seat was behind my seat. And I
7  got into the front seat.
8  Q. Did you -- and you got into the front seat.
9  Did you actually start the car?
10  A. I started the car. That's when McClendon
11  seen the headlights and he pulled up and blocked me
12  off.
13  Q. Okay. Did you ask Officer Seals of Kenner
14  PD whether or not Mr. McClendon had committed any
15  crime?
16  A. I didn't have to. I know that he couldn't
17  do that. That's -- that -- that wasn't right.
18  Q. Did you ask Officer Seals to arrest Mr.
19  McClendon?
20  A. No. I didn't.
21  Q. Did Officer Seals say anything that he had
22  any intent to arrest Mr. McClendon?
23  A. No. He didn't.
24  Q. So the only advice Officer Seal's gave you
25  was to file an IAD complaint?

1  A. Yes. Because all I wanted was him to stop
2  blocking me off and leave me alone. That's all I
3  asked. That was it, from the first time he knocked
4  on my door.
5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
8  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20  ▮▮▮▮▮▮▮▮▮ When did you lose your
21  employment after the January 7th 2021 incident?
22  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ▮▮▮▮▮▮▮▮▮ Q. Have you attempted to seek other
25  employment since then?

1  A. Yeah.
2  Q. What other employment? What jobs have you
3  applied for?
4  A. I worked at Peristyle. I worked at
5  Academy House.
6  Q. Okay. What was the first one?
7  A. Peristyle was the -- the one previous to
8  what -- I was pregnant at the beginning, that's the
9  same company. It's like it -- she partnered in with
10  somebody and Academy House is just like her home.
11  Q. Okay. So how long did you work at
12  Peristyle, is that it?
13  A. Peristyle, yeah, I worked at Peristyle for
14  maybe four months just on Sundays.
15  Q. Okay. So before -- before the
16  hospitalization where were you working?
17  A. Before the hospital -- I was working at
18  Taco Bell.
19  Q. And what were you making an hour there?
20  A. Maybe $8.75 -- $8.75, all that --
21  Q. Okay.
22  A. -- all I can do is take the money and put
23  it in a register. I couldn't do anything else.
24  Q. Okay. And about how many hours a week on
25  average were you working?

1  A. Just three to four hours, three days a
2  week by, you know, being -- being high risk pregnancy
3  so I --
4  Q. So roughly twelve, maybe fifteen hours a
5  week?
6  A. Maybe twenty.
7  Q. Twenty --
8  A. Uh-huh.
9  Q. -- approximately twenty hours a week at
10  most, $8.75 an hour?
11  A. Yeah.
12  Q. And --
13  MR. SLADEK DE LA CAL:
14  Objection, sorry, to characterization
15  of "at most," in counsel's question.
16  BY MR. HYATT:
17  Q. To your recollection did you work more
18  than twenty hours a week at that point --
19  A. At -- for that job would be pre --
20  Q. -- at Taco Bell?
21  A. -- previous before I worked at Ga --
22  (inaudible). I worked that three years. I worked
23  fifty hours a week.
24  Q. I -- I understand. I'm just asking about
25  the Taco Bell.

1    A.  Yes.
2    Q.  The most you worked was twenty hours a
3  week?
4    A.  Yeah, twenty to twenty -- yeah, twenty to
5  twenty-five hours.
6    Q.  Okay.  Let's back up because now we got
7  different numbers and I want to get what the range
8  is.  What's the -- be -- before the delivery at Taco
9  Bell, what was the minimum number of hours a week?
10    A.  Some -- some weeks twenty hours.  Some
11  weeks -- some day -- some -- the next week may be
12  twenty-five hours.
13    Q.  Okay.
14    A.  It depends on if I had to go to the doctor
15  or do something else with ███ or --
16    Q.  Okay.
17    A.  -- twenty to twenty-five hours.
18    Q.  I'm -- and that was $8.75 an hour?
19    A.  Yes.
20    Q.  Okay.  So when you went to work at
21  Peristyle later, how many hours a week did you work?
22    A.  Peristyle was after Taco Bell.  Hmm, or
23  before Taco Bell.  Oh, I don't -- I think it was
24  after Taco Bell.  I worked only on Sundays.
25    Q.  Okay.

1    A.  For 11 -- $11.00 an hour.  All I had to do
2  is monitor or walk -- walk behind the elderly when
3  they go to the bathroom.  Or hold -- hold their hand
4  or help them up off the toilet.  But Peristyle was
5  before -- was after Taco Bell, I think.
6    Q.  Okay.  I want to be clear.  Peristyle was
7  after the January 7th incident?
8    A.  Academy House.
9    Q.  Academy House would that --
10    A.  Yes.
11    Q.  -- that's the only job after January 7th?
12    A.  I work full-time at Academy House.
13    Q.  Okay.  So let's talk about Academy House
14  then.  How many hours a week did you work at Academy
15  House.
16    A.  Maybe thirty-six, mmm, forty, some weeks
17  -- it depends on if I had somebody, you know, I have
18  two girls in college.  If I had them -- Monika took
19  care of ███.  Then I would work at jobs over --
20    Q.  Okay.
21    A.  But if I didn't, you know, I only worked my
22  shift.
23    Q.  But from what you're describing will I be
24  correct in understanding even a little bit of
25  variation it was a -- a full-time job?

1    A.  Yes.
2    Q.  And what was your hourly rate at Academy
3  House?
4    A.  Eleven dollars, but I only worked Friday,
5  Saturdays and Sundays, because they going to school
6  Monday through --
7    Q.  So to get --
8    A.  -- Friday.
9    Q.  -- to get to thirty-six to forty hours you
10  were doing long shifts for a few days a week, like
11  eleven or twelve-hour shifts?
12    A.  Yes.
13    Q.  Okay.
14    A.  But all I had to do was walk behind them
15  when they go to the bathroom.
16    Q.  Okay.
17    A.  Pick up their plates after they finished
18  eating or give them water.  Basically babysitting
19  like I would be doing it if I was at home with my own
20  baby.
21    Q.  When did you start working at Academy
22  House?
23    A.  I don't -- I'm not sure if it was April or
24  May 2022. ████████████████████████
25  █████████████████████████████████████

1  ████████████████████████████████
2    Q.  Okay.
3    A.  So I'm not sure if it was April or May but
4  it was --
5    Q.  Okay.
6    A.  -- 2021.
7    Q.  And who was your supervisor at Academy
8  House?
9    A.  Ms. Peggy.
10    Q.  Okay.  And when did you leave Academy
11  House?
12    A.  October.  October or September maybe.
13    Q.  September, October of '21?
14    A.  Yeah.
15    Q.  Okay.
16    A.  No.  No.  March -- March of '22.
17    Q.  Okay, ma'am.
18    A.  Sorry.
19    Q.  No problem.  I -- I'd rather -- at any time
20  if you need to correct an answer please just direct
21  me back.  I'd rather -- I'd rather that than we go
22  through the read and sign process.  It's easier to
23  correct it now on the record.
24    A.  Uh-huh.
25    Q.  Okay.  And what was the given reason that

1  you left the Academy House?
2  A.  I didn't have a babysitter.  I didn't have
3  no where to stay anymore and I -- it was hard trying
4  to get my Social Security back and -- and work and
5  find somewhere to stay.
6  Q.  Okay.  When did you reapply for Social
7  Security?
8  A.  I don't know.  I just know it was after I
9  had the baby I just got in '21.  I applied maybe '20
10 and I started getting it in '21.
11 Q.  Okay.  Since you left employment at
12 Academy House, have you applied at any other
13 potential employers?
14 A.  I applied for Walmart.
15 Q.  Okay.  Which Walmart location?
16 A.  The one in the back on Loyola.
17 Q.  Okay.  Any other places that you've
18 applied for work?
19 A.  That's it.
20 Q.  Have you sought work through any online
21 sites that let you look for listings?
22 A.  Through unemployment all you have to do is
23 -- all you have to do is go back through your
24 history, click a date, and submit your stuff and it
25 -- it'll show you who's hiring.

1  Q.  Through the Louisiana Works website?
2  A.  Uh-huh.
3  Q.  Okay.
4  THE REPORTER:
5  Yes?
6  THE WITNESS:
7  Yes.  Sorry.
8  MR. HYATT:
9  We can go off the Record for a
10 moment.
11 THE REPORTER:
12 We're off the Record.
13 (Off the Record)
14 THE REPORTER:
15 We're going to go back on the Record.
16 The time is 1:14 p.m.
17 MR. MARTINY:
18 If that's all, I have three or four
19 questions for her if that's all right.
20 MR. SLADEK DE LA CAL:
21 Are you going to start now?
22 MR. MARTINY:
23 Yeah.
24 MR. HYATT:
25 Okay.  Go ahead.  I'll -- the one or

1  two I had to clean up.  I'll clean up
2  later.  Go ahead.
3  MR. MARTINY:
4  Are you -- are you -- if you want to
5  --
6  MR. HYATT:
7  No, no, no.
8  MR. MARTINY:
9  -- if you wanted to that's fine.
10 MR. HYATT:
11 Mine can wait.  Go ahead.  I don't
12 mind waiting.
13 - E X A M I N A T I O N -
14 BY MR. MARTINY:
15 Q.  Ms. Tapps, this is Danny Martiny again --
16 A.  Uh-huh.
17 Q.  -- and I just wanted to --
18 A.  Yep.
19 Q.  -- clear up some -- what I think is
20 confusion, maybe it's just me that's confused.  In
21 your statement to Internal Affairs you said that
22 "Deputy McClendon told you he wanted you out by 4
23 o'clock," is that right?
24 MR. SLADEK DE LA CAL:
25 I -- I'm going to object to the

1  extent we're characterizing a document
2  that we don't have in front of us.
3  MR. MARTINY:
4  Okay.  Note your objection.
5  BY MR. MARTINY:
6  A.  Yes.  He said he -- he said that his
7  partner -- "His partner called him and told him that,
8  he gave me until 4 o'clock to have the rent or the
9  fucking key or get the f-out."
10 Q.  All right.  Now, do we agree that -- that
11 the incident with Mr. McClendon took place after 4
12 o'clock on that day?
13 A.  Yes.  But -- yes.
14 Q.  Okay.  Because according to the Sheriff's
15 Office records he -- I think when he ran your name on
16 the RMS System it was at "17" -- I think it was 4:57,
17 or something like that.  Which would be 5:50
18 something --
19 A.  McC --
20 Q.  All right.  Go ahead.  I'm sorry.
21 A.  McClendon came twice.
22 Q.  I got you but the first time he came
23 would've been after 5:30, is that correct?
24 A.  I -- I'm not sure about the first time.
25 Q.  Okay.

1     A.   What time he --
2     Q.   Well, I mean --
3     A.   -- was there the first time he came.
4     Q.   -- I'm -- I'm --
5     A.   I'm sure about --
6     Q.   -- I'm looking at -- go ahead, I'm sorry.
7     A.   -- I'm sure about the time when I walked
8  out the door and I started recording and I had to
9  call Kenner Police.
10    Q.   And what time was that?
11    A.   "17:56," that what on the --
12    Q.   Okay.  Which would --
13    A.   -- police report --
14    Q.   -- be 5 -- which would
15    A.   -- maybe.
16    Q.   -- be 5 -- 5:56 or something in regular
17 time, right?
18    A.   Yes.  That's -- when I had to call the
19 Kenner Police.
20    Q.   Okay.  And then you called the Kenner
21 Police, I believe, at "17:46?"
22    A.   I -- I'm not sure about the times, --
23    Q.   Okay.  All right.
24    A.   -- I --
25    Q.   But you called -- it -- it would be fair to

1  say you called the Kenner Police after the second
2  time that you ran into him, is that correct?
3     A.   Correct.
4     Q.   Okay.
5         MR. MARTINY:
6             That's all I have.  Thank you.
7         MR. PARKERSON:
8             You want me to go — good.
9         - E X A M I N A T I O N -
10 BY MR. PARKERSON:
11    Q.   Ms. Tapps, my name is Bruce Parkerson.  I
12 represent Hum Management in this lawsuit.  Just like
13 the other lawyers in this case, if I ask you any
14 question any question that you don't understand
15 please let me know and I'll immediately rephrase it,
16 explain it.  Do whatever is necessary for you to
17 understand before you give an answer, okay?
18    A.   I will.
19    Q.   Good.  And I'm going to assume that you do
20 understand my question unless she tells me -- tell me
21 otherwise, is that fair?
22    A.   Fair.
23    Q.   Good.  All right.  So I want to find out a
24 few more things about your history.  Can you tell me
25 the extent of your education?

1     A.   Um, --
2     Q.   How far did you go in school?
3     A.   Until 11th grade.
4     Q.   Did you finish 11th grade or you stopped
5  in the 11th grade?
6     A.   I stopped in 11th grade.
7     Q.   So you did not finish the 11th grade?
8     A.   No.  I -- I went to the 11th grade twice.
9     Q.   Where?
10    A.   Bonnabel High School.
11    Q.   Did you go to 9th -- 10th grade at Bonnabel
12 High School?
13    A.   Yes.
14    Q.   And are you a lifelong resident of
15 Jefferson Parish?
16    A.   Yes.
17    Q.   Okay.  All right.  So tell me real quick,
18 maybe it's not going to be quick, what you did to
19 prepare for this deposition?
20    A.   Well, it wasn't hard because nobody
21 forgets stuff like that, that happens to you.  All I
22 did was try to remember the dates of my jobs and
23 certain times because I knew I was going be asked
24 times and --
25    Q.   Did you read any --

1     A.   -- but --
2     Q.   -- documents?
3     A.   No.  I just looked at my documents that I
4  had to prepare for the deposition that I already had.
5     Q.   So what documents did you look at to
6  prepare for the deposition?
7     A.   The documents -- the document that's right
8  here in -- showing that -- why the legal act thing --
9  that I'm sworn about --
10    Q.   So --
11    Q.   -- did you review any medical records?
12
13    A.   No.  I didn't.
14    Q.   Did you review any prescription records?
15
16
17
18
19
20
21
22
23
24
25                        Did you read the news article

MAGNA
LEGAL SERVICES



Page 150

1 about this incident --
2     A. I remember the --
3     Q. -- to prepare for the --
4     A. -- news article, I told it.
5     THE REPORTER:
6        Can you let him finish. I'm sorry.
7     I'm not trying to be rude.
8     MR. PARKERSON:
9        Yeah, you need to let me finish my
10     question and -- and then make sure you
11     understand it before you answer.
12 BY MR. PARKERSON:
13     Q. I want to know whether or not in the last
14 week to two weeks did you read the article from the
15 Nola.com post about this incident?
16     A. No. I didn't.
17     Q. Did you watch the video of the incident to
18 prepare for this deposition?
19     A. No. I didn't.
20     Q. Did you meet with your lawyers to prepare
21 for this deposition?
22     A. Yes. I did.
23     Q. And how long did you meet with them?
24     A. Maybe a hour or two.
25     Q. When.

Page 151

1     A. Yesterday.
2     Q. Any other meetings with your lawyers to
3 prepare for this deposition?
4     A. No.

25     MR. AARON:

Page 152

1        I'm also going to object on the
2     Record that counsel is reading from a
3     record without identifying it. We don't
4     have it in front of us.
5 BY MR. PARKERSON:
6     A. No. I don't.
7     MR. PARKERSON:
8        And you're not going to have it in
9     front of you. This is my summary. It is a
10     document that -- it's a BS objection and
11     it's not form. You're limited to form or
12     you can instruct her not to answer if it is
13     attorney/client privilege.
14     MR. SLADEK DE LA CAL:
15        I'm objecting to the form. And on
16     the Record you said, "I'm reading from the
17     medical record."
18     MR. PARKERSON:
19        No. I didn't. I said, "I'm reading
20     from a document" and the -- my document is
21     from medical records, okay.
22 BY MR. PARKERSON:
23
24
25

Page 153

MAGNA
LEGAL SERVICES



15    Q.  When is the last day that you worked
16  before Mr. McClendon came to your house on January
17  7th?
18    A.  I don't remember the exact date but March
19  or April 2021.
20    Q.  Okay.  So the incident occurred -- I'm --
21  I'm talking about before.  When's the last day --
22    A.  Before --
23    Q.  -- you worked before?
24    A.  Hmm, maybe the -- I think maybe the 7th or
25  the 6th.

1      Q.   And how many hours did you work that day?
2      A.   Two to three hours.
3      Q.   How often do you get a paycheck from Taco
4  Bell?
5      A.   Two -- every two weeks, every Wednesday.
6      Q.   And did you have a bank account at that
7  time?
8      A.   Yes.  I did.
9      Q.   Where was your bank?
10     A.   Jefferson Parish Employee Federal Credit
11 Union.
12     Q.   And was the paycheck that you got
13 automatically deposited or was it handed to you
14 every two weeks?
15     A.   Deposited.
16     Q.   And so did you -- did you ever read your
17 lease?
18     A.   From the first time I moved there?
19     Q.   Yes.
20     A.   Yes.
21     Q.   And were you aware in your lease that your
22 rent was due on the 1st of every month?
23     A.   The 1st through the 5th --
24     Q.   And --
25     A.   -- every month.

1      Q.   -- and during the period of time that Mr.
2  Siddiqui was your landlord, how often did you
3  actually deliver your rent check before the 5th of
4  the month?
5      A.   I delivered it sometimes in money order.  I
6  delivered it sometimes in check.  And sometimes he
7  came picked it up.
8          MR. PARKERSON:
9               Objection.  Nonresponsive.
10 BY MR. PARKERSON:
11     Q.   My question isn't what type of payment you
12 made.  My question was how often did you deliver your
13 check before it was overdue?
14     A.   Every --
15         MR. SLADEK DE LA CAL:
16              Objection to form.
17 BY MR. PARKERSON:
18     A.   -- every month he got rent.
19         MR. PARKERSON:
20              Objection.  Nonresponsive.
21 BY MR. PARKERSON:
22     Q.   Do you know what I mean by, "overdue," Ms.
23 Tapps?
24     A.   No.  I don't.
25     Q.   So do you know that your rent was due by

1  the 5th of every month, you just said that?
2      A.   Right.
3      Q.   So if you made a payment after the 5th you
4  were late, --
5      A.   Uh-huh.
6      Q.   -- do you know that?
7      A.   Yes.
8      Q.   Okay.  So in the first month that Mr.
9  Siddiqui was your landlord did you make the payment
10 to Mr. Siddiqui before the 5th of the month?
11     A.   Yes.  I did.
12     Q.   All right.  So did -- you had Mr.
13 Siddiqui's phone number, correct?
14     A.   Yes.
15     Q.   And have you read the text messages
16 between you and Mr. Siddiqui and we'll just start in
17 2018, have you read those text messages?
18     A.   No.  I didn't.
19     Q.   In connection with producing documents in
20 this case, how did you produce the text messages that
21 have been produced?
22     A.   I already had the text messages.
23     Q.   And how did you print them?
24     A.   My aunt printed them out.  I've sit -- I
25 brought them to court when -- the first time I went

1  to court with Siddiqui.
2      Q.   Okay.  So let's -- let's just direct your
3  attention.  We'll go to some of these, let's see,
4  where are they?
5          MR. PARKERSON:
6               I'm going to mark this as -- do we
7           have an exhibit yet?
8  THE REPORTER:
9               No.  We do not.
10         MR. PARKERSON:
11              We're going to have this as "Exhibit
12          No. 1."  And, Danny, on the phone this is
13          going to be "Tapps000002005 to 2036," if
14          you'll pass that down to her.
15              (Whereupon, Exhibit 1, Text Messages
16          marked Tapps000002005-2036, were
17          introduced and made part of the
18          deposition.)
19         MR. MARTINY:
20              You are going to attach it to the
21          deposition?
22         MR. PARKERSON:
23              I am.
24         MR. MARTINY:
25              Okay.

MAGNA ▶
LEGAL SERVICES

1  BY MR. PARKERSON:
2      Q.  Ms. Tapps, are these the text messages
3  that you produced?
4      A.  Yes.
5      Q.  All right.  So I want to first direct your
6  attention, if you would please, to -- let's see, very
7  first Page "2005."  And are the dark boxes your
8  responses?  Do you know what I mean by "the dark
9  boxes?"
10     A.  Yes.
11     Q.  There's a lighter --
12     A.  Yes, --
13     Q.  -- color --
14     A.  -- they are.
15     Q.  Okay.  So -- and at the top of "2005" will
16 you read the first four boxes please?
17     A.  All four boxes --
18     Q.  Yes.
19     A.  -- that I can see?
20     Q.  Yes.  Yeah.  Yeah, start with morning.
21     A.  "Morning, need update on rent."
22     Q.  What did you say?
23     A.  "Who is this?"  "Sid."  "At work, I'll call
24 you later.  My Rent is due on the First through the
25 15th."

1      Q.  So did you know that you were
2  corresponding then with your landlord?
3      A.  Yes.  After he said, "Sid."
4      Q.  And do you see what the date of that text
5  message is?
6      A.  No.  I don't.
7      Q.  At the top of it, it says you -- can you
8  read "Tuesday, November 8th."
9      A.  I can't see that.
10     Q.  And you don't have a better print of this
11 text message that came from your --
12     A.  I provided what I had.
13     Q.  So did you print this directly from your
14 phone or was this something that you previously had
15 in connection with another rent dispute that you
16 had?
17     A.  It's something that I previously had.  I
18 just turned in all the documents that I had.
19     Q.  So if this was November 8th 2018, you were
20 late on your rent by that time, is that correct?
21         MR. SLADEK DE LA CAL:
22             Objection to form.
23 BY MR. PARKERSON:
24     A.  2018?
25     Q.  Yes.

1      A.  Okay.  What year?
2      Q.  That -- that's what it was, 2018.
3      A.  2018 --
4      Q.  November 8, 2018.
5      A.  How do we know it's 2018?
6      Q.  I'm asking you.
7      A.  I don't know.  How do I know that's 2018?
8      Q.  So you produced this and you don't know
9  what year it is?
10     A.  Correct.  This something that I previously
11 had and just turned in documents.
12     Q.  All right.  So let me direct your
13 attention to -- to document number "2009," --
14 "Tapps2009," do you see that?
15     A.  Okay.
16     Q.  And what is that image?
17     A.  That's a snake.
18     Q.  And what was your purpose for sending
19 that?
20     A.  It was crawling up the back door.
21     Q.  Then "2010" what's the image there?
22     A.  That image is me putting the rent in the
23 envelope and dropping it off at HMO Post Box on side
24 of Walmart at West -- on West Esplanade at the post
25 office.

1      Q.  So this is now December and you're --
2  you're sending in the check for November rent?
3      A.  I sent in -- I sent in four or five checks
4  post-dated so when my work check hit it could've came
5  automatically out of my bank account.  But he went
6  and turned all the checks in at once, twice.  All
7  five of the checks and overdraft my account.
8      Q.  Well, you owed the rent, right?
9      A.  I owe -- I only owed him for November.
10     Q.  And --
11     A.  I post-dated the rest of the checks.
12     Q.  And were those checks that you provided
13 for rent in the future?
14     A.  Yes.
15     Q.  That's what your --
16     A.  So when my work check hit the bank he
17 could've -- it would've came straight on out.  But he
18 took the checks and deposited them all at once.
19     Q.  So it's your testimony that the check that
20 you provided to Mr. Siddiqui included post-dated
21 checks for future rent?
22     A.  Yes.  And I had a picture of that too.
23     Q.  And where is that picture?
24     A.  If it's not in the text messages, then I
25 -- I can get the bank statement.

1  Q. You still have the bank statement?
2  A. Yes.
3  Q. I'm going to ask you to preserve that,
4 don't destroy it. We're going to ask your lawyers to
5 produce it.
6  A. Oh, I will.
7  Q. Did you ever communicate to Mr. Siddiqui
8 in a text message that there was some payment for
9 your rent that would be made by a Housing Authority?
10  A. He also signed -- signed papers saying
11 that he was going to accept paying -- applying with
12 the company and get the payment.
13  MR. PARKERSON:
14  Objection. Nonresponsive.
15 BY MR. PARKERSON:
16  Q. Did you ever communicate to Mr. Siddiqui
17 in a text message that there was some other payment
18 for the rent besides your checks?
19  A. Yes. At the Justice of the Peace with
20 Judge Roscoe. Yes, a -- yes, we did.
21  MR. PARKERSON:
22  Objection. Nonresponsive.
23 BY MR. PARKERSON:
24  Q. Please listen to my question.
25  A. Yes.

1  Q. I'm asking about the text messages. Did
2 you ever communicate in a text message that there was
3 some other payment for the rent besides your checks?
4  A. Yes.
5  Q. Where?
6  A. Jefferson Parish JEFFCAP.
7  Q. And you -- you say it's in a text message
8 at Jefferson Parish JEFFCAP?
9  A. Maybe it wasn't no text message because I
10 think we was at the court.
11  Q. So --
12  A. The eviction court.
13  Q. -- look at "Tapps2013." You see the
14 entries, December 13, December 17, December 18,
15 December 20, asking for the December rent check?
16  A. Right.
17  Q. So your rent check wasn't paid by December
18 5th that month, was it?
19  A. No. It wasn't. I wasn't working. I
20 didn't have a job. He got his --
21  Q. So then --
22  A. -- rent from Housing.
23  Q. -- look at "Tapps2015." There's a
24 photograph on there. What is that a photograph of?
25  A. The checks that he -- was post-dated that

1 he post -- sent all through.
2  Q. Can you read the dates on those checks?
3  A. No. I can't.
4  Q. As we sit here today do you know what the
5 dates are on those checks?
6  A. No. I don't.
7  Q. Do you know what the amounts of -- of each
8 of those checks is?
9  A. No. I don't.
10  Q. Do you have a better picture of those
11 checks still on your phone?
12  A. No.
13  Q. The only place where you know that those
14 checks still exist would be at the bank?
15  A. Yes.
16  Q. Do you have any more legible versions of
17 these text messages than what has been produced?
18  A. No.
19  Q. So if you look at "Tapps2026" -- let's
20 see. You see that it starts at the top asking for an
21 "Update on your March rent check?"
22  A. Right.
23  Q. And when did you issue payment for your
24 March rent?
25  A. I don't remember. I probably called him

1 to come get it.
2  Q. Then there's an April 5 entry. "Can you
3 put the check in your mailbox, I will pick up." And
4 then what -- how did you respond?
5  A. I called him.
6  Q. Do you see -- can you read what it says
7 there on "2026?" "I don't have it right now. Next
8 week."
9  A. Okay. So read the -- read the -- what the
10 date says at -- when -- when he text, what that says?
11 What date is that?
12  Q. It says, "April 5th" and your response if
13 "April 6th," is that right?
14  A. I don't know. I can't see the date.
15  Q. Did you issue a check in May 2019, that --
16 to Hum Management that was returned for insufficient
17 funds?
18  A. Not to my knowledge.
19  Q. Did you issue checks dated June 6th 2019,
20 in the amount of $200.00 that was returned --
21  A. That's probably when he --
22  Q. -- for insufficient --
23  A. -- sent them all --
24  Q. -- funds?
25  A. -- through at once.

