# **EXHIBIT 19**

Document Produced in Native Format

Document Produced in Native Format

Confidential

TAPPS_000000439