UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES TAPPS | * | CIVIL ACTION NO. |
| | * | 2:22-CV-00013-MVL-KWR |
| VERSUS | * | |
| | * | |
| RANDOLPH MCCLENDON, IN HIS | * | JUDGE MARY ANN VIAL |
| INDIVIDUAL CAPACITY; JOSEPH P. | * | LEMMON |
| LOPINTO, III, IN HIS OFFICIAL CAPACITY | * | |
| AS SHERIFF OF JEFFERSON PARISH, | * | MAGISTRATE JUDGE |
| LOUISIANA; AND HUM MANAGEMENT, | * | KAREN WELLS ROBY |
| LLC | * | |
| | * | |
| | * | JURY TRIAL REQUESTED |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Dismiss Cross-Claim against Hum Management, LLC;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion to Dismiss Cross-Claim against Hum Management, LLC be and is hereby GRANTED, dismissing Randolph McClendon's Cross-Claim against Hum Management, LLC, with prejudice, with each party to bear their own costs.

Signed this <u>13th</u> day of _____July_____, 2023 in New Orleans, Louisiana.

_____
HONORABLE MAY ANN VIAL LEMMON