IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCES TAPPS,<br><br>             Plaintiff,<br><br>v.<br><br>RANDOLPH MCCLENDON, in his individual capacity; JOSEPH P. LOPINTO, III, in his official capacity as Sheriff of Jefferson Parish, Louisiana; and HUM MANAGEMENT, LLC,<br><br>             Defendants. | Civil Action<br><br>Case No. 2:22-cv-00013-MVL-KWR<br><br>Judge:  Mary Ann Vial Lemmon<br><br>Magistrate Judge:  Karen Wells Roby<br><br>**JURY TRIAL REQUESTED** |

**MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST
DEFENDANTS HUM MANAGEMENT, LLC AND RANDOLPH MCCLENDON**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Frances Tapps ("Plaintiff") hereby moves the Court for an order dismissing Plaintiff's claims against defendants Hum Management, LLC and Randolph McClendon, with prejudice, with each party bearing its own costs. In support thereof, Plaintiff represents that her claims asserted in the Complaint (Dkt. No. 1) against Hum Management, LLC and Randolph McClendon in the above-captioned matter have been settled without the necessity of further litigation.

Plaintiff expressly reserves all rights and claims asserted against the remaining Defendant, Joseph P. Lopinto, III, in his official capacity as Sheriff of Jefferson Parish, Louisiana.

|  |  |
|---|---|
| Dated: July 13, 2023 | Respectfully submitted,<br><br>*/s/ Maximilian Sladek de la Cal*<br>Maximilian Sladek de la Cal\*<br>Benjamin Sweeney\*<br>COOLEY LLP<br>1333 2nd Street, Suite 400<br>Santa Monica, CA 90401<br>Telephone: (310) 883-6527<br>Email: bsweeney@cooley.com<br>msladekdelacal@cooley.com<br><br>Matthew D. Brown\*<br>Hannah E. Pollack\*<br>COOLEY LLP<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 693-2000<br>Email: brownmd@cooley.com<br>       hpollack@cooley.com<br><br>*-and-*<br><br>Nora Ahmed\*<br>ACLU Foundation of Louisiana<br>1340 Poydras Street, Suite 2160<br>New Orleans, LA 70112<br>Telephone: (504) 522-0628<br>Email: nahmed@laaclu.org<br><br>William D. Aaron, Jr. (#2267)<br>DeWayne L. Williams (#27685)<br>Anna A. Rainer (#31531)<br>AARON & GIANNA, PLC<br>201 St. Charles Ave., Suite 3800<br>New Orleans, LA 70170<br>Telephone: (504) 569-1800<br>Facsimile: (504) 569-1801<br>Email: waaron@aarongianna.com<br>       dwilliams@aarongianna.com<br>       arainer@aarongianna.com<br><br>*Counsel for Plaintiff Frances Tapps*<br>\*Admitted *pro hac vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023 a copy of this pleading was filed electronically using the CM/ECF system and served upon all counsel of record through the court's electronic filing system.

/s/ Maximilian Sladek de la Cal

Donald Lucas Hyatt, II
Donald L. Hyatt, II, APLC
1217 Florida St.
Mandeville, LA 70448
Email: hyattlaw@aol.com

*Counsel for Defendant Randolph McClendon*

Daniel Rault Martiny
Martiny & Associates
131 Airline Hwy.
Suite 201
Metairie, LA 70001
Email: danny@martinylaw.com

Jeffrey David Martiny
Martiny & Associates
131 Airline Hwy.
Suite 201
Metairie, LA 70001
Email: jeff@martinylaw.com

James Bryan Mullaly
Mullaly & Associates
7925 Nelson Street
New Orleans, LA 70125
Email: mulljtc@gmail.com

*Counsel for Defendant Joseph P. Lopinto, III*

G. Bruce Parkerson
Plauché Maselli Parkerson LLP
701 Poydras St.
Suite 3800
New Orleans, LA 70139
Email: bparkerson@pmpllp.com

Katherine Honeywell Amoss
Plauché Maselli Parkerson LLP
701 Poydras St.
Suite 3800
New Orleans, LA 70139
Email: kamoss@pmpllp.com

Lauren B. Dietzen
Plauché Maselli Parkerson LLP
701 Poydras St.
Suite 3800
New Orleans, LA 70139
Email: ldietzen@pmpllp.com

*Counsel for Defendant Hum Management, LLC*