**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

FRANCES TAPPS,

                    Plaintiff,

v.

RANDOLPH MCCLENDON, in his individual capacity; JOSEPH P. LOPINTO, III, in his official capacity as Sheriff of Jefferson Parish, Louisiana; and HUM MANAGEMENT, LLC,

                    Defendants.

Civil Action

Case No. 2:22-cv-00013-MVL-KWR

Judge: Mary Ann Vial Lemmon

Magistrate Judge: Karen Wells Roby

**JURY TRIAL REQUESTED**

## ORDER

Considering the Motion to Dismiss Plaintiff's Claims against Defendants Hum Management, LLC and Randolph McClendon;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion to Dismiss Plaintiff's Claims against Defendants Hum Management, LLC and Randolph McClendon is hereby GRANTED, dismissing Plaintiff's Complaint against Hum Management, LLC and Randolph McClendon, with prejudice, with each party bearing its own costs, and reserving rights and claims against the remaining Defendant, Joseph P. Lopinto, III, in his official capacity as Sheriff of Jefferson Parish, Louisiana.

Signed this _14th_ day of ___July___, 2023 in New Orleans, Louisiana.

_____
HONORABLE MARY ANN VIAL LEMMON