**MINUTE ENTRY**
**ROBY, M. J.**
**September 14, 2023**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCES TAPPS** | **CIVIL ACTION** |
| **VERSUS** | **NO:   22-0013** |
| **RANDOLPH MCCLENDON ET AL** | **SECTION: "S"  (4)** |

A Settlement Conference was held on this date. Participating was: Matthew Dean Brown, Maximilian Sladek DE LA Cal, and Nora Sam Ahmed representing the plaintiff ; Joseph Lopinto, III, defendant and Jeffrey David Martiny and James Bryan Mullaly representing the defendants. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reporter Cathy Pepper , 504-589-7779.

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Mary Ann Vial Lemmon**

**MJSTAR:   4:25**