# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCES TAPPS** | **CIVIL ACTION** |
| **VERSUS** | **NO:  22-13** |
| **RANDOLPH MCCLENDON, ET AL** | **SECTION: "S" (4)** |

## <u>ORDER OF DISMISSAL</u>

The court having been informed that all of the parties to this action have firmly agreed

upon a compromise, **IT IS ORDERED** that the action be and it is hereby dismissed without

prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment

enforcing the compromise if settlement is not consummated within a reasonable time.  Each party

will bear its own costs.  The court retains jurisdiction for all purposes, including enforcing the

settlement agreement entered into by the parties.

If witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not

to appear.

New Orleans, Louisiana, this ___16th___ day of September, 2023.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**