1    MR. PARKERSON:
2        Objection.  Nonresponsive.
3    BY MR. PARKERSON:
4        Q.  Did you issue a check dated June 6th 2019,
5    for $200.00 that was returned for NSF?
6        A.  Yes.  I did.
7        Q.  Did you understand that you owed a total
8    of $1,862.00 in past due rent in June 2019 for April,
9    May, and June?
10        A.  No.  I didn't.  I was paying $162.00 so I
11    -- I don't understand how the --
12        Q.  So I'm going to ask you to look at
13    "Tapps2031."  Can you read at the top of "Tapps203"
14    what the dark box says?
15        A.  I can't see it.
16        Q.  Do you have any memory of what you told Mr.
17    Siddiqui in June 2019, about the past due balance of
18    rent?
19        A.  No.  I don't.
20        Q.  Can you read what Mr. Siddiqui says that
21    your balance is $1,862.00 for March, April, May, and
22    June?
23        A.  No.  I can't.
24        Q.  Okay.  Next page, "Tapps2032."  Do you see
25    your statements there?

1        A.  Some of them, I can read them.
2        Q.  What -- what can you read in the top?
3        A.  I just can see "March" and I see -- see it
4    say "$600."  "April 7" something -- I mean, "2" --
5    "2" something.  And it say, "May 2," something.  And
6    it says "The check came back NSF."
7        Q.  So this was in, let's see.  Do you know
8    what month the -- these text messages were that are
9    on 2032?
10        A.  No.  But I know when they -- where they was
11    from.
12        Q.  Do you know whether it was in June --
13        A.  No.  I don't.
14        Q.  -- 2019?  You don't?
15        A.  No.
16        Q.  And did you owe -- were you past due in
17    making rent payments for March by the time that you
18    issued the check?
19        A.  No.
20        Q.  Did you receive a notice to vacate the
21    premises in June 2019, for the reason of overdue
22    payments for rent from March, April, and May?
23        A.  No.
24        Q.  Do you remember ever being asked to vacate
25    the premises in 2019, because you were four months

1    late in rent?
2        A.  Yes.
3        Q.  And what do you remember about that?
4        A.  Getting a court e -- court order eviction
5    and going to court and he told the Judge that I owed
6    him $4,700 and something dollars.
7        Q.  He told the Court that you owed how much?
8        A.  $4,700 and something dollars.
9        Q.  And did you make payment for that past due
10    rent?
11        A.  He said, I owed him a $1,000 and something
12    dollars.  He said, I owed him $800.00.  So within a
13    week of going to court I owed him $4,700 and some
14    dollars.
15        MR. PARKERSON:
16        Objection.  Nonresponsive.
17    BY MR. PARKERSON:
18        Q.  Did you issue payment to resolve the past
19    due amounts?
20        A.  I always gave him payment.
21        Q.  Did you resolve the past due amounts to
22    the satisfaction of the Court?
23        A.  Yes.
24        Q.  And what did -- what amount did you issue
25    payment for to satisfy the past due amounts in June

1    2019?
2        A.  '19?
3        Q.  In June 2019, yes, ma'am.
4        A.  I don't -- I don't -- I don't remember.
5        Q.  In 2020, did you make -- let's just go
6    through each month.  January 2020, were you -- were
7    you on time with your rent payment?
8        A.  I don't remember.
9        Q.  February 2020, did you make your rent
10    payment before the 5th of the month?
11        A.  I don't remember.
12        Q.  March 2020, did you make your rent payment
13    before the 5th of the month?
14        A.  I don't remember.
15        Q.  April 2020, did you make your rent payment
16    before the 5th of the month?
17        A.  I don't remember.
18        Q.  May 2020, did you make your rent payment
19    before the 5th of the month?
20        A.  I don't remember.
21        Q.  June 2020, did you make your rent payment
22    before the 5th of the month?
23        A.  I don't remember.
24        Q.  July 2020, were you overdue in rent that
25    month?

1    A.  I don't remember.
2    Q.  Did you regularly communicate with Mr.
3  Siddiqui via text message?
4    A.  Mostly on the phone.  If I called and he
5  didn't answer then I text.
6    Q.  When you discussed overdue rent with him
7  was it mainly by text message?
8    A.  It was in court.
9    Q.  So did you go to court with him again in
10  2020?
11    A.  I went to court with him a lot of times.  I
12  don't remember the dates.
13    Q.  And what was the reason for going to court
14  with Mr. Siddiqui?
15    A.  He was saying that he wasn't getting
16  payments and I had money order stubs and he had -- he
17  had paperwork showing that he had came, got cash, and
18  forgot to put it down and stuff like that.  That's
19  why the Judge -- that's why it always went in my
20  favor because I had checks that he had -- that
21  bounced and I had money order stubs, and he came and
22  got cash and forgot that he had came and got cash.
23    Q.  So by the time you went to court you always
24  made good on the past due rent?
25    A.  I had made good on the rent before he said

1  that I owed him what I owed him.
2    Q.  Are you aware of anyone else who lived in
3  any apartments owned by Mr. Siddiqui?
4    A.  No.  I'm not.
5    Q.  Do -- do you know of any other apartments
6  owned by Mr. Siddiqui?
7    A.  No.  I don't.
8    Q.  Do you know whether Mr. Siddiqui owned any
9  of the rental units of your neighbors?
10    A.  It's one building.
11    Q.  Did -- do you know whether he rented to
12  anybody else in your neighborhood?
13    A.  No.  I don't.
14    Q.  Let's see.  All right.  So let me direct
15  your attention now to the evening of this incident --
16  or the day of the incident.  Did you have any
17  communications with Mr. Siddiqui on the day of the
18  incident other than by text message?
19    A.  Yeah, I talked to him on the phone.
20    Q.  How many times?
21    A.  I don't remember.  I just know when he text
22  me -- well he might have text me but when he text me
23  I automatically press talk.
24    Q.  What -- what time of day did you talk to
25  him?

1    A.  I don't remember the time.  I just --
2    Q.  Was it --
3    A.  -- don't --
4    Q.  -- before noon or after noon?
5    A.  I don't remember the time.
6    Q.  Was it on the same phone that you have
7  today?
8    A.  Yes.
9    Q.  And same cell phone provider?
10    A.  Yes.
11    Q.  Have you attempted to preserve any
12  documents or records from the phone company to
13  identify when you had any conversations with Mr.
14  Siddiqui?
15    A.  No.  I didn't.  I gave my lawyers my phone.
16  They got everything that was in my phone out of it.
17    Q.  And are you aware of any record of any
18  phone conversations between you and Mr. Siddiqui on
19  the day of the incident?
20    A.  Rephrase that question.
21    Q.  Are you aware of any record -- phone
22  record that indicates when you called or talked to
23  Mr. Siddiqui by phone?
24    A.  No.  I don't.
25    Q.  Did you have any in person conversations

1  with Mr. Siddiqui on January 7, 2021?
2    A.  Yes.
3    Q.  When?
4    A.  Not -- not -- I'm sorry.
5    Q.  In person like --
6    A.  No.
7    Q.  -- face-to-face like we're here today?
8    A.  No.  I didn't.
9    Q.  Your only conversations with him were by
10  phone?
11    A.  Yes.
12    Q.  Did you have any Facetime with him?
13    A.  No.  I'm --.
14    Q.  Any Zoom calls or anything like that?
15    A.  I don't do that (laughed).
16    Q.  All right.  So the only -- the only back
17  and forth conversations like we're having today --
18    A.  Yes.
19    Q.  -- in this deposition was by phone?
20    A.  Yes.
21    Q.  And are you able to tell me how many times
22  you spoke to him on the phone on January 7, 2021?
23    A.  Maybe once because when he called and said
24  what he said that was it.  I didn't have nothing else
25  to say.

1  Q.  Was it before 4:00 p.m., or after 4:00
2  p.m., that you had that phone call?
3  A.  It was before.
4  Q.  Was it before lunch or after lunch?  And
5  by, "lunch" I'm saying around noon?
6  A.  I don't know.  I eat lunch -- I was
7  pregnant.  I eat lunch whenever I get ready to eat
8  lunch.
9  Q.  Can you estimate -- give me a range
10  whether it was morning or afternoon that you had this
11  phone call with him?
12  A.  I don't know.  I don't want to say a time
13  when I don't think -- I'm not correct.
14  Q.  Did you call him or did he call you?
15  A.  He probably called me and I called back.
16  Q.  So did he leave a message for you?
17  A.  If he would've left a message, I wouldn't
18  have checked it.  I don't do messages.
19  Q.  So how long did the phone call last?
20  A.  Like, five ten maybe so -- like just real
21  quick.
22  Q.  Like what?  But I --
23  A.  It lasted like -- he said, he was coming --
24  either have the rent or come get the key.  And I
25  said, you ain't getting no key so it don't make sense

1  to come over here.
2  Q.  So it's your testimony that you did not
3  agree to give him a key?
4  A.  Correct.
5  Q.  And did you text him and tell him that you
6  were going to give him a key?
7  A.  I told him that.
8  Q.  You -- you texted him and told him that you
9  were going to -- he could come get the key?
10  A.  No.  I didn't.  I told him that he was not
11  getting the key.
12  Q.  Did you text him in a text message and tell
13  him that he was going to get the key from you?
14  A.  I told him he was not getting the key from
15  me.
16  Q.  When is the last time that you looked at
17  the text messages of the day of the incident?
18  A.  I never looked at the text messages.
19  Q.  Did you look at them on the day of the
20  incident?
21  A.  No.  I didn't.  When he text me -- or if he
22  text me or call me I told him on the phone he was not
23  getting no key.
24  Q.  Did you tell him that you were packing
25  your stuff?

1  A.  He already knew I was packing my stuff.
2  MR. PARKERSON:
3  Objection.  Nonresponsive.
4  BY MR. PARKERSON:
5  Q.  Did you tell him that you were packing
6  your stuff to move out?
7  A.  No.  I didn't.  Kenner Housing knew that I
8  was packing my stuff.
9  Q.  By the time that you were trading text
10  messages with Mr. Siddiqui between 11:47 a.m., and
11  11:59 a.m., on January 7th 2021, had you made payment
12  for the rent that month?
13  MR. SLADEK DE LA CAL:
14  Objection to form.
15  BY MR. PARKERSON:
16  A.  Yes.  I did.  He got payment when he came
17  down and he had to cut that tree that had fell on the
18  house in the back.
19  Q.  I'm talking about January 7, 2021.
20  A.  Oh, the day of the incident?
21  Q.  Yes.
22  A.  I didn't see Siddiqui.
23  Q.  So on -- by that time, on January 7, 2021,
24  had you made payment for the rent for the month of
25  January?

1  A.  No.  I'm sorry.  I didn't.
2  Q.  Okay.
3  A.  I was advised that I was being ported out.
4  Q.  And it's your testimony that you did not
5  agree to give him your key?
6  A.  Yes.
7  Q.  And it's your testimony that you had no
8  information that someone was going to come and pick
9  up a key from you?
10  A.  Correct.
11  Q.  So before Mr. McClendon arrived at your
12  house on January 7th 2021, you -- you knew who he
13  was?
14  A.  Yes.
15  Q.  And you had seen him at your house before?
16  A.  Yes.
17  Q.  On how many occasions?
18  A.  Once.
19  Q.  And what was the reason for seeing him on
20  the previous occasion?
21  A.  He say, he was coming to collect his
22  partner's rent.  His partner -- him and his partner
23  wanted to see when they was getting their rent.
24  Q.  So did you understand who he was referring
25  to as a "partner?"

1    A.  No.  I didn't.
2    Q.  Did he identify who his partner was?
3    A.  No.  He didn't.
4    Q.  Prior to Mr. McClendon coming to -- that
5  day, the first time that you ever saw him, did Mr.
6  Siddiqui ever say that he was sending Mr. McClendon
7  to pick up the rent?
8    A.  No.  He didn't.  He said, his partner too.
9    Q.  So did I understand you correctly that
10  when there was a first knock on the door that you
11  associated Mr. McClendon on the day of this
12  incident, January 7th 2021, that you believed it was
13  someone from the police?
14    A.  Yeah.
15    Q.  And you knew that from his --
16    A.  I didn't answer the door.
17    Q.  I know.  Okay.  I understand that you
18  didn't answer the door, it was either Jamal or -- who
19  was the other person?
20    A.  James.
21    Q.  James.  Either Jamal or James answered the
22  door.
23    A.  Right.
24    Q.  You were in the back?
25    A.  Right.

1    Q.  But you could hear what was said from
2  where you were in the house?
3    A.  Yeah, he asked for me.
4    Q.  You -- you could hear that there was
5  someone at the door who asked for you?
6    A.  Yes.
7    Q.  And you were inside the house at the time?
8    A.  Yes.
9    Q.  And you heard James and Jamal say that you
10  weren't there?
11    A.  I heard Jamal say I wasn't there.
12    Q.  So that wasn't true was it, what Jamal
13  told --
14    A.  I didn't know it --
15    Q.  -- that person?
16    A.  -- I didn't know it had to be true.
17    MR. PARKERSON:
18       Objection.  Nonresponsive.
19  BY MR. PARKERSON:
20    Q.  Was it true that you weren't there?
21    A.  Was it true that I wasn't there --
22    Q.  Yes --
23    A.  -- or was it true that I said, I wasn't
24  there?
25    Q.  Okay.  My question what it -- was it a

1  false statement for Jamal to say that you were not
2  there?
3    A.  Correct.
4    Q.  And upon being told that did the door then
5  close and you didn't hear from someone knocking on
6  the --
7    A.  I don't know.  I --
8    Q.  -- door?
9    A.  -- I stood on the side like I backed up so
10  he couldn't see me.
11    Q.  And how long of a period of time was it
12  between the time that Jamal told him that you weren't
13  there and the next time that you heard a knock on the
14  door?
15    A.  Maybe thirty, forty more minutes.
16    Q.  And what did you do during that thirty to
17  forty minutes?
18    A.  We was in the living room talking.
19    Q.  Did you ever look outside to see whether
20  there was anyone outside?
21    A.  For what?  No, I didn't.
22    Q.  Did anyone ever prevent you from leaving
23  your house during that thirty to forty minutes?
24    A.  I didn't go out the door.  I heard a
25  (knocking) and then at the door. I didn't get a

1  chance to --
2    MR. PARKERSON:
3       Objection.  Nonresponsive.
4  BY MR. PARKERSON:
5    Q.  I'm -- I'm talking about the period of
6  time between the time that Jamal told the first
7  person who knocked on the door that you weren't there
8  --
9    A.  Uh-huh.
10    Q.  -- and then the time of the second knock on
11  the door.  Did you ever attempt to leave the house
12  during that time?
13    A.  No.  I didn't.
14    Q.  And then when the second knock on the door
15  occurred were you in the room -- in the front room
16  where the front door was?
17    A.  There was a beat on the window and then the
18  door.
19    Q.  Okay.
20    A.  And then, yes, I was in the livingroom.
21  All --
22    Q.  And when --
23    A.  -- three of us was in the livingroom.
24    Q.  When you say, it was someone knocking on
25  the window could you see who it was knocking on the

1  window?
2      A. No. I opened the door. The window is
3  right here. The door is right here.
4      Q. So you didn't see the person knocking at
5  the window?
6      A. No.
7      Q. First time you saw Mr. McClendon on the
8  day of this incident was when you opened the door?
9      A. Yes.
10     Q. And that was you opening the door, not
11 Jamal or James?
12     A. That was the second time. Jamal and James
13 was standing right there.
14     Q. And so at that time, what did Mr.
15 McClendon tell you?
16     A. "He come to collect the key or get the
17 Housing portion of the rent or get the f-out."
18     Q. And what did you tell him about the key?
19     A. "He wasn't getting no f-ing key."
20     Q. So that's what you told him?
21     A. Yeah, and closed the door.
22     Q. And so you closed the door in his face?
23     A. Yeah.
24     Q. And -- and so what happened next?
25     A. That's when my brother called -- my cousin

1  called my mama and told my mama that I was all hyped
2  up, fussing with the landlord's partner. And my mama
3  was like stop all that screaming and hollering and
4  bring her down here.
5      Q. Okay. So did you try to call Mr. Siddiqui
6  at that point?
7      A. No. My phone was upstairs.
8      Q. Did anything prevent you from going
9  upstairs?
10
11
12     Q. Okay. So did you ask Jamal or James to go
13 get your phone so that you could call Mr. Siddiqui?
14     A. No. I didn't.
15     Q. And so nothing prevented you from having
16 James or Jamal get your phone so that you could
17 contact Mr. Siddiqui?
18     A. I didn't know I had to call Mr. Siddiqui.
19     Q. Well, Mr. Siddiqui had indicated to you
20 that he expected payment to be made for your rent
21 that was due in January, correct?
22     A. Correct.
23     Q. And Mr. Siddiqui had told you that he
24 wanted your key?
25     A. Correct.

1      Q. So here was a man asking for your key. You
2  close the door in his face saying, "He's not going to
3  get the f-ing key," and you didn't call your
4  landlord?
5      A. No. Because I still have rights.
6      Q. So did you call anyone about your rights
7  that -- at that time?
8      A. I called my mom to go by my mom and I
9  probably would have called somebody until I got
10 blocked off from leaving to go by my mom.
11     MR. PARKERSON:
12         Objection to the nonresponsive
13     portion. Everything after, "no."
14 BY MR. PARKERSON:
15     Q. So at the -- after you closed the door how
16 much time had passed between the time that you closed
17 the door for Mr. McClendon and when you walked out of
18 that house?
19     A. I don't know. I didn't have a phone -- a
20 time. I don't know.
21     Q. Can't estimate for me? You can't say
22 whether it's --
23     A. No, --
24     Q. -- five minutes or thirty minutes?
25     A. No. I can't.

1      Q. Was it more than an hour?
2      A. No. It was not more than an hour.
3      Q. So it's less than an hour?
4      A. Yes.
5      Q. And would you say it was more than five
6  minutes?
7      A. It was five minutes when he was standing
8  outside blocking my driveway, I don't -- I don't -- I
9  don't recall.
10     Q. So what did you do during the period of
11 time between you shutting the door and saying, "He's
12 not getting the f-ing key," and the time that you
13 walked outside?
14     A. Waited for Jamal to get my baby. Got my
15 keys and we all walked out the door together. They
16 went to put the baby in the car. Started the car and
17 then that's McClendon.
18     Q. And -- and that's when you say, Mr.
19 McClendon drove up and parked his vehicle in front of
20 your driveway, correct?
21     A. Correct.
22     Q. And did he ask you again at that time to
23 provide him the key to the house?
24     A. Not -- I don't remember off hand if he
25 asked for the key or the rent.

1      Q.   And -- and he never took any sort of weapon
2  out of his holster or -- or threatened you in any way
3  physically did he?
4      A.   Not on camera, but at my door he did.
5      Q.   So when you say, "At your door" that was
6  before you shut the door in his face?
7      A.   That was before I shut the door in his
8  face.
9      Q.   And so when you say that he did something
10 that threatened you, is that when you say he held
11 onto his gun in his holster?
12     A.   Yeah, it wasn't --
13     Q.   Never --
14     A.   -- his gun was not in his holster.
15     Q.   He never took his gun out of the holster is
16 that what you're saying?  He did take his gun out of
17 the holster?
18     A.   His -- his -- he knocked on the window with
19 his gun --
20     Q.   So it --
21     A.   -- and the door, when I --
22     Q.   -- it's your --
23     A.   -- opened the door he was holstering it
24 back.
25     Q.   Is it -- is it your testimony that

1  conversation between you and Mr. McClendon that he
2  had his gun out of his holster?
3      A.   Yes.
4      Q.   And was that when he was asking for the
5  key?
6      A.   Yes.
7      Q.   And --
8      A.   "For the f-ing rent out or get the f-out."
9      Q.   And by the time that you closed the door
10 was his gun still -- or back in his holster?
11     A.   I don't know.  I wasn't worried.
12     Q.   You weren't --
13     A.   I know --
14     Q.   -- worried by that?
15     A.   No.  I -- I don't know.  I just closed my
16 door because my baby was screaming and hollering,
17 "Ma, be quiet before he shoot you,"  And I closed my
18 door.
19     Q.   So before you walked out of the house,
20 somebody got your phone from upstairs, right?
21     A.   My husband got my phone and my baby.
22     Q.   So before you walked out of the house you
23 had the phone so that you could video Mr. McClendon?
24     A.   No.  I got my phone so I could go by my
25 mom's house.

1      Q.   So you had your phone but you didn't call
2  Mr. Siddiqui did you?
3      A.   No.  I did not.
4      Q.   And you didn't text Mr. Siddiqui about
5  this?
6      A.   No.  I did not.
7      Q.   And you didn't contact the Jefferson
8  Parish Housing Authority about this?
9      A.   No.  I did not.
10     Q.   And so when you went outside and you saw
11 Mr. McClendon again --
12          MR. MARTINY:
13               Hello -- hey, John, I want to make
14          sure I'm in a deposition but I'm --
15          MR. SLADEK DE LA CAL:
16               Danny, this is Max from Cooley can
17          you -- can you go on mute?  We can hear
18          you.
19          MR. PARKERSON:
20               Thank you.
21          MR. SLADEK DE LA CAL:
22               Yeah.
23          MR. PARKERSON:
24               All right.
25     BY MR. PARKERSON:

1      Q.   So when -- at -- at what point did you
2  start videoing Mr. McClendon?
3      A.   After McClendon pulled up and blocked me
4  off from getting out the driveway, as I'm getting in
5  my car to pull off.
6      Q.   And did your ever ask him in the video to
7  move his vehicle?
8      A.   No.  I didn't.
9      Q.   Why not?
10     A.   Well, McClendon seen that I was leaving
11 out the driveway, why would he pull up to block me
12 off --
13          MR. PARKERSON:
14               Objection.
15     BY MR. PARKERSON:
16     A.   -- and tell me he was private --
17          MR. PARKERSON:
18               Nonresponsive.
19     BY MR. PARKERSON:
20     A.   -- and tell me he was a private citizen?
21     Q.   So why didn't you ask him to move his
22 vehicle while you were on the video?
23     A.   James told him to move his ve -- his
24 vehicle.
25     Q.   Not on the video?  Did you -- do you hear

1  James saying anything on the video?
2      A.  Yeah, you hear James saying something on
3  the video.
4      Q.  And it's your testimony that James is
5  saying, move the vehicle?
6      A.  Yes.
7      Q.  And why did you start videoing?
8      A.  Because he wouldn't move out the way.
9      Q.  The -- during the time that you're
10  videoing, was there anything that prevented you from
11  going back inside the house?
12      A.  No.
13      Q.  Was there anything that prevented you from
14  walking down the sidewalk?
15      A.  Walking down the sidewalk?
16      Q.  Walking toward your mother's house.
17      A.  Well, who was going to walk with the baby?
18      Q.  The baby being your four-year-old?
19      A.  Yeah.
20      Q.  He -- the baby couldn't --
21      A.  He was already -- he was in his car seat.
22      Q.  Well, I mean, how long does it take to get
23  someone out of the car seat?
24  ████████████████████████████████████████
25  ████████████████████████████████████████

1  ████████████████████████████████████████
2  ██████████████████████████████████████.  My
3  question was how long does it take to get someone out
4  of a car seat?
5      A.  It depends.
6      Q.  Thirty seconds or less?
7      A.  Maybe.
8      Q.  I mean it's a -- it's a button that you
9  press and you lift up and you get them out of the
10  harness and then you get somebody, your husband or --
11  or Jamal to pick him up and --
12      A.  Leave your car and walk to your mom's
13  house from your house?
14      Q.  Yeah, nothing prevented you from doing
15  that was there?
16      A.  No.
17      Q.  Did Mr. McClendon ever operate the lights
18  on the top of the vehicle --
19      A.  No.
20      Q.  -- police car?  So they were never -- there
21  was never the --
22      A.  No.
23      Q.  -- the police lights going off, right?
24      A.  No.
25      Q.  Did you ever tell Mr. McClendon anything

1  about any fear that you felt?
2      A.  No.
3      Q.  Did you ever tell Mr. McClendon --
4      A.  I'm --
5      Q.  -- any --
6      A.  -- I'm sorry.  Let me correct that.  I did.
7  In the video I asked him, why you coming over here
8  doing what you doing because you scare -- scaring me
9  and my kids, and ain't nobody in there but a eighteen
10  year old, a nineteen year old, and a four year old
11  boy.  Yes.  I did.
12      Q.  So did you tell him that you were afraid?
13      A.  Yes.  I did.
14      Q.  And what were you afraid of?
15      A.  Of a police officer coming to my home
16  after dark, asking for a key, or asking for the f-ing
17  rent, or telling me to get the f-out.  And then after
18  I closed the door thinking he's gone, then pulling
19  back up blocking me off from leaving.  Would you be
20  scared?
21          MR. PARKERSON:
22              Objection to the nonresponsive
23          portion.
24  BY MR. PARKERSON:
25      Q.  What did you tell him that you were afraid

1  of?
2      A.  I was afraid of him.
3      Q.  And what was -- what was it that he was
4  doing that made you afraid of him?
5      A.  I think just keep coming to my home, and I
6  know the Councilman -- if I was being put out the
7  Councilman was supposed to come bring me a eviction
8  notice to vacate the premises.
9      Q.  Okay.
10          MR. PARKERSON:
11              Let's just go off the Record for a
12          minute.
13          THE REPORTER:
14              All right.  We're off the Record.
15      (Off the Record)
16          THE REPORTER:
17              Okay.  We're going to go back on the
18          Record.  The time is 2:35 p.m.
19  BY MR. PARKERSON:
20      Q.  From the time that Mr. McClendon showed up
21  at your house on January 7th 2021, until the time
22  that the Kenner Police arrived, did you have any
23  communications with Mr. Siddiqui?
24      A.  No.  I didn't.
25      Q.  Did you have any communications with

MAGNA
LEGAL SERVICES

1  anyone from Hum Management?
2     A.  No.  I didn't.
3     Q.  Did Mr. McClendon ever say that you were
4  evicted from that apartment or that house?
5     A.  Yes.  He did.
6     Q.  When did he say that?
7     A.  To the officer.
8     Q.  To the police officer?
9     A.  Yes.
10    Q.  And you overheard him say that?
11    A.  Yes.
12    Q.  And did you attempt to contact Mr.
13  Siddiqui when you heard Mr. McClendon say that?
14    A.  No.  I didn't.
15    Q.  Did you inform the Kenner Police what your
16  position was in response to what Mr. McClendon said?
17    A.  Rephrase that.
18    Q.  Yeah.  Okay.  It was a bad question.  How
19  did you respond to the Kenner Police after hearing
20  Mr. McClendon say that to the Kenner Police?
21    A.  I didn't say nothing because I already
22  know how that go.
23    Q.  Now, when you called the Kenner Police did
24  you tell them that your landlord had left?
25    A.  That my landlord had left?

1     Q.  Had -- had left that day?
2     A.  No.
3     Q.  Was -- was Mr. McClendon your landlord?
4     A.  No.
5     Q.  And so you wouldn't refer to Mr. McClendon
6  as your landlord would you?
7     A.  He did.
8     Q.  Who did?
9     A.  McClendon.
10    Q.  I said, you wouldn't though?  You would
11  never refer to Mr. McClendon as your landlord would
12  you?
13    A.  I repeated what he said, yes, I did.
14    Q.  To who?
15    A.  To him.  To McClendon.  To the officer and
16  probably onto the 911 caller.
17    Q.  You -- you mean you --
18    A.  And when I --
19    Q.  -- you repeated by saying, "you're not my
20  landlord," that's what you said on the video, right?
21    A.  No.  I -- maybe on the video but I did say
22  -- I did -- I do remember saying that -- he said,
23  since he's my landlord he come over here to get his
24  key and his -- either get the por -- his portion of
25  the rent or get the f-out.

1     Q.  And who did you say that to?
2     A.  I think the 911 caller, or I just blurted
3  it out.
4     Q.  Had you ever exchanged any text messages
5  with Mr. McClendon before this incident?
6     A.  No.
7     Q.  Did you tell the Kenner Police that he had
8  texted you about paying rent or getting off the
9  property?
10    A.  Say that question again.
11    Q.  Did you tell the Kenner Police that Mr.
12  McClendon had texted you about paying rent?
13    A.  No.  I didn't.
14    Q.  Why didn't you video your conversation
15  with the Kenner Police?
16    A.  Because he told me to the light off -- out
17  of his face and cut the camera off.
18    Q.  The Kenner Policeman told you to "cut the
19  camera off?"
20    A.  Yes.  He did.
21    Q.  Mr. Siddiqui never came to the house that
22  evening anytime after Mr. McClendon first knocked on
23  the door did he?
24    A.  No.  He didn't.  I left.
25    Q.  And you never saw Mr. Siddiqui there at

1  any time did you?
2     A.  No.  I didn't.
3     Q.  Did you ever ask Mr. Siddiqui whether he
4  directed Mr. McClendon to do anything that day?
5     A.  No.  I didn't.
6     Q.  Have you ever talked to Mr. Siddiqui about
7  Mr. McClendon's actions that day?
8     A.  No.  I didn't.
9     Q.  Have you ever heard anything said by Mr.
10  Siddiqui about Mr. McClendon's actions that day?
11    A.  No.  I didn't.
12    Q.  At the time that Mr. McClendon knocked on
13  your door who did you consider to be your landlord?
14    A.  The -- the -- say that again.
15    Q.  At the time that Mr. McClendon knocked on
16  your door on January 7, 2021, who did you consider to
17  be your landlord?
18    A.  Sid.
19    Q.  Siddi -- Mr. Siddiqui?
20    A.  Siddiqui.
21    Q.  Hum Management?
22    A.  Yes.
23    Q.  And did you ever receive any information
24  that Mr. McClendon worked for Hum Management?
25    A.  Did I ever --?

MAGNA
LEGAL SERVICES

1    Q.  Do you have any information to indicate
2  that Mr. McClendon worked for Hum Management?
3    A.  He -- did I ever have him -- re --
4    Q.  Yeah.
5    A.  -- repeat the question.
6    Q.  So I want to make sure I understand your
7  testimony thus far today.  I understand that you saw
8  Mr. McClendon once before January 7, 2021, --
9    A.  Uh-huh.
10    Q.  -- correct?
11    A.  Yeah.
12    Q.  And that was one previous time in which he
13  picked up a rent check, is that correct?
14    A.  He didn't pick up a rent check.
15    Q.  What did he do that previous time?
16    A.  He came over and said when -- he wanted to
17  know when they was getting their money, --
18    Q.  And did you --
19    A.  -- him and his partner.
20    Q.  -- did -- did you give him any money that
21  day?
22    A.  No.  I didn't.
23    Q.  Did he perform any work at the property?
24    A.  No.  He didn't.
25    Q.  Did you ever observe Mr. McClendon perform

1  any work at the property where you lived?
2    A.  He didn't perform no work.
3    Q.  Did you ever see Mr. McClendon performing
4  any work on behalf of Hum Management?
5    A.  No.  I didn't.
6    Q.  Did you ever see anyone on behalf -- of Hum
7  Management ever issue any payments to Mr. McClendon?
8    A.  No.  I didn't.
9    Q.  Never saw Mr. Siddiqui and Mr. McClendon
10  together?
11    A.  No.  I didn't.



25    Q.  In your Answers to Interrogatories you

1  indicate that "You return to work at Taco Bell about
2  six weeks after you delivered the baby," --
3    A.  Yes.
4    Q.  -- is that correct?  And who was your
5  supervisor at Taco Bell?
6    A.  Ashley, Ms. -- Ms. Wanda, and Asia.

18          MR. SLADEK DE LA CAL:
19          Objection to form.
20  BY MR. PARKERSON:
21



Page 206

Page 207

1
2
3          MR. SLADEK DE LA CAL:
4              Objection to form.
5      BY MR. PARKERSON:
6
7
8
9
10
11
12
13
14
15          MR. SLADEK DE LA CAL:
16             Objection to form.
17          MR. PARKERSON:
18             That's a good objection.  I -- let me
19      rephrase that.
20      BY MR. PARKERSON:
21
22
23
24
25

Page 208

Page 209



Page 210

Page 211

12     Q.  Did -- I may have already asked this and if
13 I did I apologize for repeating myself.  Have you
14 ever filed a lawsuit besides this one?
15     A.  Um, I -- yes, I have.
16     Q.  And how many times have you filed a
17 lawsuit?
18     A.  Once.
19     Q.  And how long ago was that lawsuit?
20     A.  Don't remember
21     Q.  What was the lawsuit for?
22     A.  The lady's at the gym was walking around,
23 they had a landscaping -- a thing with the smell kept
24 going on around and they was walking around asking
25 people did they want to sign up.  I signed up but I

Page 212

1 never went through with it.  So I don't -- I don't
2 remember.
3     Q.  Did you obtain a settlement as a result of
4 that?
5     A.  No.  I didn't.  I never contacted the
6 people.  I never went through with it.
7     Q.  Is this the first time you've ever given a
8 deposition --
9     A.  Yes.
10     Q.  -- today?  Have you ever testified in
11 court other than an eviction proceeding?
12     A.  Like, what you mean, like --
13     Q.  Like with -- with a court reporter and
14 someone saying, do you swear to tell the truth, the
15 whole truth, and nothing --
16     A.  Yes.  I did.
17     Q.  -- but the truth?  Where else did you
18 testify?
19     A.  When I was picked up by a U.S. Marshals.
20 Brought to Jefferson Parish jail for seven days.
21 They said that I wrote and I sold prescriptions.  I
22 was held in jail seven days and went to court for a
23 year, and then was told that I was sorry they had the
24 wrong person.
25     Q.  And when did that occur?

Page 213

1     A.  Not sure of the dates.
2     Q.  Was it more than ten years ago or less than
3 ten years ago?
4     A.  It was in 2013.
5     Q.  Any other -- well strike that.  Was -- was
6 that something where someone arrested you?
7     A.  Yes.
8     Q.  And was it -- what Parish did that occur
9 in?
10     A.  It'd been in Kenner.
11     Q.  So it was City of Kenner Police arrested
12 you or is it Jefferson Parish?
13     A.  The U.S. Marshals came looking for me and
14 I went to turn myself into Kenner Police and Kenner
15 Police held me in jail maybe a day and then they --
16 my mom paid my bond and I went to Jefferson Parish.
17 Stayed in Jefferson Parish and went to court for a
18 year and the Judge apologized.
19     Q.  So when you say, "You went to court for a
20 year."  You weren't in jail for a year, you were just
21 going to court hearings --
22     A.  Yeah, I was in jail for seven days.
23     Q.  And how many times did you go to court
24 during that year?
25     A.  Every month.

1 Q. Once a month you'd have to appear?
2 A. Whenever they gave me a date to appear.
3 Q. And did you ever have to testify at any of
4 those times that you went to court?
5 A. No. I had to stand up -- stand up there
6 and state my name and, um, the doctor asked me --
7 asked him did he know me or -- and that was it.
8 Q. "The doctor," who are you referring to?
9 A. Who they said that I was writing and
10 selling prescriptions.
11 Q. Okay. Did you file any lawsuits or claims
12 as a result of that series of events?
13 A. No. I didn't.
14 Q. And have you ever been arrested on any
15 other charge?
16 A. Like what? Like --
17 Q. Anything?
18 A. -- like fighting.
19 Q. And how long ago was that, that you were
20 arrested for fighting?
21 A. Years ago. Before 2013.
22 Q. Before Hurricane Katrina?
23 A. Yeah.
24 Q. And it -- let's just say in the last ten
25 years have you been arrested and convicted of any

1 crime?
2 A. No. I haven't.
3 Q. Okay. Ms. Tapps, do you -- are you
4 currently working? I -- I didn't understand that.
5 A. No. I -- no, I'm not.
6 Q. Are you actively looking for a job?
7 A. Yes.
8 Q. And since stopping work at Academy -- how
9 long ago was that by the way?
10 A. Maybe March, I guess, it was this year of
11 2022. March, April, some --
12 Q. Did I hear you say --
13 A. -- maybe April 5th 2022.
14 Q. -- did I hear you say that you've applied
15 for Social Security?
16 A. I was already getting Social Security. I
17 applied -- I get SSI. I applied for Social Security.
18 I just started getting my Social Security.
19 Q. So you get Social Security Income, not
20 Social Security Disability?
21 A. I get both.
22 Q. What do you --
23 A. I just received Social Security
24 Disability.
25 Q. And what do you get Social Security

1 Disability for?





**Page 220**

1
2
3
4
5
6
7
8
9    Q.   So where are you currently living?
10   A.   With my mom.
11   Q.   How long have you been living with your
12   mother?
13   A.   Since March.
14
15
16
17
18   Q.   And how long have you lived there with
19   her?
20   A.   Since March -- since FEMA stopped payment
21   on -- stopped helping with the -- the housing.
22   Q.   March 2022?
23   A.   Yes.
24   Q.   And between January 2021, take me up to
25   March 2022, where you lived?

**Page 221**

1    A.   I was living on 2617 Bessemer Street.
2    Q.   When did you move into 2617 Bessemer?
3    A.   From '21 of March.
4    Q.   2021?
5    A.   Yeah.
6    Q.   So basically two and a half months after
7    this incident you moved out?
8    A.   Yes.  When housing ported me out.
9    Q.   You say, "housing" --
10   A.   House -- Kenner Housing Authority ported
11   me out of Siddiqui's home.
12   Q.   And what does that mean?
13   A.   That's when you go sign papers to move in
14   another home.
15   Q.   And did you -- was it a lease like you had
16   at the Siddiqui house?
17   A.   Yes.  Yes.
18   Q.   And have you made those payments yourself
19   or is that being paid for --
20   A.   I had to make those payments myself.
21   Q.   And was that through checks that you
22   issued?
23   A.   Through what?
24   Q.   You -- you issued checks or was it through
25   an automatic deposit?



Page 222

1    A.  I was paying him in money orders.
2    Q.  And -- and through the same bank account
3  that you mentioned earlier at the --
4    A.  No.  I get the --
5    Q.  -- Credit Union --
6    A.  -- out and go get a money order.
7    Q.  And have you ever been evicted since --
8    A.  Yes.  Because I couldn't afford $1300.00
9  worth of rent with $510, $266, and $610 -- I mean and
10  $260 --
11    Q.  So --
12    A.  -- with the job --
13    Q.  -- when is that --
14    A.  -- and buying Pampers and babysitters.
15    Q.  When was the next time that you were
16  evicted after moving into Bessemer?
17    A.  That was -- that was it.
18    Q.  So the owner of Bessemer evicted you?
19    A.  Yes.  Because I couldn't --
20    Q.  When --
21    A.  -- keep up with the rent.
22    Q.  -- when did they evict you?
23    A.  I don't know.  I don't remember.
24    Q.  And did you go to court for that or was it
25  a -- a consent --

Page 223

1    A.  I went to court.
2    Q.  -- eviction?
3    A.  I went to court.
4    Q.  And the -- the Judge ordered in that
5  situation that you had to leave?
6    A.  The Judge -- the Judge ordered it but he
7  didn't want me there anyway.  The Judge -- the way he
8  was telling the Judge it's like he didn't want me in
9  the home.  So the Judge said that I needed to move
10  out.  And due to that a tree fell on the house during
11  the hurricane and messed up all my furniture.
12    Q.  I should ask,
13
14
15        MR. SLADEK DE LA CAL:
16           Objection to form.
17  BY MR. PARKERSON:
18
19
20
21
22
23
24
25

Page 224

23        MR. PARKERSON:
24           Objection --
25  BY MR. PARKERSON:

Page 225

[Redacted]

[Redacted]

4  Q. Okay. Ms. Tapps, thank you for your
5 patience with me and my questions. Have I been
6 courteous to you throughout this and you understood
7 my questions?
8  A. Yeah, you're okay.
9  Q. Thank you.
10  A. (Laughed).
11  Q. And it -- to the extent that you didn't
12 understand my questions did you let me know?
13  A. Yes. I did.
14  Q. And did I rephrase them or explain them
15 enough so that you could understand them before you
16 answered them?
17  A. Yes. You did.
18  Q. Thank you. Appreciate your patience.
19  A. You're welcome.
20  MR. HYATT:
21  I have nothing else. Danny?
22  MR. MARTINY:
23  I'm done.
24  MR. SLADEK DE LA CAL:
25  While we're still on the Record, I

1  want to note that some of the information
2 that counsel has been questioning about
3 today concerns medical records that have
4 been designated "Confidential" under the
5 Protective Order. And so we're going to
6 designate the Record "Confidential" until
7 we can specify the exact portions of the
8 transcript that we're going to designate
9 "Confidential" under the Protective Order.
10  THE REPORTER:
11  Okay. Is that it?
12  MR. MARTINY:
13  Do we have the medical records, you
14 all have them?
15  THE REPORTER:
16  Say that one more time, Mr. Martiny?
17  MR. MARTINY:
18  Do we -- do you have -- have you all
19 secured -- I saw a bill in there for like
20 $1500.00 for medical records. Have y'all
21 secured them?
22  MR. PARKERSON:
23  We do not have all the medical
24 records. We're still working on that.
25  MR. MARTINY:

1  Okay. And who said that?
2  MR. PARKERSON:
3  That's Bruce.
4  THE REPORTER:
5  Bruce. I mean --
6  MR. MARTINY:
7  Oh, okay.
8  MR. SLADEK DE LA CAL:
9  And -- and we'd like -- we'd like Ms.
10 Tapps to read and sign too.
11  MR. MARTINY:
12  Okay, but the thing I saw -- so we --
13 it was like .70 -- .70 cents to a dollar
14 per page, which I understand -- I
15 understand that's what some of the
16 services charge, but I mean I -- I guess
17 I'll go ahead and just leave that on the
18 Record so the Plaintiff can see, what's
19 produced and agree to pay whatever
20 reproduction costs I have to. That's it.
21  MR. SLADEK DE LA CAL:
22  And we'll also put on the Record that
23 consistent with Request for Production
24 that Plaintiff has responded to Plaintiff
25 has produced the medical records in her



1      current possession, custody, and control.
2      MR. MARTINY:
3         Okay.
4      THE REPORTER:
5         Is that it?
6      MR. MARTINY:
7         That's it.
8      THE REPORTER:
9         Okay  We're going to go off the
10     Record, it's 3:14 p.m.
11  (Whereupon, the deposition concluded at 3:14 p.m.)
12     THE REPORTER:
13        Mr. Martiny, do you need a copy of
14   this before we disconnect you?
15     MR. MARTINY:
16        Yes, yes, ma'am.
17     THE REPORTER:
18        Do you want a hard copy or an
19   electronic?
20     MR. MARTINY:
21        Give me an electronic.
22     THE REPORTER:
23        Okay, and I have your email on the
24   Notice.
25     MR. MARTINY:

1        That sounds great.
2     THE REPORTER:
3        Okay.  Thank you.  Mr. Hyatt, do you
4   need a copy?
5     MR. HYATT:
6        I need to talk to the client.
7     THE REPORTER:
8        And, a --
9     MR. PARKERSON:
10       I noticed it so I get to pay for the
11  original and a copy.  I want an electronic
12  and condense it.
13     THE REPORTER:
14       Okay, all that good stuff.  Okay.
15  And Max, Maximillion?
16     MR. SLADEK DE LA CAL:
17       Max is good.
18     THE REPORTER:
19       And, Hannah, do you guys need a copy?
20     MR. SLADEK DE LA CAL:
21       Yes.  Electronic is good.
22     THE REPORTER:
23       And I am going to send the Read and
24  Sign, directly to Ms. Tapps or to you?
25     MR. SLADEK DE LA CAL:

1        To me.
2     THE REPORTER:
3        And I'll send that electronic.
4     MR. SLADEK DE LA CAL:
5       And do you know how long the turn
6  around time is?
7     THE REPORTER:
8       Eight business days, I'll have it
9  turned in by then.
10     MR. SLADEK DE LA CAL:
11       Okay, great.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        R E P O R T E R ' S  P A G E
2    I, Parris Amedee, Certified Court Reporter, in
3  and for the State of Louisiana, the officer, as
4  defined in Rule 28 of the Federal Rules of Civil
5  Procedure and/or Article 1434 (B) of the Louisiana
6  Code of Civil Procedure, before whom this sworn
7  testimony was taken, do hereby state on the Record:
8
9     That due to the interaction in the spontaneous
10  discourse of this proceeding, dashes (--) have been
11  used to indicate pauses, changes in thought, and/or
12  talkovers; that same is the proper method for a
13  Court Reporter's transcription of proceeding, and
14  that the dashes (--) do not indicate that words or
15  phrases have been left out of this transcript;
16
17     That any words and/or names which could not be
18  verified through reference material have been
19  denoted with the phrase "(spelled phonetically)."
20
21
22
             _____
23
             PARRIS A. AMEDEE, CCR
24            Certified Court Reporter
             Louisiana License #29021
25



1 ASSIGNMENT NO.:870585
2 CASE CAPTION:
3     UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
4
5 CIVIL ACTION NO. 2:22-CV-00013-MVL-KWR
6 JUDGE MARY ANN VIAL LEMMON
7 MAGISTRATE JUDGE KAREN WELLS ROBY
8
9         FRANCE TAPPS
10          VERSUS
11    RANDOLPH MCCLENDON, IN HIS INDIVIDUAL CAPACITY;
   JOSEPH P. LOPINTO, III, IN HIS OFFICIAL CAPACITY AS
12      SHERIFF OF JEFFERSON PARISH,
      LOUISIANA; AND HUM MANAGEMENT, LLC
13
14     DECLARATION UNDER PENALTY OF PERJURY
15     I declare under penalty of perjury that I
16 have read the entire transcript of my Deposition
17 taken in the captioned matter of the same has
18 been read to me, and the same is true and
19 accurate, save and except for changes and/or
20 corrections, if any, as indicated by me on the
21     DEPOSITION ERRATA SHEET hereof, with the
22 understanding that I offer these changes as if
23 still under oath.
24 Witness Signature:_____
25 Witness Print Name:_____

1 Notarization of Changes (If Required)
2 Subscribed and sworn to on the_____day
3 of_____,20_____before me,
4 (Sign)_____
5 (Print) Notary Public,_____
6 in and for the State of_____

1         DEPOSITION ERRATA SHEET
2 Page No.____Line No._____Change to:_____
3 Reason For Change:_____
4 Page No.____Line No._____Change to:_____
5 Reason For Change:_____
6 Page No.____Line No._____Change to:_____
7 Reason For Change:_____
8 Page No.____Line No._____Change to:_____
9 Reason For Change:_____
10 Page No.____Line No._____Change to:_____
11 Reason For Change:_____
12 Page No.____Line No._____Change to:_____
13 Reason For Change:_____
14 Page No.____Line No._____Change to:_____
15 Reason For Change:_____
16 Page No.____Line No._____Change to:_____
17 Reason For Change:_____
18 Page No.____Line No._____Change to:_____
19 Reason For Change:_____
20 Page No.____Line No._____Change to:_____
21 Reason For Change:_____
22 Page No.____Line No._____Change to:_____
23 Reason For Change:_____
24 Page No.____Line No._____Change to:_____
25 Reason For Change:_____

1 Page No.____Line No._____Change to:_____
2 Reason For Change:_____
3 Page No.____Line No._____Change to:_____
4 Reason For Change:_____
5 Page No.____Line No._____Change to:_____
6 Reason For Change:_____
7 Page No.____Line No._____Change to:_____
8 Reason For Change:_____
9 Page No.____Line No._____Change to:_____
10 Reason For Change:_____
11 Page No.____Line No._____Change to:_____
12 Reason For Change:_____
13 Page No.____Line No._____Change to:_____
14 Reason For Change:_____
15 Page No.____Line No._____Change to:_____
16 Reason For Change:_____
17 Page No.____Line No._____Change to:_____
18 Reason For Change:_____
19 Page No.____Line No._____Change to:_____
20 Reason For Change:_____
21 Page No.____Line No._____Change to:_____
22 Reason For Change:_____
23 SIGNATURE:_____DATE_____
24 PRINT NAME:_____
25



1  R E P O R T E R ' S   C E R T I F I C A T E
2      This certification is valid only for a
   transcript accompanied by my original signature and
3  original required seal on this page
4      I, PARRIS A  AMEDEE, Certified Court Reporter,
   in and for the State of Louisiana, as the officer
5  before whom this testimony was taken, do hereby
   certify that FRANCES TAPPS after having been duly
6  sworn by me upon authority of R S  37:2554, did
   testify as hereinbefore set forth in the foregoing
7  232 pages;
8      That this testimony was reported by me in the
   voice writing reporting method; was prepared and
9  transcribed by me or under my personal direction and
   supervision, and is a true and correct transcript to
10 the best of my ability and understanding;
11     That the foregoing transcript has been
   prepared in compliance with transcript format
12 guidelines required by statute or by the Rules of the
   Louisiana Certified Shorthand Reporter Board; and
13 that I am informed about the complete arrangement,
   financial or otherwise, with the
14 person or entity making arrangements for deposition
   services; that I have acted in compliance with the
15 prohibition on contractual relationships, as defined
   by the Louisiana Code of Civil Procedure Article
16 1434 and in rules and advisory opinions of the board;
17     That I have no actual knowledge of any
   prohibited employment or contractual relationship,
18 direct or indirect, between a court reporting firm
   and any party litigant in this matter, nor is there
19 any such relationship between myself and a party
   litigant in this matter; that I am not of counsel,
20 not related to counsel or the parties herein, nor am
   I otherwise interested in the outcome of this
21 matter
22
23
   _____
24 PARRIS A  AMEDEE, CCR
   Certified Court Reporter
25 Louisiana License #29021



---
A
---

**AARON**
151:25
**ability**
238:10
**able**
61:24 66:23 87:24
89:25 124:16
177:21 220:5
**Absolutely**
109:16
**Aca**
217:9
**Academy**
136:5,10 139:8,9,12
139:13,14 140:2,21
141:7,10 142:1,12
215:8 216:14,25
217:8,9,10,13,14
218:3 219:4,11,22
**accept**
21:24 166:11
**accepting**
22:9,9
**access**
86:16
**accompanied**
238:2
**account**
158:6 165:5,7 222:2
**accurate**
234:19
**accurately**
155:21,24 226:11
**ACLU**
1:18
**act**
149:8
**acted**
238:14
**acting**
35:3 116:4
**ACTION**
1:3 234:5
**actions**

40:12,17 201:7,10
**actively**
215:6
**actual**
65:8 238:17
**added**
206:5
**addition**
59:20 92:16
**address**
122:7,8
**ADHD**
102:10,19,25
**administering**
4:22
**admission**
111:21 210:16 211:1
**admissions**
210:11
**admit**
59:17 210:7
**admitted**
208:18 211:3,6
**advice**
134:24
**advised**
181:3
**advisory**
238:16
**af**
140:24
**Affairs**
30:10 34:11 36:6,7
37:5,16 47:2 86:11
86:20 117:20
119:17 121:13
144:21
**afford**
99:11 222:8
**afraid**
196:12,14,25 197:2,4
**afternoon**
23:10 38:16 39:21
40:6 67:23 84:22
178:10
**age**

55:9 56:12 112:17
**ago**
65:13 88:8 211:19
213:2,3 214:19,21
215:9 216:4
**agree**
145:10 179:3 181:5
229:19
**agreed**
4:3 21:24
**agreement**
11:14,16,24 12:10
**Ah**
115:6
**ahead**
10:13 29:14 30:4
31:22 36:21 38:18
39:12 43:8 48:4
118:10 143:25
144:2,11 145:20
146:6 229:17
**Ahmad**
99:7,16 101:14
**Ahmed**
154:13 227:3
**aid**
113:22 114:17 116:9
**ailment**
52:20
**ain't**
29:22 79:1 178:25
196:9
**Airline**
2:16
**Albuterol**
151:23,24 152:23
**alcoholic**
203:13
**allegations**
31:7
**alleges**
124:6
**Alprazolam**
101:16,20 102:24
106:1,3,6,24 108:5
109:1,2

**alteration**
86:16
**ambulance**
45:18,20
**Amedee**
1:17,24 4:20 233:2
233:23 238:4,24
**AMOSS**
2:19
**amount**
86:1 169:20 172:24
218:8
**amounts**
168:7 172:19,21,25
**and/or**
4:15 233:5,11,17
234:19
**Ann**
1:4 6:9 234:6
**answer**
20:14 54:19 80:13
98:17 129:16,20
131:23,24 141:20
147:17 150:11
152:12 174:5
182:16,18 225:2
**answered**
6:4 24:11 27:5 28:4
63:11 182:21
227:16
**answers**
4:15 54:16 204:25
**ant**
120:24
**antibiotics**
153:7
**anticipated**
120:3
**anxiety**
52:22,22,23 97:19
101:22 102:7 105:6
105:9 106:11 112:2
112:8,10,16 113:3,4
149:11 211:10
224:8 225:9,14
**anybody**



51:23 175:12
**anymore**
85:12 99:12 142:3
**anytime**
38:14 200:22
**anyway**
38:9 68:9 223:7
**apartment**
7:24 15:25 26:23
27:2 84:12 95:23
198:4
**apartments**
175:3,5
**APLC**
2:10
**apologize**
211:13
**apologized**
213:18
**appear**
151:19 214:1,2
**Appearances**
3:4
**appeared**
67:17
**applied**
136:3 142:9,12,14,18
215:14,17,17
**applying**
166:11
**appointment**
74:10 100:21 101:4
103:15,22 106:14
107:5 113:23
120:22 209:23
**appointments**
100:18 103:25 107:5
107:20 205:8,11,16
205:24
**Appreciate**
227:18
**approached**
89:7
**approved**
216:4,17
**approximately**

69:7 81:2 137:9
**April**
42:10 103:23 107:2
107:10 140:23
141:3 154:24
157:19 169:2,12,13
170:8,21 171:4,22
173:15 215:11,13
217:10
**arms**
82:18
**arrangement**
238:13
**arrangements**
238:14
**arrest**
128:21 129:5,8,13,21
134:18,22
**arrested**
129:8 213:6,11
214:14,20,25
**arrived**
181:11 197:22
**article**
114:10 116:19,20,23
134:2 149:25 150:4
150:14 233:5
238:15
**Ashley**
205:6
**Ashton**
7:4
**Asia**
205:6
**asked**
13:25 25:8 32:18
56:16 71:8 85:18
89:24 95:18 103:8
103:14 104:5,17
105:14 108:19
110:7 111:14
114:25 115:14
117:3,16 120:12
125:3 132:24 134:3
135:3 148:23 156:5
171:24 183:3,5

189:25 196:7
211:12 214:6,7
**asking**
33:20,21 62:5 84:20
86:3 131:11,12
133:11 137:24
157:8 164:6 167:1
167:15 168:20
188:1 191:4 196:16
196:16 211:24
**assigned**
21:13 52:1
**ASSIGNMENT**
234:1
**assistance**
9:6,14,17 10:16
**associated**
68:9 182:11
**ASSOCIATES**
2:15
**assume**
6:4 131:15 147:19
**assumption**
54:20
**attach**
161:20
**attachments**
89:4 129:7
**attack**
112:10
**attacks**
105:15 108:20 224:8
226:7
**attempt**
185:11 198:12
**attempted**
135:24 176:11
**attempting**
31:9
**attending**
57:19 99:15 103:9
**attention**
161:3 162:6 164:13
175:15
**attorney**
5:25 116:10

**attorneys**
5:17 31:7
**attorney/client**
152:13
**Augustine**
63:11 93:11
**aunt**
160:24
**Authorities**
22:10
**authority**
18:7,8,14,21 22:19
39:3 70:6,10,13,14
166:9 192:8 221:10
238:6
**automatic**
221:25
**automatically**
62:12 158:13 165:5
175:23
**average**
136:25
**avoid**
44:9
**aware**
15:16,17 27:2 108:25
158:21 175:2
176:17,21 203:19
**a.m**
1:21 5:5 53:22,25
109:23 110:3
180:10,11

**B**

**B**
233:5
**baby's**
204:3
**baby**
29:9,18,18,21,22
30:20 31:24 38:11
41:15,18,19 42:16
43:12 46:1 47:18,20
48:21 49:25 50:1,12
51:16 57:16 58:4
60:14,14,22,25 61:6



82:22 83:15 90:11
117:7,18 140:20,24
142:9 153:12,14
189:14,16 191:16
191:21 194:17,18
194:20 205:2,12,17
206:11 209:10,20
210:8,17 216:8,20
**babysitter**
142:2
**babysitters**
222:14
**babysitting**
140:18
**back**
7:16 14:3,17 23:17
27:22 28:16,19 29:1
32:8,9 49:18,20
50:23 54:1 56:3
59:7 61:8,15,23
64:1,12 69:4,4 71:9
75:14 76:14,23 77:2
78:4,16,25 81:13
90:20,24 91:5 95:8
96:18 97:12 99:13
100:9,11,12,13
101:1 103:16
104:11 105:19,21
105:23 106:24
107:15 110:2
112:13 113:1 115:8
118:12 120:13,22
121:22 124:21
127:6 131:13
133:19 134:5
135:22 138:6
141:21 142:4,16,23
143:15 151:15
154:20 164:20
171:6 177:16
178:15 180:18
182:24 190:24
191:10 194:11
196:19 197:17
205:8 206:23
210:18 211:1 216:2

220:7 226:22,23
**backed**
83:5 184:9
**background**
5:19
**backtrack**
110:6
**backwards**
68:13
**bad**
198:18
**baker**
93:17 95:19,20
**bakes**
93:18
**balance**
170:17,21
**bank**
158:6,9 165:5,16,25
166:1 168:14 222:2
**barrel**
78:5
**base**
35:11
**based**
10:15,17 61:4,6
63:19 88:7 133:20
**basically**
88:8 104:13 114:8
140:18 221:6
**bathroom**
39:1 45:15 109:11
139:3 140:15
**beat**
185:17
**beating**
76:24
**becoming**
207:21
**bed**
23:25 73:12 92:12
**beginning**
1:21 15:6 22:14,14
42:10 74:23 112:17
136:8
**behalf**

25:24 27:6,8 33:21
34:4 35:3 113:19
116:4 203:4,6
**believe**
146:21 205:22
224:18 225:4,8
**believed**
182:12
**Bell**
136:18 137:20,25
138:9,22,23,24
139:5 158:4 205:1,5
**belongings**
16:5 38:9
**belt**
110:23
**Bessemer**
8:14,25 9:3 221:1,2
222:16,18
**best**
58:15 64:13 65:16
66:14 69:11 76:1
77:5 85:16 86:24
238:10
**better**
116:21 163:10
168:10
**big**
122:10 128:13
**bill**
13:19 228:19
**birth**
42:25 135:5,11
**bit**
5:19 69:8 112:18
116:21 139:24
**blew**
75:7
**block**
87:3 91:25 92:5
193:11
**blocked**
31:8 32:5 80:7 84:7
85:18 128:10 130:8
130:20 134:11
188:10 193:3

**blocking**
32:13 85:24 128:12
135:2 189:8 196:19
**blocks**
91:23
**blood**
42:15 45:4,8 46:8,13
47:7,21,23 49:19
50:4,16,18,21 51:2
51:8,11,14,19,24
55:4,7,14,17,24
56:2,11 57:16 58:10
58:16,24 59:3,20
106:6 135:23
205:21,23 206:3
207:12,23 208:8
209:11,16,19 210:9
216:3 224:7
**Blue**
103:19 226:23
**blurted**
200:2
**board**
238:12,16
**bond**
213:16
**Bonnabel**
148:10,11
**born**
41:15,18,19 42:16
44:2 47:18 203:20
**boss**
73:8
**bother**
61:18
**bought**
9:23,24 10:21,25
11:19
**Boulevard**
33:2 100:6
**bounced**
174:21
**box**
13:22 81:23 164:23
170:14
**boxes**



162:7,9,16,17
**boy**
196:11
**break**
53:13,17,19 54:5
64:2 94:16 95:3
109:13 130:13
**breaker**
13:22 72:12
**brick**
128:13
**bridge**
122:22
**brief**
86:7
**bring**
78:25 187:4 197:7
**brother**
31:15 186:25
**brought**
45:23,24 105:5
160:25 212:20
**Bruce**
2:19 4:11 147:11
229:3,5
**BS**
152:10
**bucket**
72:12
**buckets**
13:18 38:25
**budging**
132:7
**building**
9:23,24 11:9,14,15
11:17,19 12:9 13:24
14:1,2 100:3 122:6
122:10 123:6
175:10
**buildings**
123:4
**business**
232:8
**bust**
29:22 79:1
**button**

195:8
**buying**
222:14

---
**C**
---
**C**
2:1 57:5 156:13
206:23 238:1,1
**CAL**
2:4 15:12 17:3 20:10
22:2 29:11,15 31:10
33:23 35:5 37:2
43:5 53:11,18 56:18
59:22 73:2 77:8,13
77:17,21 80:16
87:13 94:13,20,24
95:4,12 96:2,6
98:18 109:12,17
112:5 113:5 115:10
130:5,14 131:20
133:5 137:13
143:20 144:24
152:14 159:15
163:21 180:13
192:15,21 205:18
207:3,15 223:15
227:24 229:8,21
231:16,20,25 232:4
232:10
**California**
2:6
**call**
17:24,25 33:21 45:18
46:2 48:9 66:2,5,8
67:3,6,10,13,16,19
68:3 70:23,24 71:7
87:5 93:17 107:12
128:22 146:9,18
155:19 162:23
178:2,11,14,14,19
179:22 187:5,13,18
188:3,6 192:1
**called**
5:3 13:10 18:22
31:15 32:22 46:4,5
49:21 58:7,8 59:8

64:22 67:8,11 73:25
87:19 88:9,22 93:19
94:5 118:14 120:15
120:17 132:2,7
145:7 146:20,25
147:1 168:25 169:5
174:4 176:22
177:23 178:15,15
186:25 187:1 188:8
188:9 198:23
**caller**
199:16 200:2
**calling**
16:12 32:21 50:19
72:5 132:9
**calls**
177:14
**calmed**
91:4 112:23
**camera**
32:1 190:4 200:17,19
**can't**
26:13 99:23 103:19
105:25 106:2,3
108:8 125:14 163:9
168:3 169:14
170:15,23 188:21
188:21,25 220:6
224:1
**Canal**
220:16
**Canas**
34:10 86:21 117:20
119:22 120:1,7
121:12,16 123:9
124:10,21 125:1
**CAPACITY**
1:9,9 234:11,11
**Caption**
3:3 234:2
**captioned**
234:17
**car**
27:10 31:24 32:12,12
34:18 35:9,12,17,18
35:21 45:19 82:23

82:24 83:2,3,5,6,11
83:13,13,14,17,18
84:3,5,6,9,18,24,25
85:1,3 88:13 89:10
90:11,24 91:2,6,10
91:14,15,16,17
127:7,10 128:1,2,4
128:5,7,10,10,11,12
130:2,2,19,19 131:3
131:3,9,18 132:5
133:19,22 134:5,6,9
134:10 189:16,16
193:5 194:21,25
195:4,12,20
**card**
103:19 151:13
226:23
**care**
11:13 52:1,6 54:9
96:20,23 97:1,3,7,9
97:14 98:23,24 99:5
99:12 100:10,16
104:12 107:11
111:6,8 139:19
154:15,16
**carry**
24:1
**cars**
84:10
**case**
44:14 114:22 147:13
160:20 234:2
**caseworker**
70:15
**cash**
174:17,22,22
**caught**
113:11
**cause**
1:16 4:17 129:10
155:25
**caused**
40:17 41:2 112:3
113:2
**Causeway**
101:11 122:9,19,22



122:25 225:20
**CCR**
1:24 233:23 238:24
**Ce**
153:3
**Cefalexin**
153:3
**cell**
85:13 86:10 94:11
   115:25 116:7,14
   176:9
**cents**
229:13
**certain**
52:17 148:23
**Certainly**
118:23
**Certificate**
3:17
**certification**
238:2
**Certified**
1:18,24 4:20 233:2
   233:24 238:4,12,24
**certify**
238:5
**cervix**
51:16 57:13 155:14
   155:20
**chance**
5:24 185:1
**Change**
236:2,3,4,5,6,7,8,9
   236:10,11,12,13,14
   236:15,16,17,18,19
   236:20,21,22,23,24
   236:25 237:1,2,3,4
   237:5,6,7,8,9,10,11
   237:12,13,14,15,16
   237:17,18,19,20,21
   237:22
**changed**
10:10 11:20
**changes**
233:11 234:19,22
   235:1

**characterization**
137:14
**characterizing**
59:24 145:1
**charge**
214:15 229:16
**Charity**
56:6
**check**
14:1,2 49:21 155:19
   159:3,6,13 165:2,4
   165:16,19 167:15
   167:17 168:21
   169:3,15 170:4
   171:6,18 202:13,14
   210:18
**checked**
47:22,23 49:19 56:14
   155:13 178:18
   206:24
**checks**
165:3,6,7,11,12,18
   165:21 166:18
   167:3,25 168:2,5,8
   168:11,14 169:19
   174:20 221:21,24
**child**
42:21 43:18,19 44:1
   51:21 83:11 127:10
   133:22 135:5
   203:20 207:21
**children**
43:21,23,25 44:6,10
   57:21 135:13
**chloride**
204:16
**cigarettes**
156:18,21,25 157:1
   207:2,7,9
**Ciprofloxacin**
153:5
**citizen**
32:17 132:10 193:20
**city**
21:12 122:16 213:11
**Civil**

1:3 4:6 233:4,6 234:5
   238:15
**claim**
40:16
**claims**
214:11
**clarification**
54:20
**clarify**
54:12 63:13 77:24
   126:1
**clean**
144:1,1
**clear**
17:1 33:19 54:7
   57:22 72:25 86:1,15
   89:5 139:6 144:19
**cleared**
140:25
**Clerk**
4:12
**click**
142:24
**client**
63:15 67:5,9,12,17
   119:19,23 231:6
**clor**
204:16,16
**close**
184:5 188:2
**closed**
26:7,17 27:19 28:5
   51:16 57:13 63:5,14
   75:24 85:23 86:4
   121:9 155:14
   186:21,22 188:15
   188:16 191:9,15,17
   196:18
**closer**
155:19
**closing**
63:15 79:14
**clothes**
61:16 81:22,23
**Code**
4:6 233:6 238:15

**collect**
27:18 34:4 69:17
   79:11 181:21
   186:16
**collecting**
26:1
**college**
139:18
**color**
162:13
**come**
14:1,2 17:11 25:5,13
   26:23 29:8 31:17,25
   32:3,16 34:7,23
   39:21 40:7 43:9
   44:22 46:12,18 48:9
   57:15,15 61:8 65:22
   66:14 68:14 69:15
   69:16 74:9 88:9,24
   89:18 95:7 101:7
   105:23 120:22
   124:21 155:11
   169:1 178:24 179:1
   179:9 181:8 186:16
   197:7 199:23
   203:22
**comes**
32:4 46:22 75:4
**coming**
16:14 18:3 23:5,15
   26:7 34:17 35:3
   37:25 46:1 47:4
   63:22 65:3,4 66:9
   66:16 69:4 76:3
   79:5 82:5 87:6 89:2
   125:14 135:9
   178:23 181:21
   182:4 196:7,15
   197:5
**commercial**
33:13
**committed**
134:14
**communicate**
64:16 166:7,16 167:2
   174:2



**communication**
20:21 64:19 67:14
68:7
**communications**
64:14 72:8 126:8
175:17 197:23,25
**company**
10:21 11:19 136:9
166:12 176:12
**complain**
88:9
**complaint**
30:9 42:11 70:3,13
70:21 71:11 133:17
134:25
**complaints**
69:24
**complete**
238:13
**completion**
125:1
**compliance**
238:11,14
**comply**
90:25
**concerned**
104:21
**concerning**
114:22
**concerns**
228:3
**concluded**
230:11
**condense**
231:12
**condition**
72:15,21,24 73:11
211:4 223:22,25
**conditions**
98:2 223:13 224:2,9
224:10
**Confidential**
228:4,6,9
**confused**
61:12 144:20
**confusing**

5:24
**confusion**
144:20
**connection**
160:19 163:15
**consent**
222:25
**consider**
201:13,16
**considered**
57:25
**consistent**
229:23
**Constable**
21:10,11,13 89:17
**consult**
58:16
**consumed**
203:15
**contact**
113:17 187:17 192:7
198:12
**contacted**
74:19 113:19 212:5
**contending**
40:11
**continue**
11:15,23 15:4 156:20
216:12 217:6
**continued**
12:2 49:6 219:11,18
**contract**
65:23,25
**contractions**
71:17
**contractual**
238:15,17
**control**
42:4 46:8 48:8 51:1
57:14 58:5 104:25
106:4 111:24
206:16,18,21 230:1
**conversation**
20:23 32:20 65:14,17
66:19 73:22,25 76:2
76:9,19 87:25 89:9

89:12 120:15
123:16,24 124:1,2
124:25 125:22
132:20 191:1
200:14
**conversations**
20:20 30:19 126:3
176:13,18,25 177:9
177:17
**convicted**
214:25
**Cooley**
2:5 192:16
**copies**
40:9
**cops**
131:16
**copy**
117:23 118:12 119:5
230:13,18 231:4,11
231:19
**corner**
31:18 91:24 100:3
**correct**
6:20 13:1,4 14:10,22
14:25 15:2 16:1,3
18:9,12,18 19:5,11
20:15 22:12,16 23:3
23:7,20 25:15,16,19
25:22 26:21 27:21
27:24 28:23 30:12
30:14,17,22,24
31:13 33:18 34:12
35:14,19,22 36:1
39:5 40:19 41:4,11
42:7,17 44:3,4,8,16
45:2 46:10 49:9
51:22 55:14,15
56:17,25 57:1,4,6,7
57:10 62:25 68:18
68:19 73:17 74:11
74:12 78:7 81:15
82:15 86:23 87:1,4
87:9,12 89:13 96:19
101:22 105:4
114:23 115:5,9

117:20,22 119:5
120:16 133:21
139:24 141:20,23
145:23 147:2,3
160:13 163:20
164:10 178:13
179:4 181:10 184:3
187:21,22,25
189:21 196:6
202:10,13 205:4
224:11 238:9
**corrections**
117:24 118:3,6
234:20
**correctly**
86:19 182:9
**corresponding**
163:2
**costs**
229:20
**could've**
165:4,17
**couldn't**
14:15,15 22:5 24:1
42:3 46:1 58:4 59:6
65:22 73:7 88:5
99:11 104:23,24
106:5 112:10
127:19 128:10,16
133:24 134:16
135:23 136:23
184:10 194:20,24
222:8,19
**Councilman**
20:25 21:8,13 48:9
197:6,7
**counsel's**
137:15
**counsel**
2:12,15,17 4:4 5:13
59:24 130:15 152:2
228:2 238:19,20
**counselor**
107:7,17,21 108:15
108:18,25
**counselors**



107:12
**counting**
82:11
**couple**
110:6
**course**
63:19 64:9 109:20
111:19 155:1
**court**
1:1,18,24 4:12,20
19:25 20:24 21:14
23:8 48:11,14,17,18
49:4 93:21 94:2
160:25 161:1
167:10,12 172:4,4,5
172:7,13,22 174:8,9
174:11,13,23
212:11,13,22
213:17,19,21,23
214:4 222:24 223:1
223:3 233:2,13,24
234:3 238:4,18,24
**courteous**
227:6
**cousin**
24:8,9 75:24 186:25
**Covid**
19:23 49:10,12,14
73:7 89:16,21
**crawling**
164:20
**Credit**
158:10 222:5
**crime**
134:15 215:1
**crying**
29:19
**crystal**
54:7
**curious**
59:19
**current**
230:1
**currently**
51:23 215:4 219:25
220:9

**custody**
230:1
**cut**
9:11 49:21 180:17
200:17,18 217:5
218:4
**C-section**
49:21 60:19 93:22
111:5,7 118:15,16
135:6 153:9 209:14
210:18
**C-sections**
135:18

———————————

**D**

**D**
3:1
**Dan**
5:10
**DANIEL**
2:14
**Danny**
5:10 17:5 29:12
144:15 161:12
192:16 227:21
**dark**
23:13 162:7,8 170:14
196:16
**dashes**
233:10,14
**date**
7:17 8:12 10:22
15:21 16:10 26:14
41:20,23,24 46:24
57:12 60:18 74:4,4
101:6 135:14,15
142:24 155:19
157:18 163:4
169:10,11,14 214:2
237:23
**dated**
169:19 170:4
**dates**
55:14 72:7 148:22
168:2,5 174:12
213:1

**daughter**
7:1,19 29:25
**day**
16:15 28:14 37:22
55:18 64:13,15,17
71:14 81:3 107:13
138:11 145:12
157:2,3,4,4,15,21
158:1 175:16,17,24
176:19 179:17,19
180:20 182:5,11
186:8 199:1 201:4,7
201:10 202:21
204:20 207:2,7,9
209:20 210:3,6,25
210:25 213:15
235:2
**days**
14:19 46:16,20 48:1
48:7 49:23 69:7
137:1 140:10 156:4
210:14 212:20,22
213:22 232:8
**DE**
2:4 15:12 17:3 20:10
22:2 29:11,15 31:10
33:23 35:5 37:2
43:5 53:11,18 56:18
59:22 73:2 77:8,13
77:17,21 80:16
87:13 94:13,20,24
95:4,12 96:2,6
98:18 109:12,17
112:5 113:5 115:10
130:5,14 131:20
133:5 137:13
143:20 144:24
152:14 159:15
163:21 180:13
192:15,21 205:18
207:3,15 223:15
227:24 229:8,21
231:16,20,25 232:4
232:10
**deadline**
18:3

**deal**
52:19 113:4
**deceive**
5:22
**December**
14:16 74:24 75:5,6
117:7,10 165:1
167:14,14,14,15,15
167:17
**DECLARATION**
234:14
**declare**
234:15
**declined**
104:13 105:8
**deemed**
43:16
**Defendant**
2:12,17
**DEFENDANTS**
2:9
**defer**
65:9
**defined**
233:4 238:15
**delayed**
118:23
**deliver**
159:3,12 206:11
**delivered**
4:10 58:4 159:5,6
205:2,12 206:4
207:22 209:20
210:8 216:7,18
**deliveries**
56:17 57:3,5
**delivering**
209:10
**delivery**
45:25 46:3 47:11
59:18 105:3 138:8
**demonstrated**
78:1,2
**demonstrating**
77:6
**denoted**



233:19
**depend**
220:4
**Depended**
10:11
**depending**
55:13
**depends**
138:14 139:17 195:5
**deposit**
221:25
**deposited**
158:13,15 165:18
**deposition**
1:13,15 4:10 5:14,15
148:19 149:4,6,21
150:18,21 151:3
161:18,21 177:19
192:14 212:8
230:11 234:16,21
236:1 238:14
**depression**
97:19 211:10
**Deputy**
34:10 37:7 61:10
144:22
**describe**
77:9
**described**
86:7
**describing**
139:23
**description**
67:23 133:4
**designate**
228:6,8
**designated**
228:4
**desk**
122:13,15
**destroy**
166:4
**details**
110:6 133:12
**detained**
128:17 130:20

**developed**
112:4
**diagnosed**
55:6 56:1
**diagram**
61:18
**didn't**
7:25 9:11 11:5 17:20
24:21 25:3 27:13
28:9,11,11 32:24
34:1,6,14,15,15
36:15 37:8,11,12,24
38:2,5 39:15 40:2
41:17,18 46:19
47:20 49:1 56:21
58:2 60:2 62:11,17
64:4 68:14 70:2
71:2 72:16 75:7,9
75:12 76:11 78:11
79:12 82:8 92:19
97:6,6 98:5 99:9
102:23 104:8
105:10,11,12,22,22
113:14,15 116:3,6
118:5,18 119:6,14
119:16 121:19
124:1 127:14,15
128:8,19 129:22
131:4,9,19 134:16
134:20,23 139:21
142:2,2 149:13,24
150:16,19 152:19
156:9,12 157:10,14
160:18 167:20
170:10 174:5
176:15 177:8,24
179:10,21 180:7,22
181:1 182:1,3,8,16
182:18 183:14,16
184:5,21,24,25
185:13 186:4
187:14,18 188:3,19
192:1,4,7 193:8,21
194:25 197:24
198:2,14,21 200:13
200:14,24 201:2,5,8

201:11 202:14,22
202:24 203:2,5,8,11
203:14,16 207:6
212:5 214:13 215:4
217:2,11 219:13,17
223:7,8 225:7
226:12 227:11
**difference**
65:7 206:3
**different**
97:12 138:7
**difficult**
94:14
**direct**
126:3,7 141:20 161:2
162:5 164:12
175:14 238:18
**directed**
201:4
**direction**
238:9
**directly**
18:10 62:5,8 163:13
231:24
**Disability**
215:20,24 216:1,5,13
216:17,21 217:7,20
218:3,11,13,15
**discharged**
111:9 209:9,15
**disconnect**
230:14
**discontinued**
102:25 108:5
**Discount**
108:11 110:19
153:24 154:3
**discourse**
233:10
**discuss**
60:10
**discussed**
60:3 92:13,17 108:18
174:6
**discussion**
16:10 17:9 71:14

72:16,25 76:10 86:2
88:15,19 91:13
116:13 117:6,12
121:20
**discussions**
11:3 17:15,17 18:19
38:15 71:12 72:14
116:22 121:11,15
121:17
**disorder**
211:7,9
**dispute**
163:15 209:6
**distracted**
54:10
**DISTRICT**
1:1,1 234:3,3
**Division**
30:11
**divorced**
7:13
**doc**
104:16,17 105:5,8
**doctor's**
225:16
**doctor**
41:1,7,7 42:23 49:18
49:20 50:23 51:4,24
52:1,16,19,21,22
58:8,17,22,25 59:2
59:8,12 60:9 98:23
98:24 99:5,11,12,24
100:16 103:19
104:11,12,20,20
107:11 109:5
111:10 138:14
151:14,16 153:20
154:16 155:14
205:16 210:7 214:6
214:8 223:24
**doctors**
42:1,2 52:6,17 98:13
205:7,11 223:21,23
224:1,17,22 225:4,8
225:13
**document**



59:24 145:1 149:7
152:10,20,20
164:13
**documents**
98:14 119:18 149:2,3
149:5,7,21 160:19
163:18 164:11
176:12
**doesn't**
5:25 7:12 122:15
**doing**
11:6 89:17 117:16
140:10,19 195:14
196:8,8 197:4
**dollar**
229:13
**dollars**
140:4 172:6,8,12,14
218:5
**don't**
5:23 6:1 7:15 8:2,3
8:11,20,20 11:21
28:11 29:23,25 34:7
34:20 35:10 40:7,9
41:14 46:23,23
53:16 54:9,19,20
56:4,8 58:11 59:13
59:25 63:24 66:25
67:7 69:1,20,22
74:15 76:7,20 80:8
80:8,23 81:1,8 82:8
82:10,15 85:12,15
85:19,20,22 89:1
94:16 96:11,15
101:5 102:10
103:18 107:19,24
108:8 113:13
114:12 115:13,13
118:5,5 122:8
124:12 125:12,20
126:6,10,15,19
132:8,23 138:23
140:23 142:8
144:11 145:2
147:14 152:3,6,25
153:2,4,6,17 154:9

155:17 157:18
159:24 163:6,10
164:7,8 166:4 168:6
168:9,25 169:7,14
170:11,19 171:13
171:14 173:4,4,4,8
173:11,14,17,20,23
174:1,12 175:7,13
175:21 176:1,3,5,24
177:15 178:6,12,12
178:13,18,25 184:7
188:19,20 189:8,8,9
189:24 191:11,15
203:18 205:14,14
206:22 208:7,11
211:20 212:1,1
218:1 220:4 222:23
222:23
**Don**
53:12 77:9 109:13
**Donald**
2:10,10 53:9 54:5
**door**
23:19 24:11,20,22
26:7,16,17 27:20
28:4,5,15,17,18,21
31:5 32:12 48:10
61:11,14,22,23 62:7
62:21 63:5,11,12,14
63:15 68:4 75:19,19
75:24 76:11,24,25
78:9,13 79:6,15,24
80:9,9,22,25 81:4,6
81:14,15,24 82:1
83:21,22,23 84:1
85:23,23 86:5 89:19
93:21,24 114:7
128:4,6,11 132:22
135:4 146:8 155:6
164:20 182:10,16
182:18,22 183:5
184:4,8,14,24,25
185:7,11,14,16,18
186:2,3,8,10,21,22
188:2,15,17 189:11
189:15 190:4,5,6,7

190:21,23 191:9,16
191:18 196:18
200:23 201:13,16
204:14
**doorway**
128:7
**downstairs**
31:24
**Dr**
41:8,9 42:1,9,14
44:23 56:23 57:18
59:19 99:7,16,18,19
101:14 104:3,5
111:11 154:13,22
155:22 156:2,17
206:25 208:18,20
209:3
**drink**
203:13
**drive**
2:16 45:19
**driver's**
31:25
**driver**
83:18,20,22,25 84:1
**driveway**
31:8 32:6,13 80:7
82:24 84:4,8,9,11
84:12,25 91:11
128:3 130:21 131:6
132:5 189:8,20
193:4,11 223:20
224:5,19 225:6,10
**drop**
21:20
**dropped**
21:20
**dropping**
164:23
**drops**
21:9,20
**drove**
32:5 84:7 91:18
189:19
**drug**
204:22

**drugs**
203:15
**dryer**
61:16
**due**
41:23,24 89:21
157:12 158:22
159:25 162:24
170:8,17 171:16
172:9,19,21,25
174:24 187:21
205:22 223:10
224:18 225:5,14
233:9
**duly**
5:4 238:5
**duty**
35:23 37:7,10

_____
**E**
_____
**e**
2:1,1,4 3:1 5:6 54:2
144:13 147:9 172:4
233:1,1,1 238:1,1,1
238:1
**ear**
124:19
**earlier**
57:23 64:12,15,17
79:17,19 111:25
112:14 132:24
133:4 222:3
**early**
15:1
**easier**
64:15 141:22
**east**
100:7 110:13,14
123:3
**EASTERN**
1:1 234:3
**eat**
178:6,7,7
**eating**
140:18
**education**



147:25
**efforts**
73:19
**Eight**
232:8
**eighteen**
196:9
**either**
23:5 32:17 71:19
76:17,17 110:12
178:24 182:18,21
199:24 211:9
**elderly**
93:10,15 95:17,18
139:2
**electrician**
13:21,25 14:4
**electricity**
18:16
**electronic**
230:19,21 231:11,21
232:3
**eleven**
140:4,11
**Elijah**
83:17 93:2,12 138:15
**Elijiah**
6:23 7:4,5,19 23:24
23:25
**email**
126:9 230:23
**Email:bparkerson...**
2:22
**Email:danny@ma...**
2:17
**Email:hpollack@c...**
2:6
**Email:hyattlaw@a...**
2:12
**Email:kamoss@p...**
2:22
**Email:msladekdel...**
2:7
**emergency**
46:3,3 103:15 118:16
135:6 208:8

**Employee**
158:10
**employers**
142:13
**employment**
135:21,25 136:2
142:11 238:17
**EMS**
72:5
**encounter**
69:12 81:14
**ended**
111:5
**entering**
72:4
**entire**
54:15 55:17 86:25
234:16
**entitled**
1:16
**entity**
238:14
**entries**
167:14
**entry**
169:2
**envelope**
164:23
**equaled**
218:7
**equivalent**
106:25
**ER**
104:16,17,17,20,20
105:5,8 106:13
**ERRATA**
234:21 236:1
**erroneous**
118:21 119:11
**error**
119:12
**errors**
115:5
**especially**
59:23
**Esplanade**

110:11,11 164:24
**ESQ**
2:4,4,10,14,14,19,19
4:11
**estimate**
178:9 188:21
**evening**
31:24 96:14,21
175:15 200:22
**event**
112:2 113:2
**events**
63:19 64:9 75:14
92:13,18 93:9 97:13
103:4 214:12
**eventually**
72:20 118:24
**everybody**
11:11 92:19,20 93:6
**everyday**
210:1
**evict**
19:7 20:9 21:23
22:10 49:10 222:22
**evicted**
89:19 198:4 222:7,16
222:18
**eviction**
19:8,19,20 48:10,25
89:14,17 93:20,24
167:12 172:4 197:7
212:11 223:2
**evictions**
89:16,22
**exact**
10:22 55:13 157:18
208:11 228:7
**exactly**
61:24 66:15
**Examination**
3:7
**examine**
58:23 90:2
**examined**
5:4
**example**

70:4,5 73:20 97:18
115:7 119:20 130:1
**exchange**
35:16 65:1 66:18,24
79:8
**exchanged**
200:4
**excuse**
77:9 127:24 154:25
**exercise**
54:15
**exhibit**
3:13 161:7,11,15
**Exhibits**
3:12
**exist**
168:14
**existed**
116:14
**expected**
187:20
**experiencing**
45:4 55:14
**explain**
5:17 147:16 227:14
**explained**
89:21
**extending**
11:3
**extent**
119:10 145:1 147:25
227:11

---
**F**

**F**
238:1
**face**
186:22 188:2 190:6,8
200:17
**Facetime**
177:12
**face-to-face**
177:7
**facility**
101:8
**facing**



83:2,3,6
**fact**
116:13 131:12
205:17
**failed**
74:25
**fair**
6:5 39:19 46:7
146:25 147:21,22
**false**
184:1
**family**
52:19,21
**far**
61:19 84:12 107:4
148:2 202:7
**favor**
174:20
**fear**
196:1
**February**
15:6 38:12 41:24
173:9 210:19,22
**Federal**
158:10 233:4
**feel**
5:25 45:16
**feeling**
45:13 118:15 156:5
**feet**
135:9
**fell**
180:17 220:7 223:10
**felt**
45:16 156:5 196:1
**FEMA**
220:20
**field**
104:14
**fifteen**
137:4
**fifty**
137:23
**fight**
29:23 79:1
**fighting**

214:18,20
**file**
134:25 214:11
**filed**
154:10 211:14,16
**filing**
4:12 30:9
**fill**
153:21
**filled**
108:10 110:8 111:2
**finalized**
117:23
**financial**
238:13
**find**
73:19 94:14 117:4
125:8 142:5 147:23
**fine**
80:17 144:9
**finish**
16:21 29:12 62:4
67:19 69:11 72:18
148:4,7 150:6,9
**finished**
9:12 31:1,3 91:3
126:2 140:17
**fire**
13:24,24
**firm**
238:18
**first**
21:22 23:15 26:10
27:5,15,16,25 28:2
43:18 44:1,1 54:25
56:1 57:8 61:10,13
70:12 71:25 80:21
87:16 93:16 97:9
99:6,9 111:21
120:15 121:6 123:5
123:5 133:8 135:3,5
135:9 136:6 145:22
145:24 146:3
152:23 158:18
160:8,25 162:5,7,16
162:24 182:5,10

185:6 186:7 200:22
212:7 218:8
**five**
48:1,7 53:17,19
66:22 132:6 154:1,2
165:3,7 178:20
188:24 189:5,7
216:7,17
**fix**
19:17,17
**flashlight**
78:14
**floor**
122:11,11
**flush**
13:18 72:12
**fold**
81:22
**folks**
70:6
**followed**
45:20 79:2
**following**
1:17
**follows**
5:5
**follow-up**
111:8
**food**
29:23 79:1
**foregoing**
238:6,11
**forgets**
148:21
**forgot**
8:17 85:6 174:18,22
**form**
4:14 15:13 20:11
22:3 31:11 33:24
35:6 56:19 59:23
73:3 87:14 112:6
113:6 115:11
127:23 130:6
131:21 133:6
152:11,11,15
159:16 163:22

180:14 205:19
207:4,16 223:16
**formal**
70:13
**format**
238:11
**forth**
32:8,9 177:17 238:6
**forty**
139:16 140:9 156:14
184:15,17,23
**forward**
68:13 76:21 95:2
119:18
**found**
19:25 73:8
**Foundation**
1:19
**four**
41:22 43:25 46:16
49:23 66:22 100:19
132:6,6 133:24,25
136:14 137:1
143:18 162:16,17
165:3 171:25
196:10
**fourteen**
53:1
**four-year-old**
78:20 194:18
**FRANCE**
1:7 234:9
**Frances**
1:13,15 4:4 5:1 6:9
238:5
**free**
127:13,15,18,20
**Friday**
47:2 48:11 94:2
121:2,5 140:4,8
**Fridays**
121:10
**front**
59:25 61:22 64:24
75:20 82:1 83:3,6
84:3,19 114:7



122:13,15 124:2
132:22 134:7,8
145:2 152:4,9
185:15,16 189:19
208:22
**froze**
62:12
**fuck**
89:1
**fucker**
121:20 123:18
**fucking**
145:9
**full**
6:7 91:25
**fully**
226:10
**full-time**
139:12,25
**funds**
169:17,24
**furniture**
223:11
**further**
76:10,15 110:5,12,15
**fussing**
31:16 112:11 187:2
**future**
165:13,21
**f-ing**
17:21 18:23 38:6
65:5,20 66:9 186:19
188:3 189:12 191:8
196:16
**f-out**
18:24 38:7 65:6
66:10 145:9 186:17
191:8 196:17
199:25

---

**G**

**G**
2:19 4:11 233:1
**Ga**
137:21
**gate**

84:13
**general**
65:1
**generalize**
113:3
**gentlemen**
75:20 76:17
**getting**
10:9 19:8,18 23:12
25:10,25 31:4,25
32:13 38:11,13 40:8
46:9 63:24 64:3
65:20 79:4 81:22
83:15 84:4 90:23
103:24 104:5
142:10 154:19,20
172:4 174:15
178:25 179:11,14
179:23 181:23
186:19 189:12
193:4,4 200:8
202:17 206:15
215:16,18 218:8,15
218:19,22
**girl**
204:14
**girls**
139:18
**give**
18:2 40:1,2 43:11
45:25 50:7,9 57:15
85:22 88:25 94:9,10
104:9 140:18
147:17 178:9 179:3
179:6 181:5 202:20
230:21
**given**
5:14 15:10 54:17
114:21 115:4
141:25 212:7
**giving**
155:12
**go**
7:16 10:13 28:9,10
28:11,12 29:14,21
30:4 31:4,22 36:21

38:18 39:12 43:6,8
48:4,10 49:18 51:25
52:16 54:1,23 59:7
61:8 64:12 68:12
70:12 72:4 75:14
76:21 81:13 82:5,6
82:7,17 83:10 84:2
90:20,24 91:6,9,13
92:12 93:21,21 94:2
94:23 99:11 102:23
103:19 107:19
109:4,11 110:2,5
111:16 113:1 115:5
118:10 125:4
127:13,15,18,20
128:16 131:6,13,17
132:3,24 138:14
139:3 140:15
141:21 142:23
143:9,15,25 144:2
144:11 145:20
146:6 147:8 148:2
148:11 151:14
154:20 155:23
161:3 173:5 174:9
184:24 187:12
188:8,10 191:24
192:17 197:11,17
198:22 213:23
217:13 221:13
222:6,24 226:23
229:17 230:9
**goes**
73:5
**going**
5:18 6:4 11:20 13:19
16:16 18:20 19:7
20:3,8 25:9 29:22
30:4 31:14 32:8,9
32:18 39:3,17,20,23
46:3 48:11 49:11
51:5,23 52:7 53:12
53:25 54:20,23
61:12,18 64:8 66:13
69:17 70:21,23,24
72:9,20 73:6 77:24

78:1 79:1 80:6
85:20 89:16 95:8
97:5 100:17 101:8
107:1 109:4,18
110:2 112:13
122:23 124:5 125:9
140:5 143:15,21
144:25 147:19
148:18,23 151:18
152:1,8 155:13
156:3 161:6,11,13
161:20 166:3,4,11
170:12 172:5,13
174:13 179:6,9,13
181:8 187:8 188:2
194:11,17 195:23
197:17 205:7,12
210:22 211:24
213:21 226:20
228:5,8 230:9
231:23
**gonna**
78:21
**good**
5:8,8,9 93:18 107:24
109:18 147:8,19,23
174:24,25 207:18
231:14,17,21
**gotten**
56:23 204:11 219:1
**grade**
148:3,4,5,6,7,8,11
**grape**
29:22 79:1
**great**
231:1 232:11
**Greenwood**
5:2 6:13,19 8:24 9:8
9:20 12:12 15:4
33:2 49:7 61:13
67:17 68:4 92:6,24
132:22 220:16
**grip**
78:3
**ground**
120:14



**group**
66:20
**guess**
28:5 59:10 113:8,8,9
   122:1 124:3 215:10
   229:16
**guidelines**
238:12
**gun**
27:9,11,12,13 28:19
   28:21,25 29:3,3,20
   29:24 30:20 35:9
   77:2 78:14,15
   190:11,14,15,16,19
   191:2,10
**guys**
231:19
**gym**
211:22
**gynecologist**
41:10

**H**

**H**
2:19
**habit**
84:21
**hadn't**
23:8
**half**
219:23 221:6
**hall**
122:5
**hand**
77:7 78:2 139:3
   189:24
**handcuffs**
129:23
**handed**
158:13
**hands**
131:18
**handwritten**
115:21
**hanging**
90:16

**Hannah**
2:4 231:19
**happen**
31:9 120:12 125:3
**happened**
23:11 24:19 26:3
   31:2 48:17,18 62:7
   63:1,4,19 70:17
   75:23 77:1 78:23
   85:17 89:23 90:6,18
   111:9,14,16 112:9
   121:5 186:24
**happening**
89:22
**happens**
76:21 81:20 148:21
**harassing**
89:2
**hard**
16:22 28:17 78:13
   81:24 142:3 148:20
   155:23 230:18
**harm**
60:15
**harmed**
60:24
**harness**
195:10
**Hate**
122:14
**haven't**
23:8 100:11 151:9,11
   154:12 209:22
   211:5,8,11 215:2
**He'll**
65:4
**he's**
16:13 32:13,17 41:9
   41:12 76:5 104:10
   125:23 128:12
   188:2 189:11
   196:18 199:23
**head**
31:4 122:24
**headlights**
84:6 134:11

**health**
51:25 52:1,2,3,4
   97:15 98:1,25
   100:15,18 101:9,12
   101:15 102:9 103:2
   103:6,10,16,18,23
   104:6 106:13,14
   107:2,8,17 108:16
   112:15 151:17
   225:15,16,19,22,25
   226:7,10,16 227:2
**healthcare**
97:15 98:10,21 99:16
**hear**
61:25 62:5,11 63:1
   81:23 87:24 88:4
   183:1,4 184:5
   192:17 193:25
   194:2 215:12,14
**heard**
23:15 28:15 36:5,5
   62:1,3,8,11,14,19
   62:23 63:3 67:5,7
   75:18,19 78:12
   92:19 121:19,24
   123:17,17,20
   124:15,20 157:13
   183:9,11 184:13,24
   198:13 201:9
**hearing**
198:19
**hearings**
213:21
**held**
190:10 212:22
   213:15
**Hello**
192:13
**help**
8:2,7 58:7 139:4
**helping**
220:21
**hemorrhaging**
19:24 135:7
**here's**
115:8

**hereinbefore**
238:6
**hereof**
234:21
**hey**
88:8 115:8 192:13
**high**
14:14 16:8 43:12,16
   45:4,9 55:4,6,14,16
   56:1,11 58:24 59:20
   111:23 135:12,23
   137:2 148:10,12
   156:15,17 187:10
   210:9 224:7
**higher**
208:16
**hiring**
142:25
**history**
56:16 112:1,14,15
   113:1 142:24
   147:24 226:11
**hit**
165:4,16
**hitting**
28:16 78:12
**Hmm**
64:18 138:22 157:24
**HMO**
164:23
**hold**
73:7 76:15 127:15
   139:3,3
**holder**
28:22
**holding**
77:4 78:8,11
**hollering**
29:20 87:18 92:20
   112:11 187:3
   191:16
**holster**
28:19 77:3 78:4,6,6
   78:18 190:2,11,14
   190:15,17 191:2,10
**holstering**



190:23
**home**
13:11 40:3 49:25
50:1 136:10 140:19
196:15 197:5
221:11,14 223:9
**homeless**
117:4 220:7
**hope**
106:20
**hosp**
48:3
**hospital**
19:24 40:23 45:20
46:14,17 48:1,7,14
50:2 56:15 58:3
59:7 72:5 100:7
105:20,22 110:12
111:7,20 135:22
136:17 208:19
209:10,14 210:8,12
210:23 211:1,4
**hospitalization**
136:16 206:11
**hospitalizations**
206:10
**hospitalized**
59:14 206:8,14,17,20
**hostage**
127:16
**hotel**
117:5
**Houma**
100:1,1,4,5,6
**hour**
109:18 136:19
137:10 138:18
139:1 150:24 189:1
189:2,3 219:8
**hourly**
140:2
**hours**
136:24 137:1,4,9,18
137:23 138:2,5,9,10
138:12,17,21
139:14 140:9 158:1

158:2 210:13 217:3
218:7 219:5,9 220:3
**house**
6:17 7:23 23:16,21
25:11 28:12 31:17
34:2 38:23 43:9
61:11,13,18,20 64:9
65:24 69:14,23
72:10 80:7 82:25
91:21,24 92:7,17
96:13 125:15 130:3
130:3,8,9 131:6,8,8
131:10 136:5,10
139:8,9,12,13,15
140:3,22 141:8,11
142:1,12 155:12
157:16 180:18
181:12,15 183:2,7
184:23 185:11
188:18 189:23
191:19,22,25
194:11,16 195:13
195:13 197:21
198:4 200:21
208:23 221:10,16
223:10
**household**
132:21
**houses**
220:14
**housing**
13:6,8 14:3 15:6,8
16:13,19 17:19,20
18:7,7,14,21,23
19:16 22:6,10,19
23:9 29:5 30:6,6
38:2,5,17,19,20,21
39:3,15,24 45:12
46:4,4,4 49:16 65:5
65:23,24 69:3 70:6
70:10,12,14 74:8
79:11,12 85:21
88:24 121:8,9 166:9
167:22 180:7
186:17 192:8
220:21 221:8,9,10

**Huh**
80:15 115:17
**Hum**
1:10 10:1 147:12
169:16 198:1
201:21,24 202:2
203:4,6 234:12
**hungry**
45:15
**hurricane**
214:22 223:11
**hurry**
28:18
**hurt**
125:12,20,20
**hurting**
97:4,11 204:21
**hurts**
45:14
**husband**
7:21 24:7,10,13 48:4
75:25 78:24 82:22
83:9,10 127:9
133:21 134:4
191:21 195:10
**Hyatt**
2:10,10 3:9 36:12
53:8,9,15 54:3,5
56:20 60:1 73:4
77:11,15,19,23,25
80:20 81:19 87:15
94:18,22 95:1,6,15
96:10 98:15,20
101:21 102:2,6
106:19,23 109:15
109:19 110:4 112:7
113:7 115:12 127:4
127:25 129:1,3,17
129:19 130:7,12,17
130:24 131:1,22
132:19 133:7
137:16 143:8,24
144:6,10 227:20
231:3,5
**Hydrochlorothiazide**
55:21 209:18

**Hydroco**
204:16
**Hydrocodone**
153:11 204:17,19
**hyped**
187:1
**hyper**
31:17 51:3
**hypertension**
156:8 205:16 210:9
224:7,17,18 225:4
**hyperventilating**
105:16

---

**I**

**I'd**
141:19,21,21
**I'll**
6:2 15:16 95:7 96:12
126:2 130:13
143:25 144:1
147:15 162:23
229:17 232:3,8
**I'm**
5:10,12,18,22 6:4
7:14 9:10 16:24
20:5 27:19 29:4,14
30:1,4,5 31:25
32:12,12 36:11,21
42:21 45:18,19 48:6
50:23 52:13 53:9
54:5,9,23 55:23
57:2 58:20 61:11,17
62:4,4 64:20 69:18
72:5 78:1 79:8
81:21,22 82:15
84:20,21 88:8 92:1
95:8 97:2,5 103:23
103:24 107:24
112:25 118:10
120:17,17 125:19
126:13 128:12
131:11,12 132:8,9
132:10 133:9,11
137:24 138:18
140:23 141:3



144:25 145:20,24
146:4,4,5,6,6,7,22
147:19 149:9 150:6
150:7 151:18 152:1
152:15,16,19
154:20 155:17
156:13 157:8,20,21
161:6 164:6 166:3
167:1 170:12 175:4
177:4,13 178:5,13
180:19 181:1 185:5
185:5 192:14,14
193:4 196:4,6
209:23 215:5
217:12 220:5,7
223:23 224:1
226:21 227:3,23

**I've**
32:7 40:23,25 42:2
45:16 49:20 100:17
100:18 103:22,24
107:1 132:24
160:24 224:21

**IAD**
120:15 121:16 122:2
123:13 134:25

**idea**
34:9

**identify**
176:13 182:2

**identifying**
152:3

**II**
2:10,10

**III**
1:9 2:17 234:11

**Im**
29:19

**image**
164:16,21,22

**immediate**
61:2

**immediately**
83:10 120:9 123:21
147:15 156:14
209:13

**impression**
35:2

**inaudible**
137:22

**incident**
5:20 6:18 7:17 12:22
13:3 14:23 15:3,19
15:22 20:6 23:2,11
25:12 35:24 37:6
41:1 44:15 45:5,8
45:11 46:16,24
51:10 61:9 135:21
139:7 145:11 150:1
150:15,17 154:14
154:17,23,25 156:4
157:20 175:15,16
175:18 176:19
179:17,20 180:20
182:12 186:8 200:5
204:20 206:6,9
208:22 209:3 221:7
223:14,18,19,22,25
224:3,4,5,10,12,14
224:19 225:5,10

**included**
165:20

**income**
215:19 217:11
218:20 219:19,21

**inconsistent**
216:3

**increased**
157:11 205:23

**indicate**
117:14 120:2 202:1
205:1 233:11,14

**indicated**
40:5 75:19 187:19
234:20

**indicates**
176:22

**indirect**
238:18

**indistinct**
88:4

**individual**

1:9 57:23 123:12
234:11

**individually**
54:6

**individuals**
66:19

**infection**
153:10

**inform**
198:15

**information**
56:24 181:8 201:23
202:1 228:1

**informed**
238:13

**initial**
75:18

**injured**
40:12

**injuries**
40:18,20

**injury**
52:20

**inside**
92:9 131:7,13 183:7
194:11

**insofar**
54:16

**inspect**
14:3

**inspection**
13:22 73:1

**inspections**
69:4

**instance**
68:24

**institution**
211:7 225:17

**instruct**
152:12

**instructions**
54:7

**insufficient**
169:16,22

**insurance**
52:8

**intending**
117:14

**intent**
134:22

**interaction**
70:1,22 71:21,25
74:6,21 75:10,18
87:7 128:2 233:9

**interactions**
132:25

**interested**
238:20

**interesting**
121:23

**Internal**
30:10 34:11 36:5,7
37:5,16 47:2 86:11
86:20 117:20
119:17 121:13
144:21

**Interrogatories**
204:25

**interrupt**
155:17

**interview**
113:12,14 114:25
115:3,7 116:2,19

**introduced**
161:17

**investigation**
120:3,6 125:7,8

**investigators**
15:18

**involving**
223:20 224:5

**In-House**
2:15 5:13

**Ismail**
42:22

**isn't**
33:12 37:9 60:18
159:11

**issue**
97:16 112:15 113:4
168:23 169:15,19
170:4 172:18,24



203:7
**issued**
41:12 171:18 221:22
221:24
**issues**
22:18 99:1,16 112:1
227:2
**It'd**
213:10
**it'll**
142:25
**it's**
9:5 16:21 17:13 18:7
52:21,21 53:21,25
55:25 83:6 89:16,16
91:23 92:4 94:14
95:5 100:1,1,3,7
101:6 104:15 107:4
107:15 109:22
110:3,16,16,16,16
110:17 112:11
114:10 122:8,17,19
123:3 136:9 141:22
144:20 148:18
152:10,11 163:17
164:5 165:19,24
167:7 175:10 179:2
181:4,7 188:22
189:3 190:22 194:4
195:8,8 205:22
208:20 218:8,16
223:8 224:13
230:10
**items**
18:16 126:2
**IV**
50:10,15
**I-10**
122:24

---

**J**
**jail**
89:3 129:6,9,10,11
212:20,22 213:15
213:20,22
**Jamal**

7:10 23:24,24 24:9
24:10,13 28:4 31:23
63:7,9,21 84:19
90:10 93:2,11
182:18,21 183:9,11
183:12 184:1,12
185:6 186:11,12
187:12,16 189:14
195:11
**James**
24:3,5,7,8 31:21,23
63:11,21 81:21
90:10 93:2,11
182:20,21,21 183:9
186:11,12 187:12
187:16 193:23
194:1,2,4
**Jan**
210:8
**January**
12:23 15:1,1,22 20:6
23:4 26:11,19 27:22
41:21 46:7,11,12,14
55:2,9 56:15 60:6
60:16 65:18 67:4,20
68:24 71:11,21 72:2
74:7,18,23,23 75:7
75:15 96:23 97:1,2
97:6,6,10,13,21
103:4,10 111:9
112:9 116:1 121:7
121:12 126:4,9
127:9 135:21 139:7
139:11 155:1 156:3
157:16 173:6 177:1
177:22 180:11,19
180:23,25 181:12
182:12 187:21
197:21 201:16
202:8 203:12 207:1
207:14,22 208:14
208:14,19,21
209:21 210:21,22
220:24 225:22
226:14
**Jeff**

110:13
**JEFFCAP**
20:1 21:24 167:6,8
**Jefferson**
1:10 30:10 37:7
69:25 91:16 100:7
101:10,12 108:16
108:23 110:14
119:17 148:15
158:10 167:6,8
192:7 212:20
213:12,16,17
225:19,22,25 226:7
226:9,15 234:12
**job**
8:3 19:24 25:4
137:19 139:11,25
167:20 215:6
219:25 220:8
222:12
**jobs**
136:2 139:19 148:22
**John**
116:16 192:13
**joined**
5:12
**Jones**
6:23 7:6,10,20 24:13
42:22 63:7,9 93:11
93:12
**Joseph**
1:9 2:17 99:18,19
227:3 234:11
**JPSO**
70:4 86:11 91:10
117:20 118:25
120:2 121:16 132:5
**Judah's**
83:18 134:6
**Judah**
42:22,24 44:14
139:19
**Judge**
1:4,5 20:1,24 21:3
22:5,8 48:18,24
49:9 70:10 166:20

172:5 174:19
213:18 223:4,6,6,7
223:8,9 234:6,7
**July**
173:24
**June**
169:19 170:4,8,9,17
170:22 171:12,21
172:25 173:3,21
216:6,6 217:11,21
217:22 218:15
219:2
**Justice**
21:1,14,17 22:8,25
89:17 166:19

---

**K**
**KAREN**
1:5 234:7
**KATHERINE**
2:19
**Katrina**
214:22
**keep**
22:6 30:4 43:21,21
51:15,16 58:4 63:22
72:13 76:3 79:5
89:1 125:14 197:5
222:21
**keeping**
11:7 14:8 57:13,14
**Kenner**
5:2 6:13 8:14 13:8
31:19 33:17 62:20
70:5 87:5,6,8,10,21
88:11,15,19 89:6,15
89:20 90:12,19,20
91:1,12,14 108:11
108:13 110:19
129:8,12,12 132:2
134:13 146:9,19,20
147:1 153:23,24
154:3 180:7 197:22
198:15,19,20,23
200:7,11,15,18
213:10,11,14,14



221:10

**kept**
13:19,22 45:11,13
49:22 50:19 211:23

**key**
16:14 17:11,21 18:4
18:23 23:6 29:5,6,9
30:5 32:18 35:4
37:25 38:6 39:22
40:1,1,3,6,8 63:24
64:3 65:5,20 66:9
66:14,16 68:14 79:4
79:9,10 85:22 86:4
88:25 145:9 178:24
178:25 179:3,6,9,11
179:13,14,23 181:5
181:9 186:16,18,19
187:24 188:1,3
189:12,23,25 191:5
196:16 199:24
209:5

**keys**
12:21 16:18 82:23
189:15

**kids**
43:20 61:3 196:9

**kind**
50:10 54:23 64:1,8
115:8 125:7

**King**
45:14 70:19,20,23
71:7,11,13 72:2,8
72:23 74:10,14,17
74:22

**knew**
14:2 16:7 33:20
38:11 39:23 62:19
62:20,21 64:20 68:8
73:16 78:14,15
104:9 109:3,8
148:23 149:16
180:1,7 181:12
182:15

**knock**
23:18,18 62:20
182:10 184:13

185:10,14

**knocked**
23:19 24:12 61:10,14
62:20 68:4 79:24
80:22,25 81:3,6
135:3 155:6 185:7
190:18 200:22
201:12,15

**knocking**
62:22 82:1 184:5,25
185:24,25 186:4

**know**
10:1,7,20 11:21,22
13:17 23:11 24:15
26:14 28:11 29:23
29:24 34:6,8,14,16
35:23 36:2,3 39:16
41:12 43:1 46:23,24
58:13 61:1 62:7
63:23,25 64:4 66:18
67:7,7,11,15 69:1
69:17,19,20 70:4
73:11 76:7 80:8,21
80:23,24 81:2,8,9
82:8,10,15 89:1
93:18,18 96:15
99:24 101:5,5
102:10 104:10
105:14 107:19,24
108:7,8 114:12,21
115:13 116:7 118:5
118:15 122:8,8
124:5,10 131:17
132:23 134:16
137:2 139:17,21
142:8,8 147:15
150:13 152:24
153:17 159:22,25
160:6 162:8 163:1
164:5,7,7,8 168:4,7
168:13 169:14
171:7,10,12 175:5,8
175:11,21 178:6,12
182:17 183:14,16
184:7 187:18
188:19,20 191:11

191:13,15 197:6
198:22 202:17
205:14 207:12
208:11,12 214:7
218:1 222:23
227:12 232:5

**knowledge**
58:15 63:20 66:23
67:4,9 71:2,4,5,6
75:12 86:24 89:15
89:21 115:16
117:11,13 126:3,7
154:4 169:18 206:2
238:17

---

**L**

**L**
2:10,10 4:1

**LA**
2:4 15:12 17:3 20:10
22:2 29:11,15 31:10
33:23 35:5 37:2
43:5 53:11,18 56:18
59:22 73:2 77:8,13
77:17,21 80:16
87:13 94:13,20,24
95:4,12 96:2,6
98:18 109:12,17
112:5 113:5 115:10
130:5,14 131:20
133:5 137:13
143:20 144:24
152:14 159:15
163:21 180:13
192:15,21 205:18
207:3,15 223:15
227:24 229:8,21
231:16,20,25 232:4
232:10

**labor**
40:21 45:18,22,24
47:5 71:15 72:4

**lady's**
211:22

**lady**
88:22 93:10,15 95:10

95:13,17,19 122:13
122:15

**Lake**
122:25

**landlord's**
187:2

**landlord**
9:22 26:5 27:19
69:21,21 76:5
108:24 159:2 160:9
163:2 188:4 198:24
198:25 199:3,6,11
199:20,23 201:13
201:17 209:1,7

**landscaping**
211:23

**Larry**
85:8,8,9,10,11,12,14
95:23

**lasted**
178:23

**late**
84:22 160:4 163:20
172:1

**laughed**
177:15 227:10

**law**
4:7

**Lawrence**
11:12 12:3

**lawsuit**
147:12 211:14,17,19
211:21

**lawsuits**
154:10 214:11

**lawyer**
113:22 114:17 116:9
133:9

**lawyers**
147:13 150:20 151:2
154:1 166:4 176:15

**lay**
29:21 78:25 92:12
120:14

**leading**
20:6



**lean**
131:17
**lease**
11:3,6,7 89:24,25
158:17,21 221:15
**leave**
24:23 28:6 31:9 82:7
122:24 128:22
135:2 141:10
178:16 185:11
195:12 223:5
229:17
**leaving**
72:21 130:9 131:14
184:22 188:10
193:10 196:19
**left**
24:24 26:15 28:7
48:12 75:15 82:6,17
87:12 91:4 92:6
125:24,25 133:4
142:1,11 178:17
198:24,25 199:1
200:24 233:15
**legal**
2:15 5:13 113:22
114:17 116:9 149:8
**legible**
168:16
**LEMMON**
1:4 234:6
**Lenny**
2:14 5:12
**let's**
20:18 61:8 64:1,12
64:23 70:12 75:14
76:21 81:13 91:5,5
97:12 121:22 138:6
139:13 161:2,2,3
162:6 168:19 171:7
173:5 175:14
197:11 214:24
225:2
**letter**
21:21 118:18
**License**

1:25 233:24 238:25
**lie**
133:9
**life**
51:6 112:3 153:25
**lifelong**
148:14
**lift**
195:9
**light**
13:19 200:16
**lighter**
162:11
**lights**
195:17,23
**limit**
129:25
**limited**
152:11 154:2
**Lindsey**
2:14 5:12
**Line**
236:2,4,6,8,10,12,14
236:16,18,20,22,24
237:1,3,5,7,9,11,13
237:15,17,19,21
**listen**
166:24 195:1
**listings**
142:21
**litigant**
238:18,19
**little**
5:19 64:2 69:8 110:6
112:18 116:21
139:24
**livable**
73:8
**live**
6:12,12,13,16,21
7:11 8:13,24 9:2
12:2,12 49:6 72:11
**liveable**
38:24
**lived**
6:19 8:9,14 9:8 175:2

203:1 220:15,18,25
**lives**
31:18
**living**
7:17,21,22,24 9:15
11:23 19:14 61:11
81:21 117:5 184:18
220:9,11 221:1
**livingroom**
185:20,23
**LLC**
1:10 234:12
**LLP**
2:5,20
**location**
108:12 110:9,19
122:3 142:15
**long**
8:9,23,24 9:2 12:11
12:11 13:5 26:11,11
49:14 50:11 52:23
55:6 68:23 87:20
96:13 97:25 108:4
114:10 132:4,20
136:11 140:10
150:23 153:16
178:19 184:11
194:22 195:3
210:11 211:19
214:19 215:9 216:4
220:11,18 223:12
223:20 226:15
232:5
**longer**
15:3
**look**
48:19 69:23 105:23
119:8,18 142:21
149:5 167:13,23
168:19 170:12
179:19 184:19
**looked**
25:11 29:1,2,21
78:24 95:21 109:6
119:6 149:3 179:16
179:18

**looking**
25:15 146:6 213:13
215:6 220:1
**looks**
95:8
**Lopinto**
1:9 2:17 5:11 234:11
**lose**
135:20 157:5,6,8
**lost**
19:23 25:4 99:10
226:20
**lot**
93:18 174:11
**Louisiana**
1:1,10,19,20,25 2:11
2:16,21 4:6,21 5:2
6:14 8:15 31:19
143:1 233:3,5,24
234:3,12 238:4,12
238:15,25
**Loyola**
110:21,22 142:16
**lunch**
178:4,4,5,6,7,8

---

### M

**M**
5:6 54:2 144:13
147:9
**ma'am**
52:5 54:5 81:7 99:20
110:6 113:1 114:11
116:25 118:23
121:18 126:13
131:11 141:17
173:3 230:16
**Ma**
191:17
**MAGISTRATE**
1:5 234:7
**mailbox**
128:13 169:3
**maintenance**
27:2
**Makena**



43:11 51:15 57:13
57:15
**making**
10:17 35:15 40:16
122:21 124:6
126:13 136:19
171:17 218:10
219:8 238:14
**mama**
46:4 113:11 187:1,1
187:2
**man**
14:3 188:1
**Management**
1:10 10:2 147:12
169:16 198:1
201:21,24 202:2
203:4,7 234:12
**March**
8:11 15:6 49:17
141:16,16 157:18
168:21,24 170:21
171:3,17,22 173:12
210:19 215:10,11
217:1,16 220:13,20
220:22,25 221:3
**marijuana**
203:17
**mark**
95:7 161:6
**marked**
161:16
**married**
7:7,9
**Marshals**
212:19 213:13
**Martiny**
2:14,15 3:8 5:7,10
15:14 17:6,8 20:12
22:4 29:13,17 31:12
33:9,25 35:7 36:20
36:25 37:4 43:7
53:3 54:6 96:8
143:17,22 144:3,8
144:14,15 145:3,5
147:5 161:19,24

192:12 227:22
228:12,16,17,25
229:6,11 230:2,6,13
230:15,20,25
**MARY**
1:4 234:6
**MASELLI**
2:20
**material**
233:18
**matter**
5:11 84:21 119:23,24
121:16 234:17
238:18,19,21
**Max**
192:16 231:15,17
**MAXIMILIAN**
2:4
**Maximillion**
231:15
**McC**
145:19
**McClendon's**
34:17 40:12 201:7,10
**McClendon**
1:9 2:12 23:15 24:12
24:17,18,22,25 25:5
25:8,13 26:23 28:5
31:7 32:1,4 34:14
34:16,21 40:17 41:2
45:11 53:10 54:6
61:10,10 63:25 64:4
66:24,25 67:1 68:4
68:17,21,25 69:13
70:22,24 71:7,21,25
74:6,20 75:10,21
79:24 80:22 84:3,7
87:3,8,11,12,16,21
88:13 89:7,8,10
90:14,25 91:6,9
119:19 126:4,22
127:6,12 130:18
131:2,5,25 132:21
134:10,14,19,22
144:22 145:11,21
155:6 157:16

181:11 182:4,6,11
186:7,15 188:17
189:17,19 191:1,23
192:11 193:2,3,10
195:17,25 196:3
197:20 198:3,13,16
198:20 199:3,5,9,11
199:15 200:5,12,22
201:4,12,15,24
202:2,8,25 203:3,7
203:9 208:22
223:20 224:6,20
225:6,11 234:11
**mean**
9:11 21:10,12 28:3
52:7 58:18 97:17
114:18 122:4
127:23 146:2
159:22 162:8 171:4
194:22 195:8
199:17 208:2 211:9
212:12 216:15
221:12 222:9 229:5
229:16
**meaning**
211:2
**medi**
50:22 102:3
**media**
114:21,24
**Medic**
52:8
**Medicaid**
52:10,13,17,17 99:11
100:9 151:13
154:19,20 226:21
**medical**
40:9 54:25 56:10
61:5 96:20,23 97:1
97:3,7,9,15 98:9
100:17,18 103:14
111:6 149:12
151:19 152:17,21
211:4,6 223:21
228:3,13,20,23
229:25

**Medicare**
52:12,14 99:13 100:8
154:19,21 226:20
**medication**
50:5 55:16 98:25
102:7,19,25 103:17
104:6 105:6,9,10
106:25 112:17
151:5,8 153:13,16
204:2,4 208:1
209:12,20
**medications**
101:14 102:8 103:1,5
151:18 153:22
**medicine**
50:4,25 51:1,11 98:5
100:16 101:2
102:10 104:1,12,19
107:13,15 112:22
112:22 151:15
209:16,24
**meet**
69:5 75:1 114:1,11
150:20,23
**meeting**
26:4 71:20 72:2 74:7
108:2,16,18 113:24
114:4,6 116:11,14
**meetings**
22:24 71:12 74:13,16
151:2
**Meloxicam**
154:5
**member**
132:21
**memory**
88:17 170:16
**mental**
51:25 52:1,2,3,3,4,22
97:14,15 98:1,10,21
98:25 99:15 100:15
100:17 101:9,12,15
102:8 103:2,5,10,16
103:18,23 104:6
106:13,14 107:1,8
107:17 108:16



211:7,9 225:15,16
225:19,22,25 226:7
226:10,16 227:2
**mention**
95:20
**mentioned**
7:15 95:11,14 106:12
222:3
**message**
17:23 18:1 64:21,22
65:9,9 66:17,18,24
67:1 163:5,11 166:8
166:17 167:2,7,9
174:3,7 175:18
178:16,17 179:12
**messages**
3:13 64:24 160:15,17
160:20,22 161:15
162:2 165:24 167:1
168:17 171:8
178:18 179:17,18
180:10 200:4
**messed**
223:11
**met**
68:17,20,25 73:1
108:15
**Metairie**
2:16 100:6
**method**
233:12 238:8
**Michael**
41:8,9
**Michelle**
93:10 95:10,17,20,22
96:1
**middle**
84:12 95:23,24
**milligrams**
55:20
**mind**
144:12
**Mine**
144:11
**minimum**
138:9

**minus**
69:8
**minute**
53:19 91:6 197:12
**minutes**
53:17 87:23 132:6
184:15,17,23
188:24,24 189:6,7
**misunderstood**
217:12
**mmm**
119:6 139:16
**mom's**
6:17 191:25 195:12
**mom**
7:15 9:16 31:15,15
31:16,17,18 46:2
82:5 91:4 93:19,20
93:20 94:5 188:8,8
188:10 213:16
220:10
**moment**
62:16 64:10 65:13
84:21 88:8 143:10
**mommy**
78:21
**Monday**
111:15 140:6
**money**
10:17 136:22 159:5
174:16,21 202:17
202:20 222:1,6
**Monica**
2:6
**Monika**
6:22,24 7:19 23:23
93:4 139:18
**monitor**
43:12,21 55:24 57:16
139:2
**monitored**
44:11 155:13
**month**
13:20 22:23 100:21
158:22,25 159:4,18
160:1,8,10 167:18

171:8 173:6,10,13
173:16,19,22,25
180:12,24 213:25
214:1 218:10,17,22
219:2 226:1
**months**
14:5,18,20 19:16
20:6 39:5 41:22
69:8 100:19 136:14
171:25 216:7,17
221:6
**Moratorium**
49:14
**morning**
5:8,9 43:10 121:5
135:17 162:20,21
178:10 210:5
**mother's**
82:6,7,17 91:19,21
96:13 194:16
**mother**
8:4,4,10 92:14,16
220:12
**move**
13:11 14:15 15:8
16:7 38:9 73:1,6,7
73:14,20 76:15 95:2
128:6,11 132:8
180:6 193:7,21,23
194:5,8 221:2,13
223:9
**moved**
8:25 158:18 221:7
**movements**
130:1
**moving**
15:24 16:11 38:23
39:4,21,24 222:16
**mute**
192:17

---
**N**
---
**N**
2:1 3:1 4:1 5:6,6 54:2
54:2 144:13,13
147:9,9

**name**
5:10 6:7 7:3 8:17
42:21,22 59:11
62:24 70:18 85:5
89:4 93:15,16 99:19
102:11 107:23
113:13 145:15
147:11 214:6
225:17 234:25
237:24
**names**
107:24 233:17
**narcotic**
204:22
**narrow**
122:15
**necessary**
147:16
**need**
16:13 18:22,24 36:21
36:24 38:6 53:13
90:8 110:5 120:13
124:7 141:20 150:9
162:21 230:13
231:4,6,19
**needed**
16:18 17:21 23:5
106:10 131:13
223:9
**needs**
53:13
**neighbor's**
85:3
**neighbor**
84:18 95:16
**neighborhood**
175:12
**neighbors**
85:5 92:21,23,24
93:7 175:9
**never**
10:8 27:1,3 37:18,19
39:20 40:4,4 45:16
51:9 71:8,8 78:13
129:20 157:13
179:18 190:1,13,15



195:20,21 199:11
200:21,25 203:9
208:6 212:1,5,6
**nevertheless**
156:20
**new**
1:20 2:11,21 9:22
11:6 151:13,13,16
205:17 209:11,16
**news**
149:25 150:4
**ni**
23:11
**nice**
25:11 69:23
**night**
23:16 96:16 210:5
**nineteen**
196:10
**ninety**
69:7
**nobody's**
11:20
**noise**
88:4
**Nola.com**
113:14 115:4 150:15
**nonresponsive**
80:12,19 98:16
127:24 128:25
129:15 130:11,23
130:25 159:9,20
166:14,22 170:2
172:16 180:3
183:18 185:3
188:12 193:18
196:22 225:3
**noon**
176:4,4 178:5
**normal**
207:24,25 208:1
**normally**
108:9 110:8
**north**
122:24
**Notarization**

235:1
**Notary**
235:5
**note**
59:17,18 118:20
119:11 145:4 228:1
**notes**
112:20 115:9,21
**notice**
4:5 19:6,8,20 20:25
21:7 48:10 74:2,3,3
74:9 89:18 93:20,24
171:20 197:8
230:24
**noticed**
231:10
**notices**
19:19 20:8,19
**notified**
39:2
**November**
10:22,24 12:13,15,17
14:16 75:4,6 163:8
163:19 164:4 165:2
165:9
**NSF**
170:5 171:6
**number**
66:25 85:13 94:7,9
95:9,9 96:11 126:19
138:9 160:13
164:13 208:6
**numbers**
61:12 138:7 208:11
**nurse**
43:9 44:21 47:4
48:20 57:14 60:9
155:11

---
**O**

**o'clock**
17:21 18:5 38:6
43:10 46:22 65:4
79:14,16,20 81:11
94:4 121:3,3 135:17
144:23 145:8,12

**O**
4:1 5:6 54:2 144:13
147:9 233:1 238:1
**oath**
4:22 234:23
**object**
28:18 59:23 78:13
81:24 98:16 144:25
152:1
**objecting**
152:15
**objection**
15:13 20:11 22:3
31:11 33:24 35:6
56:19 73:3 80:12,19
87:14 112:6 113:6
115:11 127:23,23
128:25 129:2,15,18
130:6,11,23 131:21
133:6 137:14 145:4
152:10 159:9,16,20
163:22 166:14,22
170:2 172:16 180:3
180:14 183:18
185:3 188:12
193:14 196:22
205:19 207:4,16,18
223:16 224:24
**objections**
4:14
**observation**
121:23
**observe**
202:25
**obtain**
212:3
**obviously**
123:25 127:19
**OB/GYN**
45:21 57:19 103:14
104:2 106:13
**occasion**
181:20
**occasions**
57:23 181:17
**occur**

114:6 212:25 213:8
**occurred**
12:23 14:23 23:1
79:21,23 154:14,18
154:23,25 157:20
185:15 224:19
225:5,10
**Ochsner**
56:13,14 58:25 98:11
**Ocshner**
42:6 44:25 45:1 56:6
56:10 58:17,22 60:6
98:22 110:16 111:4
206:19 210:23
**Oct**
74:5
**October**
1:20 14:16 69:2,2,9
69:10,12 70:22
71:20,24 74:17,21
75:2,6,11 141:12,12
141:13 151:14
217:15 219:5 226:4
226:4
**offer**
105:13 234:22
**office**
1:18 2:15 5:12 15:11
15:19 23:1 25:24
27:7 30:10 34:5
35:3,21 36:6 44:24
45:12 57:24 58:2,13
69:25 71:15 74:8
111:22 121:9,9,25
121:25 122:1,1,2
123:4,13 145:15
164:25
**officer**
62:14,21 87:8,10,21
88:11,15,20,21 89:6
89:15,20 90:13 91:1
91:13 134:13,18,21
134:24 196:15
198:7,8 199:15
233:3 238:4
**OFFICIAL**



1:9 234:11
**officiated**
4:21
**oh**
13:12 31:22 72:3
74:5 113:12 138:23
166:6 180:20
226:14 229:7
**okay**
5:17 6:7,10,15,18,21
6:24 7:3,7,9,11,13
7:16,21,23 8:4,9,13
8:20,23 9:2,5,14,17
9:19 10:4,20 11:2
11:10,24 12:2,11,14
12:18 13:2,9 14:6
14:11,23 15:7,9,21
16:4,9,15 17:7,14
17:22 18:2,6,10,13
18:19,25 19:3,6,12
19:18 20:16,18
21:16,22 22:13,17
23:4,10,14,18,21
24:2,11,19,22,25
25:2,20,23 26:3,8
26:15,18 27:1,4,11
27:15,17,22 28:8,13
28:24 29:7,10 30:8
30:25 31:6,14,20
32:3,7,14,22 33:17
33:19 34:3,20,24
35:1,10,15,20,23
36:17 37:1,9,12,14
37:21 38:8 39:2
40:4,9,20,22 41:25
41:25 42:5,11,14,18
42:23 43:2,14,23
44:1,13,21 45:3,7
46:11,19 47:3,7,10
47:17,21,25 48:2,13
48:22 49:3,6,14,18
49:24 50:6,15,20
51:1,4,10 52:7,15
53:2,13,21,25 54:14
54:21,22 55:9,12,19
55:22 56:9,23 57:1

57:18 58:6,8 59:9
59:11,17 60:3,12,23
61:1,4,8,17,24
62:13,15,18,23 63:4
63:8,13,18 64:1,8
64:23 65:7,12,21
66:1,11,13,17 67:2
67:13 68:15 69:10
69:24 70:12,18,20
71:4,16 73:22 74:1
74:5,13 75:14 76:1
76:6,13,21 77:1,4,7
78:8,17,23 79:2,7
80:3,10 81:2,10,13
82:3,6,24 83:13,16
83:20 84:2,8,14
85:3,7,16 86:6,19
87:2,7,17,20,24
88:7,14 89:11,20
90:9,18,22 91:5,12
91:18,25 92:8,13,16
92:22 93:1,23 94:19
94:25 95:5 96:9,12
96:13 97:12,25 98:4
98:7,10,24 99:3,8
99:14 100:2,8,14,20
101:3,14,22 102:15
102:18,22,24 103:8
103:13,21 104:2,16
104:22 105:11,21
106:12 107:3,7,14
108:4,9,12 109:9,22
110:5,7,18,18,22
111:4,13,19,25
112:13,25 113:10
113:12 114:20
115:16,21,23 117:3
117:9,17,19 118:8
118:13,17,19 119:4
119:8,10 120:11,19
120:24 121:4,7,11
122:12,21 123:7,21
123:24 124:8,21,24
125:13,16,18,24
126:1,16 127:17
128:9 131:25

133:11,15 134:13
135:8,10 136:6,11
136:15,21,24 138:6
138:13,16,20,25
139:6,13,20 140:13
140:16 141:2,5,10
141:15,17,25 142:6
142:11,15,17 143:3
143:25 145:4,14,25
146:12,20,23 147:4
147:17 148:17
151:21 152:21
156:6 157:20 160:8
161:2,25 162:15
164:1,15 169:9
170:24 181:2
182:17 183:25
185:19 187:5,12
197:9,17 198:18
214:11 215:3
217:12 218:24
219:21 225:2 227:4
227:8 228:11 229:1
229:7,12 230:3,9,12
231:3,14,14 232:11
**old**
11:13 98:3 122:13,14
133:25,25 196:10
196:10,10
**once**
25:13 32:23 39:11,13
39:15,15 55:23 59:3
64:16 99:2,10 100:8
107:22 109:4 114:3
117:3 118:19 119:4
132:7 154:21 165:6
165:18 169:25
177:23 181:18
202:8 210:3,6
211:18 214:1
226:20
**ongoing**
100:15 208:15
**online**
142:20
**open**

28:18,21 115:19
**opened**
76:24 78:9 186:2,8
190:23
**opening**
63:15 186:10
**operate**
195:17
**opinion**
59:10
**opinions**
238:16
**opportunity**
115:4 118:4
**opposite**
61:20
**order**
48:25 49:10 54:24
103:16 149:20
159:5 172:4 174:16
174:21 222:6 228:5
228:9
**ordered**
223:4,6
**orders**
133:23 222:1
**original**
4:10 231:11 238:2,3
**Orleans**
1:20 2:11,21
**ought**
89:3 90:13 129:6
**outcome**
120:3 238:20
**outlet**
114:21,24
**outside**
28:12 83:10,12,21
84:2 92:20,23 95:22
96:1 128:6 184:19
184:20 189:8,13
192:10
**overdraft**
165:7
**overdue**
159:13,22 171:21



173:24 174:6
**overheard**
123:12,16 198:10
**overweight**
157:12
**owe**
165:9 171:16
**owed**
165:8,9 170:7 172:5
172:7,11,12,13
175:1,1
**owned**
175:3,6,8
**owner**
10:1 11:8,10 222:18
**owns**
7:23 8:16

**P**

**P**
1:9 2:1,1,17 4:1
233:1,1 234:11
238:1
**packed**
16:7
**packing**
16:4,11 17:11 38:8
39:8,10 179:24
180:1,5,8
**packs**
207:2,7,9
**page**
3:2,16 162:7 170:24
229:14 236:2,4,6,8
236:10,12,14,16,18
236:20,22,24 237:1
237:3,5,7,9,11,13
237:15,17,19,21
238:3
**pages**
238:7
**paid**
8:21 9:21 19:3 20:22
75:5,6 167:17
213:16 221:19
**pain**

153:13,16 204:5,7,8
204:15,22
**Pampers**
222:14
**pandemic**
22:15
**panic**
105:15 108:20 224:8
226:6
**paper**
38:19,20,21,22 101:6
**papers**
13:11 20:2 45:13
114:13 166:10
221:13
**paperwork**
174:17
**Paragraph**
133:17
**paraphrase**
65:2
**Parish**
1:10 30:10 37:7
69:25 91:16 101:12
108:16,24 119:17
148:15 158:10
167:6,8 192:8
212:20 213:8,12,16
213:17 225:19,22
225:25 226:7,10,16
234:12
**park**
84:19
**parked**
33:15 84:15,24,25
85:1 189:19
**Parkerson**
2:19,20 3:10 4:11
80:11,18 101:17
126:20,25 127:22
128:24 129:14
130:10,22 132:11
132:15 147:7,10,11
150:8,12 152:5,7,18
152:22 159:8,10,17
159:19,21 161:5,10

161:22 162:1
163:23 166:13,15
166:21,23 170:1,3
172:15,17 180:2,4
180:15 183:17,19
185:2,4 188:11,14
192:19,23,25
193:13,15,17,19
196:21,24 197:10
197:19 205:20
207:5,17,20 223:17
224:23,25 228:22
229:2 231:9
**parks**
84:18
**Parris**
1:17,24 4:20 233:2
233:23 238:4,24
**part**
22:20 30:23 44:25
66:24 67:1,5 133:18
161:17 225:3
**participate**
67:10 115:1
**particular**
44:13 102:18 112:2
113:2
**parties**
238:20
**partner's**
181:22
**partner**
26:1,2 27:9 29:6 34:1
34:7,8,21 37:15,17
69:16,19,19 71:3
145:7,7 181:22,22
181:25 182:2,8
187:2 202:19
**partnered**
136:9
**partners**
25:10 37:20 57:24
126:11
**party**
238:18,19
**pass**

161:14
**passed**
188:16
**passenger**
83:17 134:5
**patience**
227:5,18
**pauses**
233:11
**pay**
8:2 9:21 11:11 16:16
16:17 18:10 20:1
25:5 39:15 79:12
229:19 231:10
**paycheck**
158:3,12
**paying**
8:1,18 9:20,23 10:4,6
18:14 22:18,19
166:11 170:10
200:8,12 222:1
**payment**
14:4,17 23:9 29:5
39:16 74:25 75:5,7
159:11 160:3,9
166:8,12,17 167:3
168:23 172:9,18,20
172:25 173:7,10,12
173:15,18,21
180:11,16,24
187:20 220:20
**payments**
171:17,22 174:16
203:7 221:18,20
**pays**
8:4 9:18 18:8
**PD**
70:5 87:21 88:11,15
134:14
**Peace's**
22:25
**Peace**
21:1,14,17 22:8
89:18 166:19
**Peggy**
141:9



**penalty**
234:14,15
**pending**
120:6 125:8
**people**
14:7 66:22 84:20
125:14 211:25
212:6 226:9,15
**perform**
26:23 202:23,25
203:2
**performing**
203:3
**period**
19:4 23:1 72:24
73:15 74:14 75:11
111:19 159:1
184:11 185:5
189:10 217:4,24
219:10
**periods**
22:22
**Peristyle**
136:4,7,12,13,13
138:21,22 139:4,6
**perjury**
234:14,15
**permitted**
4:7
**person**
37:6 71:20 74:11
88:9 114:4,5 120:19
120:20 121:13
124:13,16 176:25
177:5 182:19
183:15 185:7 186:4
212:24 238:14
**personal**
63:20 238:9
**personally**
86:13
**pharmacies**
110:24
**phone**
17:24 24:6 40:7 48:9
65:13,17 66:2,5,8

67:5,10,13,16,19
68:3 71:19 73:22,24
82:8 85:13 86:10,21
86:22 94:7,9,11
114:4 115:25 116:8
116:14 120:15
160:13 161:12
163:14 168:11
174:4 175:19 176:6
176:9,12,15,16,18
176:21,23 177:10
177:19,22 178:2,11
178:19 179:22
187:7,13,16 188:19
191:20,21,23,24
192:1
**phonetically**
233:19
**photo**
114:8
**photograph**
167:24,24
**photographer**
114:16,18,18 115:25
**phrase**
233:19
**phrases**
233:15
**physical**
40:18 130:1 131:16
**physically**
122:6 190:3
**physician**
56:3 58:1 99:15
103:13 226:21,24
227:1,1
**physicians**
56:10 103:9 223:13
**pick**
18:3 35:4 40:6 75:15
133:24 140:17
169:3 181:8 182:7
194:24,25 195:2,11
202:14
**picked**
159:7 202:13 212:19

**picture**
165:22,23 168:10
**pill**
55:18 59:4 141:1
151:9,11 204:5,7,8
204:15
**pills**
40:25 141:1 206:6
**pistol**
77:4 78:3,3,17
**place**
17:15 35:25 73:20
78:17 83:10 122:9
122:16,25 123:1
145:11 168:13
220:14
**placed**
103:1
**places**
142:17
**Plaintiff**
2:3 229:18,24,24
**Plaintiffs**
130:15
**plan**
72:20 73:6
**planned**
135:18
**plans**
72:25
**plates**
140:17
**PLAUCHE**
2:20
**please**
5:24 6:8 16:21 36:19
62:4 64:13 72:18
85:16 123:15
141:20 147:15
162:6,16 166:24
195:1
**plus**
69:7
**point**
55:3 60:4 63:16
72:19 78:19 85:17

87:2 88:11 89:5,11
90:12,14 91:18
92:14 96:18 117:15
125:24 127:7,21
128:1 131:25
137:18 153:8 187:6
193:1
**pointing**
78:5
**police**
25:20 32:21,21,22,24
33:17 34:18 35:8,12
62:14,19,20,21
82:11 87:5,6,8,10
87:19 88:20,21 89:6
89:15,20 90:7,13,20
91:1,12,14,17
128:23 129:8,12,12
132:2,7,9 146:9,13
146:19,21 147:1
182:13 195:20,23
196:15 197:22
198:8,15,19,20,23
200:7,11,15 213:11
213:14,15
**policeman**
30:21 200:18 209:7
**POLLACK**
2:4
**por**
199:24
**port**
13:10
**ported**
13:6,8,12,12,17
38:13 49:16 72:18
74:24 181:3 221:8
221:10
**portion**
16:13 17:18,19,20
18:23,25 19:2 22:6
30:6,6 38:2,5 65:5
65:23 69:22 79:11
79:12 85:21 86:3
88:25 133:3 186:17
188:13 196:23



199:24
**portions**
80:13 129:16 228:7
**position**
78:10 131:16 198:16
**possession**
230:1
**possibly**
88:4
**post**
150:15 164:23,24
168:1
**post-dated**
165:4,11,20 167:25
**potential**
142:13
**pour**
38:25
**Poydras**
1:19 2:11,20
**practice**
42:3
**practices**
99:25
**pre**
137:19 226:12
**preeclampsia**
59:21 60:4,10,13,20
60:21,22 156:11
**preexisting**
59:21
**pregnancies**
56:16
**pregnancy**
14:14 16:8 43:13,17
57:20 108:6 135:12
137:2 156:15,17
206:4 207:13
**pregnant**
14:14 19:25 38:24
51:12 55:23,24
97:22,24 102:12,14
102:17 108:7 136:8
156:22 157:13
178:7 207:21
**premature**

40:21 42:25 44:2,10
51:21 57:9 135:5,11
**prematurely**
41:15 42:16
**prematurity**
44:9
**premises**
13:3 72:15 171:21,25
197:8
**prepare**
148:19 149:4,6,20
150:3,18,20 151:3
**prepared**
40:1 238:8,11
**prescribe**
99:9 103:9 105:8
**prescribed**
98:25 99:6 151:21
204:8
**prescribing**
101:15
**prescription**
99:17 149:14,15
**prescriptions**
108:10 110:8 111:2
149:18,19,23
153:21 212:21
214:10
**present**
103:11
**preserve**
166:3 176:11
**press**
175:23 195:9
**pressure**
40:24,25 42:3,15
43:11 45:4,8,21
46:2,8,13 47:8,22
47:23 48:8 49:19,22
50:4,16,18,21 51:2
51:8,11,14,19,24
55:4,7,14,17,18,25
56:2,11 57:16 58:4
58:10,16,24 59:3,4
59:20 102:21 104:9
104:21,23,24,25

105:16,17,22 106:3
106:7,11 111:16,23
111:24 135:23
140:25 141:1 151:9
151:11 205:21,23
206:3,5,15,15,18,21
207:12,23 208:9
209:11,16,19 210:9
216:3 224:7
**pressuring**
19:16
**pretty**
156:13
**prevent**
184:22 187:8
**prevented**
187:15 194:10,13
195:14
**previous**
9:21 11:8,10 25:3
134:3 136:7 137:21
181:20 202:12,15
226:13
**previously**
68:17,20 109:1,4
163:14,17 164:10
**primary**
52:1,6 98:23,24 99:5
99:12 100:16
104:12 107:11
154:15,16
**print**
160:23 163:10,13
234:25 235:5
237:24
**printed**
160:24
**prior**
19:18 55:2 56:16,22
56:24 57:2,5 61:5
68:24 71:18 86:2
97:13,21 98:21
99:16 155:9,11,12
155:13 182:4
226:14
**private**

32:17 109:5 132:10
193:16,20 226:21
226:24 227:1,1
**privilege**
152:13
**probably**
72:4 116:9 153:9,19
168:25 169:21
178:15 188:9
199:16
**problem**
42:14 51:5,7 107:25
112:4 113:3 141:19
**problems**
18:15 41:3 42:24
52:2,24
**Procedure**
4:6 233:5,6 238:15
**proceeding**
212:11 233:10,13
**process**
15:24 141:22
**produce**
89:25 96:12 160:20
166:5
**produced**
160:21 162:3 164:8
168:17 229:19,25
**producing**
160:19
**Production**
229:23
**prohibited**
238:17
**prohibition**
238:15
**proper**
4:12 233:12
**property**
8:16 10:21,25 11:4
14:9,12 33:13 72:19
72:21,24 73:1 83:3
200:9 202:23 203:1
**Protective**
228:5,9
**provide**



94:15 114:13
115:24 116:5,10
189:23 225:17
226:11
**provided**
98:13 110:23 149:15
163:12 165:12,20
**provider**
55:3 61:5 97:15
98:12 176:9
**providers**
98:22 111:6
**psychiatrist**
99:10,14 100:10
101:1,3 104:11
107:6,8
**psychologist**
107:18
**Public**
235:5
**publish**
117:12
**pull**
27:12 32:24 84:4
132:1 193:5,11
**pulled**
32:23,25 33:1 35:8
134:11 193:3
**pulling**
32:24 45:12,13 97:4
196:18
**pulls**
87:3
**purpose**
164:18
**purposes**
4:7 101:15 102:9
103:2,6,10 104:6
**pursuant**
1:16 4:5
**put**
20:1 23:25,25 28:25
29:1 31:24 40:25
43:20 45:23 48:9
50:3,5,15 59:4 78:4
78:6 81:23 89:18

93:24 103:17 104:1
105:19,21,23 106:2
106:2,6 107:13
112:24 120:8 124:7
124:9 131:17
133:18,22 134:5
136:22 151:15
169:3 174:18
189:16 197:6 209:5
216:2 229:22
**putting**
28:19 77:2 78:16
90:11 127:10
164:22
**p.m**
82:14 143:16 178:1,2
197:18 230:10,11

_____

### Q

**qualifications**
69:5 75:1
**question**
5:24 6:3,4 7:25 15:17
17:4 36:19 37:5
54:8,13,21 58:18
67:2,18 71:23 72:22
98:19 118:22
137:15 147:14,14
147:20 150:10
152:23 159:11,12
166:24 176:20
183:25 195:1,2,3
198:18 200:10
202:5 225:2
**questioning**
228:2
**questions**
4:15 5:18 54:17
143:19 227:5,7,12
**quick**
109:13 148:17,18
178:21
**quickly**
133:18
**quiet**
191:17

**quit**
217:2 219:13,18

_____

### R

**R'S**
233:1 238:1
**R**
2:1,14 233:1,1 238:1
238:1,1
**raised**
21:25
**raising**
102:20
**ran**
89:4 145:15 147:2
**Randolph**
1:9 2:12 234:11
**Randy**
53:10 54:5
**range**
138:7 178:9
**rate**
140:2
**reach**
129:23
**read**
4:9 115:8 118:19
141:22 148:25
149:21,25 150:14
151:18 158:16
160:15,17 162:16
163:8 168:2 169:6,9
169:9 170:13,20
171:1,2 229:10
231:23 234:16,18
**reading**
152:2,16,19
**reads**
133:17
**ready**
38:11,13 81:22 83:15
178:7
**real**
52:21 93:18 148:17
178:20
**really**

26:13 119:6 220:4
**reapply**
142:6
**reason**
13:16 54:10 63:13
102:18 127:15
131:9,11 141:25
171:21 174:13
181:19 236:3,5,7,9
236:11,13,15,17,19
236:21,23,25 237:2
237:4,6,8,10,12,14
237:16,18,20,22
**reasons**
135:10
**rec**
112:8
**recall**
15:20 16:9,12,14
26:13 34:20 35:15
37:14 56:2,5,8,9
58:8 59:11 66:6
74:13 76:16 80:8
93:7 99:6 108:4
123:15 129:24
133:3,10 189:9
224:1
**receive**
171:20 201:23
216:12,16 217:6,11
219:11,18
**received**
19:6 215:23 216:21
219:23
**receiving**
44:14 217:8,19 218:2
**recognize**
62:15
**recollection**
64:13 65:1,8,16
66:15 68:23 69:11
76:1,8 77:5 78:18
79:7 85:17 87:20
88:14,17 108:17
110:25 124:25
126:12 132:4,25



137:17
**record**
6:8 17:1 32:2 53:21
53:23 54:1 86:20
109:22,24 110:2
115:16 120:8 124:7
124:9 141:23 143:9
143:12,13,15 152:2
152:3,16,17 176:17
176:21,22 197:11
197:14,15,18
227:25 228:6
229:18,22 230:10
233:7
**recorded**
86:10
**recorder**
115:19
**recording**
81:9,10 85:25 86:2,8
146:8
**records**
40:10 45:1 58:21,22
98:9 109:6 145:15
149:12,14,15
151:19 152:21
176:12 228:3,13,20
228:24 229:25
**Red**
103:18 226:23
**refer**
37:17 199:5,11
**reference**
233:18
**referred**
58:9 95:19
**referring**
34:20 37:14 64:5
126:21 132:16
181:24 206:14
214:8
**reflect**
149:21
**regard**
66:17
**register**

136:23
**regular**
42:12,13 146:16
**regularly**
174:2
**relate**
119:22 223:13,25
224:2
**related**
155:25 223:22
238:20
**relationship**
238:17,19
**relationships**
238:15
**released**
111:8
**remain**
13:2
**remainder**
76:9
**remem**
8:20
**remember**
8:11,21 10:22 30:9
30:13 75:13 115:13
115:14 118:5
133:12 148:22
150:2 151:20 153:1
154:5 157:18
168:25 171:24
172:3 173:4,8,11,14
173:17,20,23 174:1
174:12 175:21
176:1,5 189:24
199:22 205:14
206:22 208:7
211:20 212:2
222:23
**rent**
8:1,2,5,18,21 9:18,19
11:20,20,21 14:4,17
16:13,16 17:10,18
17:19,20,21 18:4,8
18:20,23,25 19:3
20:2,3,4,4,21 21:25

21:25 22:6,7,9,10
22:18,19 23:5,9
25:10,15 26:1 27:18
29:5 30:5,7 32:18
33:20 34:4 37:25
38:3,6 65:5,23
69:15,17,18,22
74:25 79:11,12
85:21 86:4 88:25
145:8 158:22 159:3
159:18,25 162:21
162:24 163:15,20
164:22 165:2,8,13
165:21 166:9,18
167:3,15,17,22
168:21,24 170:8,18
171:17,22 172:1,10
173:7,9,12,15,18,21
173:24 174:6,24,25
178:24 180:12,24
181:22,23 182:7
186:17 187:20
189:25 191:8
196:17 199:25
200:8,12 202:13,14
220:6 222:9,21
**rental**
9:6 175:9
**rented**
175:11
**repairs**
26:24
**repeat**
36:19 202:5
**repeated**
79:19 199:13,19
**repeating**
211:13
**rephrase**
40:15 58:18 67:18
71:23 72:22 80:4,4
115:23 116:21
118:22 147:15
176:20 198:17
207:19 227:14
**report**

41:12 82:11 90:8,13
135:23 146:13
155:12,21,24
**reported**
1:23 13:9 207:8
238:8
**reporter's**
3:16,17 113:13
233:13
**reporter**
1:18,24 4:20 16:20
16:25 33:5 36:10,14
36:18,23 53:20,24
81:17 101:25
106:17 109:21
110:1 113:14,24
114:2,15,19,22,24
115:4,18,24 116:7
116:16 143:4,11,14
150:5 161:8 197:13
197:16 212:13
228:10,15 229:4
230:4,8,12,17,22
231:2,7,13,18,22
232:2,7 233:2,24
238:4,12,24
**reporters**
115:18
**reporting**
238:8,18
**represent**
53:10 54:5 147:12
**representative**
5:11 120:2
**represents**
130:15
**reproduction**
229:20
**Request**
229:23
**required**
112:17 235:1 238:3
238:12
**reserve**
4:9
**reserved**



4:16
**reside**
6:10,11 15:4
**residence**
62:10
**resident**
148:14
**resolve**
172:18,21
**respond**
6:3 169:4 198:19
**responded**
229:24
**response**
61:2 104:7 108:22
124:14 169:12
198:16
**responses**
162:8
**responsive**
130:16
**responsiveness**
4:15
**rest**
43:20 51:5 73:12
135:13 165:11
216:21
**restate**
6:2
**restrictions**
89:22
**restrictive**
131:16
**restroom**
53:14
**result**
42:15,24 117:12
212:3 214:12
224:14 225:9
**retained**
4:11
**return**
90:4 96:18 100:9
130:3 131:6 205:1
**returned**
169:16,20 170:5

**reverse**
54:24
**review**
117:24 119:7 149:12
149:14
**reviewed**
119:4,10
**rid**
12:7
**ridiculous**
49:2
**right**
4:9 9:15 12:25 14:12
17:12,13,22 19:23
22:1,20 23:6,12,12
26:18 30:11 31:1,18
33:3,22 35:13 38:1
38:4,9 39:7,9 44:17
47:5,6,10 49:3
50:20 53:4 63:12
65:11,15 68:14 69:3
69:3 72:5,6 73:23
75:3 88:6,10 91:24
94:21 95:23,25
114:9 117:7 120:21
120:23 122:19
123:1,4 128:12,13
132:8 133:1 134:17
143:19 144:23
145:10,20 146:17
146:23 147:23
148:17 149:7 155:2
160:2,12 162:5
164:12 165:8
167:16 168:22
169:7,13 175:14
177:16 182:23,25
186:3,3,13 191:20
192:24 195:23
197:14 199:20
216:6,23 217:16,18
218:25 219:19
220:7
**rights**
188:5,6
**right-hand**

122:10
**riled**
90:24
**risk**
14:14 16:8 43:12,17
135:12 137:2
156:15,17 157:12
187:10
**RMS**
145:16
**Road**
101:9 225:20
**Robertson**
96:5,7
**Robins**
95:10,20 96:3
**Robinson**
93:10 95:22 96:3
**ROBY**
1:5 234:7
**room**
23:23 75:20 81:21
103:15 124:22
184:18 185:15,15
208:8
**Roscoe**
20:24 21:5,17 70:11
166:20
**roughly**
69:7 137:4
**rude**
150:7
**Rule**
233:4
**rules**
233:4 238:12,16
**running**
105:16
**runs**
33:2
**R.S**
238:6

---
**S**
---
**S**
2:1 4:1

**Saeed**
227:3
**safe**
43:21 141:1
**Santa**
2:6
**Saponaro**
99:18,21,24 227:3
**sat**
132:5
**satisfaction**
172:22
**satisfied**
14:7
**satisfy**
172:25
**Saturdays**
140:5
**save**
234:19
**saw**
25:17 26:20 27:5,25
28:2,13,16,25 42:9
74:10 87:7 91:6,9
91:12 93:8 97:14
104:16 154:17,22
155:3,15 156:3
182:5 186:7 192:10
200:25 202:7 203:9
226:9,14 227:2
228:19 229:12
**saying**
11:18 14:24 20:2,5
37:17 38:22 41:13
46:21 48:9 72:11
79:8,14 84:21 101:6
104:13 119:15,15
121:20 122:14
156:16 166:10
174:15 178:5 188:2
189:11 190:16
194:1,2,5 199:19,22
212:14
**says**
65:10,24 72:3 134:2
163:7 169:6,10,10



169:12 170:14,20
171:6
**scare**
196:8
**scared**
125:11 196:20
**scaring**
196:8
**scene**
87:12
**scheduled**
57:12 135:14,15
156:13 226:3
**school**
140:5 148:2,10,12
**screaming**
29:19 78:21,21 87:18
92:20 93:8 112:10
187:3 191:16
**screen**
28:17 78:13
**Seal's**
134:24
**seal**
238:3
**Seals**
134:13,18,21
**seat**
31:25 83:11,13,17,18
133:19 134:6,6,6,7
134:8 194:21,23
195:4
**seats**
83:14
**second**
20:7 34:17 35:17
44:9 59:10 79:25
80:1,2,24 81:3,5,5,8
81:14 82:2 91:24
92:7 123:6 147:1
185:10,14 186:12
**seconds**
195:6
**secret**
58:20
**section**

9:6,14,17 10:16 13:8
14:7 47:13 156:14
206:24
**sections**
57:6
**secured**
228:19,21
**security**
10:10 100:12 142:4,7
215:15,16,17,18,19
215:20,23,25 216:5
216:13,17,21 217:7
217:19 218:2,11,12
218:15,20 220:5
**see**
14:16 20:18 21:19
23:10 41:25 58:2
66:23 74:9 78:8,11
88:2 95:21 99:10
101:1 104:11
107:11,11,12,21
113:13 116:10
118:24 124:16
154:13,21 155:7
161:3 162:6,19
163:4,9 164:14
167:13 168:20,20
169:6,14 170:15,24
171:3,3,3,7 175:14
180:22 181:23
184:10,19 185:25
186:4 203:3,6
206:25 223:12,21
224:21 226:3
229:18
**seeing**
107:7 155:11 181:19
223:23 224:1 226:6
226:12,15,25
**seek**
96:20,23 97:1,7
135:24
**seeked**
97:3
**seen**
13:22 15:9 24:25

32:7,23 37:19 42:2
57:24 82:10 87:5
107:22 132:7
134:11 155:7
181:15 193:10
223:24 226:17
**selling**
11:13,14,16 214:10
**send**
20:19 118:12 231:23
232:3
**sending**
118:6,11 164:18
165:2 182:6
**sense**
178:25
**sent**
20:8 43:9 44:23
63:25 64:4 69:16
74:2,2,3,9 117:23
120:25 165:3,3
168:1 169:23
**sentence**
36:15 133:18
**Sep**
75:15
**separated**
7:13
**September**
69:2,9,10,12 70:22
71:20,24 74:17,20
75:10 141:12,13
216:25
**September-October**
74:6
**sequence**
63:19
**Sergeant**
86:21 117:19 119:22
120:1,7 121:12,16
123:9 124:10,21
125:1
**series**
5:18 214:12
**Service**
101:9 225:20

**services**
203:22 229:16
238:14
**set**
13:24 113:23 120:21
238:6
**settlement**
212:3
**seven**
212:20,22 213:22
**sh**
51:13
**she'd**
6:22
**She's**
48:20
**SHEET**
234:21 236:1
**Sheriff's**
2:15 5:13 15:11,18
25:24 27:6 30:10
34:4 35:3,20 37:7
69:25 145:14
**Sheriff**
1:10 5:11 234:12
**shift**
139:22
**shifts**
140:10,11
**shit'll**
69:23
**shit**
25:10 31:4
**shoot**
78:21 191:17
**Shorthand**
238:12
**shot**
44:20 124:19
**shots**
43:11,20 44:7,12,14
46:9 47:18 51:13,15
57:13,15
**should've**
129:11,12
**shouldn't**



48:19,20
**show**
45:3 74:4 142:25
**showed**
197:20
**showing**
149:8 174:17
**shown**
39:25
**shows**
87:3
**shut**
75:19,20 81:14 190:6
190:7
**shutting**
189:11
**sic**
95:10,20
**Sid**
25:5 26:6 46:5
162:23 163:3
201:18
**Siddi**
201:19
**Siddiqui's**
10:21 11:19 34:21
37:15 74:25 160:13
221:11
**Siddiqui**
9:22,24 11:25 14:8
15:10,17 16:10,12
17:16,18,18 18:11
18:14 19:10 21:24
25:7 33:21 37:22
38:15,19,21 39:2,8
39:20,23,24,25 40:2
49:3 50:19 64:6,14
65:18 67:3,8,11,14
67:15,20 68:8,11
74:20 75:8 79:4,17
79:18 119:20,24
126:4 159:2 160:9
160:10,16 161:1
165:20 166:7,16
170:17,20 174:3,14
175:3,6,8,17 176:14

176:18,23 177:1
180:10,22 182:6
187:5,13,17,18,19
187:23 192:2,4
197:23 198:13
200:21,25 201:3,6
201:10,19,20 203:9
221:16
**side**
54:25 62:6 83:17,19
83:21,23,25 84:1,1
84:10,10,12 122:10
122:20 123:3 134:5
164:23 184:9
**sidewalk**
194:14,15
**sign**
4:10 13:11 30:25
48:24 118:12
141:22 211:25
221:13 229:10
231:24 235:4
**signature**
234:24 237:23 238:2
**signed**
20:2 37:18 65:23
98:13 166:10,10
211:25
**signing**
45:12
**Simerman**
116:16,18,22 117:2
117:11
**similar**
67:2
**simple**
129:20
**single**
84:9
**sir**
26:25 37:8,11,12
42:7 126:10 127:3
**sister**
7:22
**sit**
160:24 168:4

**sites**
142:21
**sits**
122:13
**sitting**
24:3 63:12 81:21
**situation**
72:10 108:23 223:5
**six**
205:2
**SLADEK**
2:4 15:12 17:3 20:10
22:2 29:11,15 31:10
33:23 35:5 37:2
43:5 53:11,18 56:18
59:22 73:2 77:8,13
77:17,21 80:16
87:13 94:13,20,24
95:4,12 96:2,6
98:18 109:12,17
112:5 113:5 115:10
130:5,14 131:20
133:5 137:13
143:20 144:24
152:14 159:15
163:21 180:13
192:15,21 205:18
207:3,15 223:15
227:24 229:8,21
231:16,20,25 232:4
232:10
**slammed**
26:16 31:5 79:5 80:9
**sleep**
23:25 112:24
**slow**
37:3
**smell**
211:23
**smoke**
156:20 203:17
**smoked**
156:24
**smoking**
156:18 207:2,6,8
**snake**

164:17
**sneeze**
155:23
**snip**
86:7
**social**
10:9 100:12 107:18
142:4,6 203:22
215:15,16,17,18,19
215:20,23,25 216:5
216:12,17,21 217:7
217:19 218:2,11,12
218:15,19 220:5
**sofa**
24:3 63:12
**sold**
212:21
**somebody**
14:1 38:24 50:1
121:20 124:3
136:10 139:17
188:9 191:20
195:10 204:5
219:17
**son's**
7:3
**son**
6:23 29:25 78:25
133:19,24,24 134:5
**soon**
83:21 209:9
**sorry**
9:10 16:24 17:2,5
29:14 30:4 36:11,17
36:21 42:21 48:6
50:24 62:4 118:10
125:23 137:14
141:18 143:7
145:20 146:6 150:6
155:17 177:4 181:1
196:6 212:23
**sort**
125:6 131:15 190:1
**sought**
97:9 142:20
**sounds**



67:23 231:1
**sources**
219:18,21
**speak**
20:19 36:9 128:16
**specific**
42:11 52:20 58:9
**specifically**
127:5,12,17 209:2
**specify**
228:7
**spell**
99:22
**spelled**
233:19
**spend**
96:16
**spoke**
37:21 87:11 177:22
**spontaneous**
233:9
**SSD**
219:2,12,22 220:2
**SSI**
215:17 218:4,4,5,20
218:22 219:2,12,22
220:2,4
**stable**
55:25 104:10
**stairs**
24:1 187:11
**stand**
214:5,5
**standing**
29:18 32:10 186:13
189:7
**start**
13:24 38:12 64:16,23
69:11 82:9,23 134:9
140:21 143:21
160:16 162:20
193:2 194:7 226:22
**started**
19:23 71:17 81:9,10
84:6 86:8 97:4,11
118:15 133:19

134:10 135:7
142:10 146:8
189:16 204:21
215:18 217:19
218:13,14 219:4
**starting**
54:4 86:2
**starts**
168:20
**state**
4:21 6:7 214:6 233:3
233:7 235:6 238:4
**stated**
66:7
**statement**
15:18 30:16,23 34:10
35:16 90:7 114:20
117:19,23 118:7,19
118:21,24,25 119:1
119:11,13,15,19,20
120:20,25 123:11
123:22,23,25 124:4
124:11,13,23,24
125:2 144:21
165:25 166:1 184:1
**statements**
15:10 170:25
**STATES**
1:1 234:3
**status**
73:16,19
**statute**
238:12
**stay**
9:16 11:9 24:22
29:25 49:15 69:6
85:12 95:23 130:2,3
130:19 131:3,10
142:3,5
**stayed**
15:5 28:12 47:24
48:3,5 49:16 85:11
95:22 96:1 213:17
**staying**
7:14 11:16,23
**step**

132:24,24 133:2,2
**steps**
29:19
**step-by-step**
97:5
**stipulated**
4:3
**stipulation**
1:17 3:5
**stomach**
45:13,14,17 97:4,11
204:21
**stomachache**
204:23
**stood**
128:4,6,11 184:9
**stool**
203:20
**stop**
5:25 14:4 29:5 45:25
51:18,20 54:12,19
64:9 78:20 102:13
102:13 112:10
135:1 187:3
**stopped**
10:9 14:17 17:19
23:9 74:25 102:11
102:12,16,19 109:4
131:14 148:4,6
217:10 220:20,21
**stopping**
215:8
**storage**
122:25
**store**
33:12
**story**
115:14 117:15 133:8
**straight**
45:24 165:17
**street**
1:19 2:5,11,20 5:2
6:13,16 8:14 9:3,8
9:20 12:12 31:18
48:12 83:4,7 87:6
91:22 93:11,16

**132:1 220:17 221:1**
**strict**
133:23
**strike**
34:9 210:15 213:5
**stroke**
106:4,11
**stubs**
174:16,21
**stuff**
16:6 38:10 39:9,10
45:25 48:11 142:24
148:21 174:18
179:25 180:1,6,8
231:14
**submit**
142:24
**Subscribed**
235:2
**substance**
65:17
**suing**
12:22,23
**Suite**
1:19 2:5,11,16,20
**Sulfate**
151:23 152:23
**summary**
152:9
**Sunday**
204:2
**Sundays**
136:14 138:24 140:5
**supervision**
238:9
**supervisor**
141:7 205:5
**supposed**
69:5 89:18 151:15
197:7
**sure**
53:16 57:17 59:11
63:15 64:20 67:19
71:24 80:5 110:24
120:17,17 126:14
140:23 141:3



145:24 146:5,7,22
150:10 155:14
156:13 192:14
202:6 213:1
**surrounding**
92:24
**survive**
220:6
**suspended**
120:5 125:8
**suspenders**
110:23
**suspension**
125:6
**sut**
25:5
**swear**
212:14
**sworn**
5:4 149:9 233:6
235:2 238:6
**symptoms**
155:22,25
**system**
56:5,6 58:17,22
145:16 204:3
**systems**
56:10

---

**T**

**T**
4:1,1 5:6 54:2 144:13
147:9 233:1 238:1,1
238:1
**table**
62:22
**Taco**
136:18 137:20,25
138:8,22,23,24
139:5 158:3 205:1,5
**take**
5:14 11:13 16:22
43:11 46:13 47:18
50:22,22,25 52:17
53:16 55:18 57:16
89:3 94:16 95:3

104:23 108:8,8
109:13 120:20
124:3 129:6,9,10,10
136:22 149:19,25
153:7,13,16 190:16
194:22 195:3
204:19 209:22,25
210:4,5 220:24
**taken**
1:15 4:5 114:8
151:11 204:4
209:19,22 210:3
233:7 234:17 238:5
**talk**
5:19 32:14,16 36:22
54:24 70:5,6,7
85:19 87:21 88:9
107:20 132:10
139:13 175:23,24
203:23 231:6
**talked**
26:6 39:7,24 70:8,10
70:15 71:19 73:15
73:18 87:16 91:3
116:18 117:1 123:9
175:19 176:22
201:6
**talking**
32:8 37:15 63:21
72:23 75:9,25 88:2
89:6 92:23 100:5
115:15 123:12
124:17 157:21
180:19 184:18
185:5
**talkovers**
233:12
**tall**
122:10 123:5 128:13
**Tapps**
1:7,13,15 4:5 5:1,8
6:9,23,24 7:19 53:5
53:9 133:18 144:15
147:11 159:23
162:2 195:2 215:3
227:4 229:10

231:24 234:9 238:5
**TAPPS_000002005**
3:13
**Tapps000002005**
161:13
**Tapps000002005-2...**
161:16
**Tapps2009**
164:14
**Tapps2013**
167:13
**Tapps2015**
167:23
**Tapps2026**
168:19
**Tapps203**
170:13
**Tapps2031**
170:13
**Tapps2032**
170:24
**telephone**
2:21 17:25 67:3
**tell**
6:1 17:14,14 24:20
25:23 27:6 30:2
34:13,13,15 36:8
37:12 38:14,14,16
64:13 69:10 70:20
85:16,20 111:20
120:7 123:15
129:25 130:2,18
131:2,6,9,12,15,17
147:20,24 148:17
156:7,10,17 157:5,6
157:8,11 177:21
179:5,12,24 180:5
186:15,18 193:16
193:20 195:25
196:3,12,25 198:24
200:7,11 203:25
207:1 209:2 212:14
225:1
**telling**
14:6 16:12 22:24
25:12 28:20 31:1,3

42:8 44:5 45:7
90:10 133:9 196:17
223:8
**tells**
147:20
**ten**
178:20 213:2,3
214:24
**tenants**
11:15,22
**term**
57:11
**test**
203:19,23 204:1
**testified**
5:4 65:13 112:14
212:10
**testify**
212:18 214:3 238:6
**testimony**
4:4 30:18 57:23 88:7
111:25 133:20
165:19 179:2 181:4
181:7 190:25 194:4
202:7 205:15
208:20 224:13
233:7 238:5,8
**text**
3:13 17:23 18:1
64:20,22,23 65:8,9
66:17,18,24 67:1
86:21 126:8 160:15
160:17,20,22
161:15 162:2 163:4
163:11 165:24
166:8,17 167:1,2,7
167:9 168:17
169:10 171:8 174:3
174:5,7 175:18,21
175:22,22 179:5,12
179:12,17,18,21,22
180:9 192:4 200:4
**texted**
179:8 200:8,12
**thank**
53:5 147:6 192:20



227:4,9,18 231:3
**that's**
6:17 7:1 10:1 11:16
16:14 21:3,9,9
23:19 25:17 32:1
34:22,22,23 53:4
58:5 60:24 61:4,6
64:5 72:3 73:5 75:8
76:23 78:9 79:18
80:17 85:24 91:24
93:14 95:16 103:17
104:13,14 105:16
105:19 106:14
112:20 113:11
120:24 121:2,22
123:20 125:5,17
127:1 132:12
134:10,17 135:2
136:8 139:11
142:19 143:18,19
144:9,20 146:18
147:6 149:7 154:15
164:2,7,17 165:15
169:21 174:18,19
186:20,25 189:17
189:18 199:20
205:24 207:10,18
220:6,7 221:13
229:3,15,20 230:7
**there'd**
125:5
**there's**
31:6 59:18 65:7
81:25 89:15 107:25
110:11 122:14,16
122:25 162:11
167:23 169:2
**they're**
64:24 107:15 126:11
151:15 224:14
**thing**
11:11 35:10,11 49:10
63:18 65:19 74:22
78:15 86:4 88:22
90:10 104:24 121:6
134:3 149:8 211:23

229:12
**things**
147:24
**think**
7:15 10:23 34:3
41:17 50:13 82:12
82:16 102:20 126:2
138:23 139:5
144:19 145:15,16
157:24 167:10
178:13 197:5 200:2
225:14
**thinking**
34:18 125:15 196:18
**third**
44:10 50:5 81:25
82:4,4 141:1 218:6
**thirteen**
52:25 55:13,17 98:3
112:16
**thirty**
14:18 184:15,16,23
188:24 195:6
**thirty-eight**
55:11,12 56:12
**thirty-six**
41:19 139:16 140:9
**thought**
39:16 118:21 216:25
233:11
**threaten**
34:19 125:15
**threatened**
190:2,10
**threatening**
209:5
**three**
14:5,18,20 19:16
20:6,17 22:22 39:5
40:24,25 44:6 46:15
46:20 49:22 50:14
57:2,8,9 61:3 66:22
69:8 83:12 87:23
103:24 123:4 137:1
137:1,22 143:18
156:4 158:2 185:23

206:22 210:14,17
210:25,25 219:18
224:9 225:23
226:18
**three-day**
210:16
**three-month**
23:1
**three-way**
89:9,12
**throw**
22:7
**throwed**
48:11
**Thursday**
47:1 93:25 121:5
**time**
4:16 6:18 7:18 10:18
14:14 15:21 19:1,13
19:14 20:7 21:22
22:17,22 23:11,22
25:17,21 26:10,19
27:4,5,15,16,25
28:2,13 34:17 35:17
35:24 37:6,10,21
38:8 42:9 49:8 56:3
60:4 61:9 67:22
68:22 73:15 74:4
78:9 79:22,25 80:1
80:2,8,21,22,24,25
81:2,3,5,8,25 82:2,4
82:4,7,9,16,16
84:14 90:12 94:16
109:2 111:7,15,24
112:4,11,21 116:1,5
116:19 120:21
127:7 133:25 135:3
141:19 143:16
145:22,24 146:1,3,7
146:10,17 147:2
151:7 153:19
154:22 155:3 156:7
156:10 158:7,18
159:1 160:25
163:20 171:17
173:7 174:23

175:24 176:1,5
178:12 179:16
180:9,23 182:5
183:7 184:11,12,13
185:6,6,10,12 186:7
186:12,14 188:7,16
188:16,20 189:11
189:12,22 191:9
194:9 197:18,20,21
201:1,12,15 202:12
202:15 203:12
209:15 212:7 217:4
217:7,24 219:10
222:15 225:24
226:2 228:16 232:6
**times**
20:17 40:24 68:20
71:18 74:8 103:24
114:1 117:1 146:22
148:23,24 153:19
174:11 175:20
177:21 211:16
213:23 214:4
223:24 225:21,23
**today**
133:20 151:5 168:4
176:7 177:7,17
202:7 212:10 228:3
**toilet**
13:19 38:25 72:12
139:4
**told**
13:21 16:15 17:19
18:16 22:5,8 23:5
24:15,16,18 25:25
26:5 27:8,18,19
29:21 30:19,20 31:3
31:16,17 32:20
34:16,23,25 36:7
37:6,9,18,24 39:8
39:10,20 40:7 42:23
46:4 49:1,9 51:4
55:3 59:19 61:5
62:6 63:22,23 64:3
64:5 65:19 66:1,4
68:13 70:16 73:21



73:24 78:24 79:3,4
79:13,13 85:22
88:21,21 89:2 90:7
90:13,20,24 91:1
92:12 93:20 106:5
111:18,22 117:4
123:17 125:5,10,17
133:8,8 134:4
135:11 144:22
145:7 150:4 156:12
170:16 172:5,7
179:7,8,10,14,22
183:13 184:4,12
185:6 186:20 187:1
187:23 193:23
200:16,18 207:9
208:16,20 209:6
212:23 217:2 218:6
219:13,17 224:16
225:3,8,13
**tooth**
153:10
**top**
29:18 162:15 163:7
168:20 170:13
171:2 195:18
**topic**
97:12
**topics**
108:17
**total**
170:7
**touch**
85:11
**touched**
45:17
**town**
100:5
**trading**
180:9
**transcribed**
118:20 238:9
**transcript**
120:25 228:8 233:15
234:16 238:2,9,11
238:11

**transcription**
118:25 233:13
**transferred**
14:12
**traumatic**
113:2
**treat**
58:24 59:1 223:21
**treated**
42:6 56:11 59:3
97:18
**treating**
56:2,9 57:19 58:1
224:17
**treatment**
47:4 58:9 98:1
**tree**
180:17 223:10
**trial**
4:16
**tried**
21:22 45:25
**triggering**
112:2
**trip**
72:13
**trippin**
13:23
**tripping**
13:23 72:13
**trouble**
125:19
**true**
37:9 40:14 183:12,16
183:20,21,23
207:10,11 234:18
238:9
**truth**
212:14,15,17
**try**
5:22 6:2 22:7 148:22
187:5
**trying**
32:19 58:20 89:14
92:1 112:25 125:19
132:10 142:3 150:7

209:4
**Tuesday**
43:10,10,15 44:20
46:18,22 57:15
111:14 155:12
163:8
**turn**
117:8 213:14 232:5
**turned**
86:11 112:16 163:18
164:11 165:6 232:9
**TV**
24:4
**twelve**
55:13,17 137:4
**twelve-hour**
140:11
**twenty**
137:6,7,9,18 138:2,4
138:4,4,10,17 217:3
219:5 220:2
**twenty-five**
55:8,12,20 56:12
138:5,12,17 217:3
218:7 219:5,9 220:2
**twenty-four**
210:13
**twenty-one**
6:22 112:17
**twenty-six**
43:18,19 44:2,3 61:7
**twenty-two**
112:18
**twice**
145:21 148:8 165:6
206:8,14 210:10
**two**
50:13,13 57:11,21,25
64:21 66:19 72:7
75:20 76:17 83:14
84:10 87:23 89:7
100:12 102:23
106:14 110:11
117:8 123:4 126:1
135:14 139:18
144:1 150:14,24

151:10,12 155:18
156:24 157:1 158:2
158:5,5,14 206:5,22
207:2,7,9 210:5,18
210:25 220:14
221:6 226:17,17
**type**
20:20 26:24 33:12
50:3 104:10 159:11
204:15 219:25
**typical**
207:23
**typically**
207:13

---
**U**
---

**U**
4:1
**Uh-huh**
9:13 15:23 33:4
37:23 47:16 54:11
55:1 59:5 60:8
64:11 66:21 67:21
67:25 68:2,6 72:1
73:10,13 75:17,22
81:16 83:24 84:17
84:23 92:10 101:23
104:4 106:16
107:22 121:14
123:2,5,10 126:24
127:8,11 135:16
137:8 141:24 143:2
144:16 151:22
160:5 185:9 202:9
216:9
**um**
81:5 85:6 107:11
110:17 148:1
211:15 214:6 219:3
**un**
72:10
**unbuttoned**
27:14
**unclear**
54:10
**unclipped**



27:10,12
**understand**
6:2 46:15 54:8,9,17
54:21 57:1,22 64:24
97:5 126:13 137:24
147:14,17,20
150:11 170:7,11
181:24 182:9,17
202:6,7 215:4
219:15 227:12,15
229:14,15
**understanding**
9:5 18:13 33:1 40:10
117:22 133:21
139:24 234:22
238:10
**understood**
6:5 86:19 227:6
**unemployment**
25:4 142:22
**unfit**
72:11
**uniform**
25:20 27:9,10 34:18
35:8,12
**Union**
158:11 222:5
**unit**
107:8,17
**UNITED**
1:1 234:3
**units**
175:9
**University**
56:6,11
**unpack**
64:2
**update**
162:21 168:21
**upset**
39:17 108:19
**upstairs**
23:23,24 45:21 187:7
187:9 191:20
**use**
13:18 39:1 45:15

**useful**
54:16
**usually**
107:21 108:21
**U-Haul**
122:9,16 123:1
**U.S**
212:19 213:13

---
**V**
---

**vacate**
171:20,24 197:8
**valid**
238:2
**variation**
139:25
**varies**
207:24
**vehicle**
133:20 189:19 193:7
193:22,24 194:5
195:18
**verbally**
119:23 128:18 129:4
129:21
**verified**
233:18
**versions**
168:16
**VERSUS**
1:8 234:10
**Veterans**
33:2,2
**VIAL**
1:4 234:6
**video**
32:7,8,11 77:18 81:9
82:9,10 86:10,16,22
86:25 87:3 116:1,8
116:14 118:7 119:3
119:9,15 120:8,24
150:17 191:23
193:6,22,25 194:1,3
196:7 199:20,21
200:14
**videographer**

114:16
**videoing**
193:2 194:7,10
**Vintage**
110:12,17,18
**visit**
42:12,13 56:24 57:25
58:3,3 104:17
**voice**
62:15 238:8

---
**W**
---

**wages**
217:8 218:3 219:22
**wait**
20:3 36:11,11 71:23
72:3 100:12 107:9
107:12 144:11
218:1
**Waited**
189:14
**waiting**
25:4 106:13 124:3
144:12 209:23
**Walgreen**
110:10
**Walgreens**
108:11,12,13 110:7,9
110:10 153:22,24
154:3
**walk**
83:22,23,25 139:2,2
140:14 194:17
195:12
**walked**
31:23 84:22 91:15
146:7 188:17
189:13,15 191:19
191:22
**walking**
32:4 187:10 194:14
194:15,16 211:22
211:24
**wall**
38:10 131:17
**Walmart**

142:14,15 164:24
**Wanda**
205:6
**want**
5:23 17:1 29:6 32:17
54:7,24 62:7 69:17
79:3 85:19,20,22
89:5 94:16 104:8
125:12,20 132:8
138:7 139:6 144:4
147:8,23 150:13
155:17 162:5
178:12 192:13
202:6 211:25 223:7
223:8 228:1 230:18
231:11
**wanted**
11:8,9,10,12,15,22
16:17 17:10,11
39:18 63:13,14
104:8 129:10 135:1
144:9,17,22 181:23
187:24 202:16
**washer**
61:16
**washing**
61:16
**washroom**
23:17
**wasn't**
11:6 20:21 21:12
24:18 26:5 31:4
38:23 40:8 45:6
51:12 63:3,15,17,23
64:3 65:20 68:12
71:9 72:20 73:24
79:3,20 82:4,20
88:1 104:9,10
127:20 132:7
134:17 148:20
167:9,17,19,19
174:15 183:11,12
183:21,23 186:19
190:12 191:11
195:2 204:7,9
208:12 217:9



**watch**
150:17
**watched**
91:15
**watching**
24:3,6
**water**
38:25 72:12 140:18
**way**
14:8,13 40:12 67:5
70:4 78:2,9,12,18
83:2 91:16 102:16
116:22 122:21
130:1 190:2 194:8
215:9 223:7
**we'd**
229:9,9
**we'll**
37:3 64:15 95:7
160:16 161:3
229:22
**we're**
5:13 53:21,25 64:8
77:10 109:22 110:2
122:21 143:12,15
145:1 161:11 166:4
177:7,17 197:14,17
218:24 227:25
228:5,8,24 230:9
**we've**
109:14
**weapon**
190:1
**wearing**
35:12
**website**
143:1
**Wednesday**
93:25 158:5
**week**
19:9,12,13,13,15,15
46:24 50:13 106:14
136:24 137:2,5,9,18
137:23 138:3,9,11
138:21 139:14
140:10 150:14

155:7,18 169:8
172:13 209:22,25
217:3 219:6,9 220:3
**weeks**
41:19 43:19,20 44:2
44:3 50:13,14 61:7
138:10,11 139:16
150:14 151:10,12
158:5,14 205:2
206:22 210:17,18
**weight**
157:5,7,9
**weird**
45:16
**welcome**
53:7 227:19
**WELLS**
1:5 234:7
**Wendy's**
122:20
**went**
19:24,25 20:3 23:24
24:20 27:17 29:9
32:2 33:15 39:6
40:21 45:11,20
46:16 47:1,5 48:14
49:20 54:6 60:6
63:21 71:14 73:25
74:10 75:25 83:9,12
83:20,21 84:2 85:24
87:18 91:3,4 92:9
93:19 103:14,24
104:18 111:4,22
120:18,19,20 121:2
121:13 123:7 127:7
133:10 135:17,22
138:20 148:8
153:20 160:25
165:5 174:11,19,23
189:16 192:10
205:8 206:23,25
208:8 210:18 212:1
212:6,22 213:14,16
213:17,19 214:4
216:24 217:14
223:1,3 225:24

**weren't**
16:16 89:22 127:18
183:10,20 184:12
185:7 191:12
213:20
**West**
110:10,11 164:24,24
**what's**
42:21 64:25 65:16
76:1,8 85:5 107:23
108:17 113:13
124:24 125:9 132:4
138:8 164:21
229:18
**whatsoever**
74:19
**wheelchair**
45:23
**When's**
157:21
**whichever**
100:9 108:13
**white**
100:3 103:19 226:23
**who's**
24:9 142:25
**wide**
84:10
**width**
84:9
**Wiedemann's**
44:23
**Wiedemann**
41:8,8,9 42:1,9,14
56:23 57:18 59:19
104:3,5 111:11
154:23 155:22
156:2,17 206:25
208:18,21 209:3
**window**
28:17 76:24 78:12
81:24 185:17,25
186:1,2,5 190:18
**withdraw**
15:16
**witness**

4:4,9,22 5:3 16:23
33:7 36:16 53:6
80:14 96:4 101:19
102:4 106:21
109:10 126:23
127:2 132:13,17
143:6 234:24,25
**won't**
101:5
**words**
135:20 233:14,17
**work**
35:18 70:15 135:23
136:11 137:17
138:20,21 139:12
139:14,19 142:4,18
142:20 158:1
162:23 165:4,16
202:23 203:1,2,4
205:1,8 215:8
216:24 217:3,13,14
218:6 219:4,14,18
220:2,5,5
**worked**
10:8 21:15,23 67:15
136:4,4,13 137:21
137:22,22 138:2,24
139:21 140:4
157:15,23 201:24
202:2 216:25
217:16 219:11
**worker**
107:18
**working**
10:9 136:16,17,25
140:21 167:19
215:4 216:13 217:9
217:10 219:5
228:24
**Works**
143:1
**worried**
191:11,14
**worry**
106:10
**worse**



112:12 224:14,18
225:5,9,14
**worth**
222:9
**would've**
10:16 14:20 22:13,19
47:3 60:13,14,14,21
60:21,24 61:2
112:23,23 145:23
156:12,13 165:17
178:17 210:19,21
**wouldn't**
32:20 78:13 128:22
178:17 194:8 199:5
199:10
**wrapped**
78:3
**writing**
115:15,20 214:9
238:8
**written**
118:24 119:3
**wrong**
57:2 212:24
**wrote**
70:16 90:7 212:21

---
**X**
---
**X**
3:1 5:6 54:2 144:13
147:9

---
**Y**
---
**y'all**
16:22 29:8 32:14
37:19,19 76:11
228:20
**yeah**
8:2 13:10 17:7 21:6
21:12 26:16 29:16
32:10 33:16 36:4,13
40:16,16 47:12,14
47:23 49:5 50:5,17
50:19 52:13 60:20
61:12,21 62:2 66:9
86:3,12 91:2 92:15

95:2 99:4 107:22
109:13 120:10
121:8 124:23 136:1
136:13 137:11
138:4,4 141:14
143:23 150:9
155:23 162:20,20
175:19 182:14
183:3 186:21,23
187:10 190:12
192:22 194:2,19
195:14 198:18
202:4,11 203:24
213:22 214:23
221:5 227:8
**year**
9:4 42:10 103:23
164:1,9 196:10,10
196:10 212:23
213:18,20,20,24
215:10 217:17
219:23
**years**
55:13,17 98:3 100:12
133:24,25 137:22
154:1,2 213:2,3
214:21,25 224:22
226:17,18
**yelled**
88:8
**Yep**
144:18
**Yesterday**
151:1
**you'd**
65:9 112:16 214:1
**you'll**
161:14
**you're**
6:1 7:23 9:15 11:18
12:22 14:24 22:24
25:12 27:19 28:20
45:19 46:20 51:4
52:16 53:7 54:10
64:5 69:15,20 72:2
72:3,3 89:17 92:23

100:5 106:12,13
126:21 129:21
132:16 139:23
152:8,11 156:16
157:13 165:1,2
190:16 194:9
199:19 219:25
227:8,19
**you've**
15:9 27:4 44:7 107:7
114:21 142:17
212:7 215:14
219:22 224:16
**young**
52:25

---
**Z**
---
**Zoom**
2:14,14 177:14

---
**$**
---
**$1,000**
172:11
**$1,000.00**
13:20
**$1,862.00**
170:8,21
**$100**
218:5
**$11.00**
139:1 219:8
**$1300.00**
222:8
**$1400.00**
9:18 220:6
**$1500.00**
228:20
**$162.00**
19:2 170:10
**$172.00**
9:22
**$176.00**
10:14
**$200.00**
169:20 170:5
**$260**

222:10
**$266**
222:9
**$266.00**
218:23
**$4,700**
172:6,8,13
**$510**
218:6,16 222:9
**$510.00**
218:17
**$600**
171:4
**$610**
222:9
**$780**
218:24
**$780.00**
218:24 219:1
**$8.75**
136:20,20 137:10
138:18
**$800.00**
172:12
**$98.00**
9:23 10:4,14

---
**#**
---
**#1**
3:13
**#29021**
1:25 233:24 238:25

---
**1**
---
**1**
3:3 94:4 161:12,15
208:10
**1st**
158:22,23
**1:14**
143:16
**10**
121:3
**10th**
97:6 100:22 148:11
**10/04/22**



5:5
**10:22**
53:22
**10:34**
53:25
**11**
139:1
**11th**
41:21 46:12,14 56:15
60:6,16 72:2 74:7
74:18 97:10 100:22
111:4 112:9 122:11
148:3,4,5,6,7,8
151:14 208:14,19
208:21 226:4
**11:30**
109:23
**11:43**
110:3
**11:47**
180:10
**11:59**
180:11
**1100**
2:11
**120**
207:24
**13**
167:14
**130/78**
207:24
**131**
2:16
**1333**
2:5
**1340**
1:19
**1434**
233:5 238:16
**147**
3:10
**15th**
162:25
**157/102**
208:17
**161**

3:13
**17**
82:12 145:16 167:14
**17:46**
82:12 146:21
**17:56**
146:11
**170/109**
208:9
**18**
10:23,24 167:14
**19**
173:2
**19th**
207:1

_____
2
_____

**2**
3:4 171:4,5,5
**2nd**
2:5
**2:22-CV-00013-M...**
1:3 234:5
**2:35**
197:18
**20**
26:14 49:7,7 142:9
167:15 235:3
**2005**
162:7,15
**2009**
164:13
**201**
2:16
**2010**
164:21
**2013**
213:4 214:21
**2016**
12:13
**2017**
208:7
**2018**
160:17 163:19,24
164:2,3,4,5,7
**2019**

169:15,19 170:4,8,17
171:14,21,25 173:1
173:3
**2020**
14:21 22:15,20 26:14
69:2,10,12 74:17
173:5,6,9,12,15,18
173:21,24 174:10
**2021**
12:23 15:1,22 23:4
26:12,19 27:23
41:21 46:7 55:2,10
60:7,18 65:18 67:20
68:24 71:11 74:7,18
96:24 97:2,13,21
103:4,10 117:8
121:7,12 126:9
127:9 135:21 141:6
154:24 155:1 156:3
157:19 177:1,22
180:11,19,23
181:12 182:12
197:21 201:16
202:8 203:12 207:1
207:14,22 208:21
209:21 210:20
216:6,22 217:22
218:17 219:2,5
220:24 221:4
225:22 226:14
**2022**
1:20 140:24 215:11
215:13 217:1
220:22,25 226:4
**2026**
169:7
**2032**
171:9
**2036**
3:13 161:13
**21**
98:6 141:13 142:9,10
217:14 221:3
**2160**
1:20
**22**

8:11 98:6 141:16
**232**
238:7
**233**
3:16
**238**
3:17
**24th**
12:17
**2610**
5:2 6:13 220:16
**2617**
8:14 221:1,2
**27th**
31:18 91:22
**270**
40:24 47:8 208:6,12
**270/74**
46:2
**2736**
6:19 9:20 12:12 15:4
49:7 61:12 67:17
68:4 92:24,25 96:18
132:22
**27736**
8:24
**278/78**
208:12,13
**28**
233:4
**29th**
41:24 97:2,2
**2960**
2:11

_____
3
_____

**3:14**
230:10,11
**3:30**
100:22 151:14 226:5
**308**
31:18 91:22
**37:2554**
238:6
**38**
133:17



**3800**
2:20

---

**4**

**4**
3:5 17:21 18:5 38:6
65:4 79:13,16,20
81:11 144:22 145:8
145:11 156:3
**4th**
1:20
**4:00**
80:2,6 178:1,1
**4:57**
145:16
**400**
2:5

---

**5**

**5**
135:17 146:14,16
169:2
**5th**
158:23 159:3 160:1,3
160:10 167:18
169:12 173:10,13
173:16,19,22
215:13
**5,144**
3:8
**5:30**
145:23
**5:46**
82:14
**5:50**
145:17
**5:56**
146:16
**504)582-1142**
2:21
**54**
3:9

---

**6**

**6th**
157:25 169:13,19

170:4

---

**7**

**7**
171:4 177:1,22
180:19,23 201:16
202:8 203:12
**7th**
15:22 20:7 23:4
26:12,19 27:23 46:7
46:11 61:9 65:18
67:4,20 68:24 71:11
71:22 75:15 97:13
97:21 103:4,10
111:9 116:1 122:10
126:5,9 127:9
135:21 139:7,11
155:1 157:17,24
180:11 181:12
182:12 197:21
207:14 208:14
**70**
229:13,13
**70001-6265**
2:16
**70062**
5:3 6:14 8:15 31:19
**701**
2:20
**70139**
2:21
**70163**
2:11
**74**
47:9
**78**
208:6

---

**8**

**8**
9:6,14,17 10:16 13:8
14:7 164:4
**8th**
96:24 121:7,12 163:8
163:19
**870585**

234:1

---

**9**

**9**
43:10 46:22 121:3
**9th**
97:2,6 148:11
**9:34**
1:21 5:5
**90401-4100**
2:6
**911**
88:22 199:16 200:2

